

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 23 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re:<br>TOM RICCIUTI, YVONNE RICCIUTI and<br>MARY SCHUMACHER,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY BMG MUSIC ENTERTAINMENT,<br>SONY CORPORATION OF AMERICA and<br>BERTELSMANN, INC,<br><br>Defendants. | : | MDL Docket No. _____ |

**NOTICE OF MOTION AND MOTION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA**

RECEIVED
CLERK'S OFFICE
2005 DEC 13 A 10: 5
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

OFFICIAL FILE COPY

IMAGED DEC 27 2005

TO:   THE CLERK AND THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION,

AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE

PENDING ACTIONS REFERRED TO HEREIN

PLEASE TAKE NOTICE that:

1.      Pursuant to 28 U.S.C. §1407, plaintiffs Tom Ricciuti, Yvonne Ricciuti and Mary

Schumacher ("Plaintiffs") hereby petition and move the Judicial Panel on Multidistrict Litigation to

transfer to the United States District Court for the Northern District of California and to coordinate

or consolidate for pretrial proceedings, all federal court actions filed by or on behalf of all persons or

entities who purchased an audio compact disc distributed by Sony BMG Music Entertainment

("Sony BMG") that includes Extended Copy Protection ("XCP") or SunnComm/Media Max

software and every person or entity who suffered damage or loss as a result of Defendants'

violations of the Computer Fraud and Abuse Act ("CFAA").

2.      This motion affects the following pending actions:

**Southern District of New York**

(a)      Movants *Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher v. Sony BMG

Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. 1:05-cv-10190

(S.D.N.Y. filed, Dec. 5, 2005), assigned to the Hon. Barbara S. Jones.

(b)      *James Michaelson and Ori Edelstein v. Sony BMG Music, Inc. and

First4Internet*, Case No. 1:05-cv-9575 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi

Reice Buchwald.

(c)      *Dora Rivas v. Sony BMG Music Entertainment*, Case No. 1:05-cv-9598

(S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

(d)     *Jeffrey Potter v. Sony BMG Music Entertainment*, Case No. 1:05-cv-9607 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

(e)     *Andrew Klewan and James Springer v. Arista Holdings Inc., doing business as Sony BMG Music Entertainment*, Case No. 1:05-cv-9609 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

**Northern District California**

(a)     *Erin Melcon v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. C-05-5084 (N.D. Cal. filed, Dec. 8, 2005), assigned to the Hon. Marilyn Patel.

(b)     *Laura Klemm v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. C-05-5111 (N.D. Cal. filed, Dec. 9, 2005), assigned to Magistrate Judge Bernard Zimmerman.

3.     The 7 actions are collectively referred to as the "related Sony actions," and all Defendants therein are collectively referred to as the "Sony Defendants" or "Defendants."

4.     It is appropriate for the Panel to transfer all related Sony actions to be centralized in the Northern District of California for (a) the current California actions, *Melcon v. Sony BMG Music Entertainment, et al.*, Case No. C-05-05084 (N.D. Cal.) and *Klemm v. Sony BMG Music Entertainment, et al.*, Case No. C-05-5111 (N.D. Cal.) are the cases with the broadest claims, and broadest scope of relief requested; (b) these civil cases involving the Sony Defendants involve one or more common questions of fact; (c) coordinated or consolidated pretrial proceedings, centralized before the Northern District of California, will be for the convenience of all parties and witnesses, and will promote the just and efficient conduct of the lawsuits; and (d) a substantial part of the

events or omissions giving rise to the common claims in the related Sony BMG actions occurred in the Northern District of California, wherein relevant contracts were entered into and performed.

5.     This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and Schedule of Included Actions, filed herewith, and on such oral and documentary evidence as may be presented at the hearing on this Motion.

6.     Pursuant to Rule 16.1 of the General Rules/Rules for Multidistrict Litigation under 28 U.S.C. §1407, the hearing on this motion shall be set at a place and time to be determined by the Panel.

DATED:  December 12, 2005             LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
                                      REED R. KATHREIN
                                      JEFFREY R. FRIEDMAN
                                      SHANA E. SCARLETT


                                      REED R. KATHREIN

                                      100 Pine Street, Suite 2600
                                      San Francisco, CA  94111
                                      Telephone:  415/288-4545
                                      415/288-4534 (fax)

                                      LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
                                      ROBERT M. ROTHMAN (RR-6090)
                                      200 Broadhollow Road, Suite 406
                                      Melville, NY  11747
                                      Telephone:  631/367-7100
                                      631/367-1173 (fax)

GREEN WELLING LLP
ROBERT S. GREEN
JENELLE WELLING
AVIN P. SHARMA
595 Market Street, Suite 2750
San Francisco, CA  94105
Telephone:  415/477-6700
415/477-6710 (fax)

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
FRED von LOHMANN
KIRT OPSAHL
CORYNNE McSHERRY
454 Shotwell Street
San Francisco, CA  94110
Telephone:  415/436-9333
415/436-9993 (fax)

LAWRENCE E. FELDMAN & ASSOCIATES
LAWRENCE E. FELDMAN
432 Tulpehocken Avenue
Elkins Park, PA  19027
Telephone:  215/885-3302
215/885-3303 (fax)

Attorneys for Plaintiffs and Movants
Tom Ricciuti, Yvonne Ricciuti and Mary
Schumacher

T:\CasesSF\Sony NY\MOT00026700.doc

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 3 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

———————————————————————— x
In re:                                   :   MDL Docket No. _____
TOM RICCIUTI, YVONNE RICCIUTI and        :
MARY SCHUMACHER,                         :
                                         :
          Plaintiffs,                    :
                                         :
     vs.                                 :
                                         :
SONY BMG MUSIC ENTERTAINMENT,            :
SONY CORPORATION OF AMERICA and          :
BERTELSMANN, INC,                        :
                                         :
          Defendants.                    :
———————————————————————— x

**SCHEDULE OF INCLUDED ACTIONS IN PETITION BY PLAINTIFFS TOM
RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND
COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS IN THE
NORTHERN DISTRICT OF CALIFORNIA**



RECEIVED
CLERK'S OFFICE
2005 DEC 13  A 10: 57
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Pursuant to Rule 7.2(a)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiffs Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher ("Plaintiffs") respectfully submit the following schedule of each included action subject to their motion.

## Southern District of New York

(a)     Movants *Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. 1:05-cv-10190 (S.D.N.Y. filed, Dec. 5, 2005), assigned to the Hon. Barbara S. Jones.

(b)     *James Michaelson and Ori Edelstein v. Sony BMG Music, Inc. and First 4 Internet*, Case. No. 1:05-cv-09575 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

(c)     *Dora Rivas v. Sony BMG Music Entertainment*, Case No. 1:05-cv-9598 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

(d)     *Jeffrey Potter v. Sony BMG Music Entertainment*, Case No. 1:05-cv-9607 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

(e)     *Andrew Klewan and James Springer v. Arista Holdings Inc., doing business as Sony BMG Music Entertainment*, Case No. 1:05-cv-9609 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

## Northern District California

(a)     *Erin Melcon v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. C-05-5084 (N.D. Cal. filed, Dec. 8, 2005), assigned to the Hon. Marilyn Patel.

(b)     *Laura Klemm v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. C-05-5111 (N.D. Cal. filed, Dec. 9, 2005), assigned to Magistrate Judge Bernard Zimmerman.

DATED: December 12, 2005

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFFREY R. FRIEDMAN
SHANA E. SCARLETT

            REED R. KATHREIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
ROBERT M. ROTHMAN (RR-6090)
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

GREEN WELLING LLP
ROBERT S. GREEN
JENELLE WELLING
AVIN P. SHARMA
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: 415/477-6700
415/477-6710 (fax)

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
FRED von LOHMANN
KIRT OPSAHL
CORYNNE McSHERRY
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

LAWRENCE E. FELDMAN & ASSOCIATES
LAWRENCE E. FELDMAN
432 Tulpehocken Avenue
Elkins Park, PA  19027
Telephone:  215/885-3302
215/885-3303 (fax)

Attorneys for Plaintiffs and Movants
Tom Ricciuti, Yvonne Ricciuti and Mary
Schumacher

T:\CasesSF\Sony NY\MIS00026701.doc

- 3 -

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 3 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

——————————————————— x
In re:                                                :     MDL Docket No. _____
TOM RICCIUTI, YVONNE RICCIUTI and     :
MARY SCHUMACHER,                          :
                                                     :
                              Plaintiffs,           :
                                                     :
            vs.                                      :
                                                     :
SONY BMG MUSIC ENTERTAINMENT,        :
SONY CORPORATION OF AMERICA and     :
BERTELSMANN, INC,                            :
                                                     :
                              Defendants.         :
——————————————————— x

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA**

RECEIVED
CLERK'S OFFICE
2005 DEC 13  A 10: 5
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## I.    INTRODUCTION

Pursuant to 28 U.S.C. §1407 and Rule 7.2 of the General Rules/Rules for Multidistrict Litigation, Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher ("Plaintiffs"), in *Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. 1:05-cv-10190 (S.D.N.Y.), respectfully submit this memorandum in support of their motion to transfer and coordinate or consolidate all related Sony actions in the Northern District of California.

Plaintiffs, individually and on behalf of all persons or entities who purchased an audio compact disc distributed by Sony BMG Music Entertainment ("Sony BMG") that included Extended Copy Protection ("XCP") or SunnComm/Media Max software and every person or entity who suffered damage or loss as a result of defendants' violation of the Computer Fraud and Abuse Act ("CFAA"), filed their class action in the Southern District of New York against Sony BMG, Sony Corporation of America ("Sony Corp."), and Bertelsmann, Inc. ("Bertelsmann") (collectively, "Defendants"). Plaintiffs allege that Defendants included the flawed XCP computer program on over 2 million music CDs sold to the general public and the flawed SunnComm/Media Max software on another 17 million music CDs sold to the general public, all of which create serious security, privacy and consumer protection problems.

Plaintiffs are aware of 7 related actions pending against Defendants, each raising overlapping issues of law and fact regarding similar legal and factual claims involving, violations of the CFAA, New York and California's unfair and deceptive acts and practices statutes and both New York and California false advertising statutes. Accordingly, transfer and consolidation or coordination of these actions, and any other subsequently-filed related cases, to the designated transferee district will serve the convenience of the parties and witnesses and promote the just and efficient prosecution of these actions.

## II.     OVERVIEW OF THE ACTIONS INVOLVING THE SONY DEFENDANTS

On December 5, 2005, Plaintiffs filed a class action in the Southern District of New York, entitled *Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. 1:05-cv-10190, on behalf of themselves and all persons or entities who purchased an audio compact disc distributed by Sony BMG that included XCP or SunnComm/Media Max software and every person or entity who suffered damage or loss as a result of Defendants' violation of the CFAA.

Defendant Sony BMG is the world's second largest music company. Defendants Sony Corp. and Bertelsmann are joint owners of Sony BMG. Defendant Sony is the U.S. subsidiary of Sony Corporation, a multinational corporation based in Japan. Defendant Bertelsmann is the U.S. subsidiary of Bertelsmann AG, a multi national corporation based in Germany. New York is the principal place of business of Sony BMG and the U.S. subsidiaries of its general partners.

Plaintiffs allege that, beginning in 2003, Sony BMG began to distribute to the public CDs that contained software that Sony BMG refers to as Digital Rights Management ("DRM"). This DRM software on Sony BMG's CDs includes Media Max software created by SunnComm ("Media Max CDs") and XCP software created by First4Internet ("XCP CDs"). The software on the XCP and Media Max CDs results in several harms to consumers. First, users running these CDs on Windows-based computers could have files downloaded and stored on their computers without their consent. Unbeknownst to users, the software then transmits information about the user back to Sony BMG, including monitoring whenever users listen to the CDs, without notification to or consent of the users. Second, both the Media Max and XCP software and subsequent patches to this software released by Defendants, result in security risks to the user's computer, including the downloading,

- 2 -

installation and running of malicious or dangerous software code on the user's computer, and degradation in the performance of the user's computer.

Plaintiffs believe that the 7 actions listed below contain a subset of some of the allegations in the *Ricciuti* and *Melcon* actions and seek some of the same relief under federal and state laws against the same Defendants as do the *Ricciuti* and *Melcon* actions. For example, the related cases allege violations of the CFAA, state consumer protection statutes, and/or common law claims. Although some of the actions are far broader than others, as to the XCP CDs, they all seek similar relief under federal and state law, *e.g.,* disgorgement, restitution, compensatory, general and special damages, and injunctive and declaratory relief.

## III.   ACTIONS SUBJECT TO THIS MOTION

Plaintiffs are aware of 6 other Sony BMG software class action lawsuits subject to this motion. There are five actions pending in the Southern District of New York and two actions pending in the Northern District of California.

The five actions pending in the Southern District of New York are:

1.   *Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. 1:05-cv-10190 (S.D.N.Y. filed, Dec. 5, 2005), assigned to the Hon. Barbara S. Jones.

2.   *James Michaelson and Ori Edelstein v. Sony BMG Music, Inc. and First 4 Internet*, Case No. 1:05-cv-09575 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

3.   *Dora Rivas v. Sony BMG Music Entertainment*, Case No. 1:05-cv-9598 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

4.   *Jeffrey Potter v. Sony BMG Music Entertainment*, Case No. 1:05-cv-9607 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

5.      *Andrew Klewan and James Springer v. Arista Holdings Inc., doing business as Sony BMG Music Entertainment*, Case No. 1:05-cv-9609 (S.D.N.Y. filed, Nov. 14, 2005), assigned to the Hon. Naomi Reice Buchwald.

The two actions pending in the Northern District of California are:

1.      *Erin Melcon v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. C-05-05084 (N.D. Cal. filed, Dec. 8, 2005), assigned to the Hon. Marilyn Patel.

2.      *Laura Klemm v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*, Case No. C-05-5111 (N.D. Cal. filed, Dec. 9, 2005), assigned to Magistrate Judge Bernard Zimmerman.

In each of these cases, the Plaintiffs seek redress for harm caused by Sony BMG's DRM software. Although the complaints name various Defendants, the Defendants overlap and to a large extent, the primary Defendants are identical (all cases name Sony BMG Music Entertainment, or some variation thereon). Further, the complaints allege similar causes of action, *e.g.,* CFAA, state consumer protection statutes and common law claims. Thus, the core of each complaint is the Sony Defendants' practices surrounding the DRM software contained on their CDs.

## IV.    A MULTI DISTRICT LITIGATION PROCEEDING IN ONE DISTRICT IS APPROPRIATE

Pursuant to 28 U.S.C. §1407, transfer is appropriate where (1) the cases are federal civil actions, pending in different federal judicial districts, (2) one or more common questions of disputed fact exist among the cases, and (3) transfer of the cases will create efficiencies and will conserve the resources of the parties, their counsel, and the judiciary. Earle F. Kyle, IV, *The Mechanics of Motion Practice before the Judicial Panel on Multidistrict Litigation*, 175 F.R.D. 589, 595 (1997) (hereafter,

"*MDL Panel Motion Practice*"). The actions subject to this motion satisfy these requirements, and centralizing them would provide the most efficient means for litigating these complex cases.

### A.    The Related Sony BMG Cases Are Federal Civil Actions Filed in Different Judicial Districts

The various Sony BMG actions are currently in federal courts, though in 2 different judicial districts: the Southern District of New York and the Northern District of California.

### B.    Common Questions of Fact Exist Among the Related Sony Cases

Transfer and coordination of pretrial proceedings is appropriate where common questions of fact exist. *In re Fed. Election Campaign Act Litig.*, 511 F. Supp. 821, 823 (J.P.M.L. 1979). Where plaintiffs make comparable allegations against the same or similar defendants, based upon the same wrongdoing, common factual questions are presumed. *In re Air West, Inc. Sec. Litig.*, 384 F. Supp. 609, 611 (J.P.M.L. 1974). Here, aspects of all of the complaints in the related Sony BMG actions arise from some of the same transactions and wrongful acts and omissions, and share common defendants. Similarly, the actions allege similar legal claims, *e.g.,* state consumer protection statutes, common law and RESPA violations, and will necessarily include proof of similar factual allegations.

### C.    An MDL Proceeding Will Serve the Interests of Judicial Economy, Helping to Conserve the Resources of the Judiciary and All Parties

Pursuant to 28 U.S.C. §1407(a), the MDL Panel should consider "the convenience of parties and witnesses." Accordingly, transfer of all related actions and coordination of pretrial proceedings is logical and would help achieve judicial efficiencies for the parties and witnesses.

MDL coordination is also appropriate where the Panel determines that it will "promote the just and efficient conduct of such actions." 28 U.S.C. §1407(a). In interpreting this standard, the Panel is "mindful that the objective of transfer is to eliminate duplication in discovery, avoid conflicting rulings and schedules, reduce litigation cost, and to save time and effort on the part of the

parties, the attorneys, the witnesses, and the courts." *Manual for Complex Litigation (Third)* §31.131 (1995); *In re LTV Corp. Sec. Litig.*, 470 F. Supp. 859, 862 (J.P.M.L. 1979). Transferring the actions from the Southern District of New York to the Northern District of California, where the broadest and most inclusive actions are now pending, and coordinating their pretrial proceedings, will accomplish these goals.

Discovery in the actions will overlap, addressing common issues of law and fact. Presumably, all parties will seek the same or similar documentary evidence and will depose the same or similar witnesses, further supporting the transfer of all related cases to a single district. *In re Boise Cascade Sec. Litig.,* 364 F. Supp. 459, 461 (J.P.M.L. 1973). This is particularly true where, as here, the necessary discovery will be time consuming. *In re First Nat'l Bank*, 451 F. Supp. 995, 997 (J.P.M.L. 1978); *MDL Panel Motion Practice*, 175 F.R.D. at 590 ("Parties can save time and expense by avoiding duplicative discovery and minimizing the burden on non-parties who may be compelled to testify or produce documents in similar actions scattered around the country.").

MDL petitions are granted even where there are as few as two cases pending in different district courts. *In re Sterling, Inc., Bankr. Debtor Reaffirmation Agreements Litig.*, No. 1242, 1998 U.S. Dist. LEXIS 12811 (J.P.M.L. Aug. 18, 1998) (two actions); *In re Fine Host Corp. Sec. Litig.*, No. 1241, 1998 U.S. Dist. LEXIS 12332 (J.P.M.L. Aug. 7, 1998) (two actions); *In re Columbia/HCA Healthcare Corp. Billing Practices Litig.*, No. 1227, 1998 U.S. Dist. LEXIS 8613 (J.P.M.L. June 11, 1998) (two actions); *In re The Northwestern Mut. Life Ins. Co. Sales Practices Litig.*, No. 1213, 1998 U.S. Dist. LEXIS 5495 (J.P.M.L. Apr. 16, 1998) (two actions). Here, Plaintiffs are aware of 6 other actions, and the number may increase. Accordingly, coordination or consolidation will serve the interest of judicial economy.

**D.      No Prejudice Will Result from MDL Coordination at This Early Stage of the Case**

Coordination of pretrial proceedings in these cases is particularly appropriate because they are in the early stages of litigation.  Indeed, all of these complaints were filed during the last two months.

**V.      THE NORTHERN DISTRICT OF CALIFORNIA IS THE MOST APPROPRIATE FORUM FOR PRETRIAL PROCEEDINGS**

As noted above, the Northern District of California is the most appropriate location for coordinated pretrial proceedings.  Two of the 7 pending actions are presently before the Northern District of California.  A substantial part of the events or omissions giving rise to the common claims in the related Sony actions occurred in the Northern District of California.  Three of the actions – the *Ricciuti*, *Melcon* and *Klemm* actions are far broader than the other actions.  Each of these three actions include allegations as to the Media Max CDs, whereas each of the remaining actions include allegations only as to the XCP CDs, a much smaller class.  Two of these actions are pending in the Northern District of California.  Counsel in the *Ricciuti* and *Melcon* actions have actively pursued the harms associated with the Media Max CD spyware, including identifying a security flaw in the software and working jointly with Defendants to correct the flaw and issue a patch to the public.  Sony BMG conducts extensive business throughout the Northern District, including San Francisco, Alameda and Santa Clara Counties.  Plaintiffs' counsel in all of the California actions conferred on this matter, and all support a transfer to the Northern District for pretrial coordination.  Coordinated or consolidated pretrial proceedings, centralized before the Northern District of California, will be for the convenience of all parties and witnesses thereto, and will promote the just and efficient conduct of the lawsuits.

## VI.    CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the related Sony BMG actions,

pending and future, be transferred to the Northern District of California for coordination of pretrial

proceedings.

DATED:  December 12, 2005              LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
                                       REED R. KATHREIN
                                       JEFFREY R. FRIEDMAN
                                       SHANA E. SCARLETT


                                              REED R. KATHREIN

                                       100 Pine Street, Suite 2600
                                       San Francisco, CA  94111
                                       Telephone:  415/288-4545
                                       415/288-4534 (fax)

                                       LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
                                       ROBERT M. ROTHMAN (RR-6090)
                                       200 Broadhollow Road, Suite 406
                                       Melville, NY  11747
                                       Telephone:  631/367-7100
                                       631/367-1173 (fax)

                                       GREEN WELLING LLP
                                       ROBERT S. GREEN
                                       JENELLE WELLING
                                       AVIN P. SHARMA
                                       595 Market Street, Suite 2750
                                       San Francisco, CA  94105
                                       Telephone:  415/477-6700
                                       415/477-6710 (fax)

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
FRED von LOHMANN
KIRT OPSAHL
CORYNNE McSHERRY
454 Shotwell Street
San Francisco, CA  94110
Telephone:  415/436-9333
415/436-9993 (fax)

LAWRENCE E. FELDMAN & ASSOCIATES
LAWRENCE E. FELDMAN
432 Tulpehocken Avenue
Elkins Park, PA  19027
Telephone:  215/885-3302
215/885-3303 (fax)

Attorneys for Plaintiffs and Movants Tom Ricciuti,
Yvonne Ricciuti and Mary Schumacher

T:\CasesSF\Sony NY\BRF00026702.doc

# ORIGINAL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 3 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---------------------------------------------------- x

In re:
TOM RICCIUTI, YVONNE RICCIUTI and
MARY SCHUMACHER,

          Plaintiffs,

   vs.

SONY BMG MUSIC ENTERTAINMENT,
SONY CORPORATION OF AMERICA and
BERTELSMANN, INC,

          Defendants.

:  MDL Docket No. _____

---------------------------------------------------- x

**SUPPLEMENTAL PROOF OF SERVICE**



RECEIVED
CLERK'S OFFICE
2005 DEC 20 P 12: 16
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

<u>DECLARATION OF SERVICE BY MAIL</u>

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

That on December 19, 2005, declarant served

1.      MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA

2.      NOTICE OF MOTION AND MOTION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA

3.      SCHEDULE OF INCLUDED ACTIONS IN PETITION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA

4.      PROOF OF SERVICE

by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

That there is a regular communication by mail between the place of mailing and the places so addressed.



- 1 -

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of December, 2005, at San Francisco, California.

CYNTHIA SHEPPARD

## SERVICE LIST

Ira M. Press
Mark A. Strauss
**Kirby McInerney & Squire, LLP\* / \*\*\***
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600
(212) 751-2540 (fax)
ipress@kmslaw.com
mstrauss@kmslaw.com

**Attorneys for Plaintiff**:

Jeffrey Potter

Jason Louis Solotaroff
**Giskan & Solotaroff\* / \*\*\***
207 West 25th Street
New York, NY 10001
212 847 8315
212 473 8096 (fax)
jsolotaroff@gslawny.com

**Attorneys for Plaintiffs**:

Andrew Klewan, James Springer

Daniel Lynch
Ethan Preston
**Cirignani Heller Harman & Lynch\* / \*\*\***
150 S. Wacker Drive, #2600
Chicago, Illinois 60606
(312) 346-8700
(312) 896-5883 (fax)

**Attorneys for Plaintiffs**:

Andrew Klewan, James Springer

Daniel C. Girard
Eric H. Gibbs
Jonathan K. Levine
**Girard Gibbs & DeBartolomeo LLP\* / \*\*\***
601 California St., Suite 1400
San Francisco, California 94108
(415) 981-4800
(415) 981-4846 (fax)

**Attorneys for Plaintiff**:

Dora Rivas

Sanford P. Dumain
Peter G.A. Safirstein
**Milberg Weiss Bershad & Schulman LLP\* /
\*\*\***
One Pennsylvania Plaza
New York, NY 10119
212-594-5300
212-868-1229 (fax)
sdumain@milbergweiss.com

**Attorneys for Plaintiff**:

Dora Rivas

David Nester
**Nester & Constance, P.C.\* / \*\*\***
123 West Washington St.
Belleville, Illinois 62220
(618) 234-4440
(618) 234-6193 (fax)

**Attorneys for Plaintiff**:

Dora Rivas

Robert I. Lax
**Robert I. Lax & Associates\* / \*\*\***
535 Fifth Avenue, 21st Floor
New York, New York 10017
(212) 818-9150
(212) 818-1266 (fax)

**Attorneys for Plaintiff**:

Dora Rivas

Scott Adam Kamber
**Kamber & Associates, LLC\* / \*\*\***
19 Fulton Street, Suite 400
New York, NY 10038
(646)-441-7100
(212)-202-6364 (fax)
skamber@kolaw.com

**Attorneys for Plaintiffs:**

James Michaelson, Ori Edelstein

Robert S. Green (State Bar No. 136183)
Jenelle Welling (State Bar No. 209480)
Avin P. Sharma (State Bar No. 233328)
**Green Welling LLP\* / \*\*\***
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

**Attorneys for Plaintiffs:**

Tom Ricciuti, Yvonne Ricciuti, Mary
Schumacher, Erin Melcon

Cindy Cohn (State Bar No. 145997)
Fred von Lohmann (State Bar No. 192657)
Kurt Opsahl (State Bar No. 191303)
Corynne McSherry (State Bar No. 221504)
**Electronic Frontier Foundation\* / \*\*\***
454 Shotwell Street

**Attorneys for Plaintiffs:**

Tom Ricciuti, Yvonne Ricciuti, Mary
Schumacher, Erin Melcon

San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Lawrence E. Feldman
**Lawrence E. Feldman & Associates\* / \*\*\***
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

**Attorneys for Plaintiffs:**

Tom Ricciuti, Yvonne Ricciuti, Mary
Schumacher, Erin Melcon

Robert M. Rothman
**Lerach, Coughlin, Stoia, Geller, Rudman &
Robbins, LLP\* / \*\*\***
200 Broadhollow Road, Ste. 406
Melville, NY 11747
631-367-7100
(631) 367-1173 (fax)
rrothman@lerachlaw.com

**Attorneys for Plaintiffs:**

Tom Ricciuti, Yvonne Ricciuti, and Mary
Schmacher

Jeffrey S. Jacobson
**Debevoise & Plimpton, LLP** (NYC)\* / \*\*\*
919 Third Avenue
New York, NY 10022
2129096479
2129096836 (fax)
jsjacobs@debevoise.com

**Attorneys for Defendants:**

Sony BMG Music Entertainment, Sony
Corporation of America

Clerk of the Court
United States District Court\* / \*\*\*
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 120
New York, NY  100007-1581

Clerk of the Court
United States District Court\* / \*\*\*
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

**BERTELSMANN, INC.\*\***
The Corporation
1540 Broadway, 24th Floor
New York, NY  10036
Telephone:  212/782-1000
212/782-7600 (fax)

**FIRST 4 INTERNET\*\***
6 South Bar Street
Banbury
Oxfordshire
OX169AA
United Kingdom
Telephone:  +44 (0) 1295 255777
+44 (0) 1295 262682 (fax)

c/o Process Address:
The Corporation
Jacqueline Chasey, Esq. (Registered Agent)
1540 Broadway, 24th Floor
New York, NY  10036

**SONY BMG MUSIC, INC.\*\***
Company Name: Arista Holding, Inc.
Fictitious Business Name: Sony BMG Music
Entertainment
c/o Process Address:
Bertelsmann, Inc.
Attn: Jacqueline Chasey
1540 Broadway
New York, NY 10036
Telephone: 212/833-8000
212/833-4818 (Fax)

**ARISTA HOLDINGS, INC.\*\***
Bertelsmann Inc / Jon San Juan
1540 Broadway, 24th Floor
New York, NY 10036-4098
Telephone: 212/930-4000

c/o Registered Agent:
Corporation Service Company which will do
business in California as CSC – Lawyers
Incorporating Service
Registered Office:
P.O. Box 526036
Sacramento, CA 95852-6036

(physical address for registered agent):
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

\*Denotes service on December 12, 2005
\*\*Denotes service on December 19, 2005
\*\*\*Denotes service of Supplemental Proof of Service only on December 19, 2005

T:\CasesSF\Sony NY\POS00026719.doc

# ORIGINAL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 7 2005

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

———————————————————— x

| | |
|---|---|
| In re:<br>TOM RICCIUTI, YVONNE RICCIUTI and<br>MARY SCHUMACHER, | MDL Docket No. _____ |
| Plaintiffs, | |
| vs. | |
| SONY BMG MUSIC ENTERTAINMENT,<br>SONY CORPORATION OF AMERICA and<br>BERTELSMANN, INC, | |
| Defendants. | |

———————————————————— x

**SECOND SUPPLEMENTAL PROOF OF SERVICE**

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

That on December 19, 2005, declarant served

1.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA

2.    NOTICE OF MOTION AND MOTION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA

3.    SCHEDULE OF INCLUDED ACTIONS IN PETITION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA

4.    PROOF OF SERVICE

by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

That there is a regular communication by mail between the place of mailing and the places so addressed.



- 1 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of December, 2005, at San Francisco, California.

CYNTHIA SHEPARD

### SERVICE LIST

Ira M. Press
Mark A. Strauss
**Kirby McInerney & Squire, LLP\* / \*\*\***
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600
(212) 751-2540 (fax)
ipress@kmslaw.com
mstrauss@kmslaw.com

**Attorneys for Plaintiff**:

Jeffrey Potter

Jason Louis Solotaroff\* / \*\*\*
**Giskan & Solotaroff\* / \*\*\***
207 West 25th Street
New York, NY 10001
212 847 8315
212 473 8096 (fax)
jsolotaroff@gslawny.com

**Attorneys for Plaintiffs**:

Andrew Klewan, James Springer

Daniel Lynch
Ethan Preston
**Cirignani Heller Harman & Lynch\* / \*\*\***
150 S. Wacker Drive, #2600
Chicago, Illinois 60606
(312) 346-8700
(312) 896-5883 (fax)

**Attorneys for Plaintiffs**:

Andrew Klewan, James Springer

Daniel C. Girard
Eric H. Gibbs
Jonathan K. Levine
**Girard Gibbs & DeBartolomeo LLP\* / \*\*\***
601 California St., Suite 1400
San Francisco, California 94108
(415) 981-4800
(415) 981-4846 (fax)

**Attorneys for Plaintiff:**

Dora Rivas

Sanford P. Dumain
Peter G.A. Safirstein
**Milberg Weiss Bershad & Schulman LLP\* /**
**\*\*\***
One Pennsylvania Plaza
New York, NY 10119
212-594-5300
212-868-1229 (fax)
sdumain@milbergweiss.com

**Attorneys for Plaintiff**:

Dora Rivas

David Nester
**Nester & Constance, P.C.\* / \*\*\***
123 West Washington St.
Belleville, Illinois 62220
(618) 234-4440
(618) 234-6193 (fax)

**Attorneys for Plaintiff**:

Dora Rivas

Robert I. Lax
**Robert I. Lax & Associates\* / \*\*\***
535 Fifth Avenue, 21st Floor
New York, New York 10017
(212) 818-9150
(212) 818-1266 (fax)

**Attorneys for Plaintiff**:

Dora Rivas

Scott Adam Kamber
**Kamber & Associates, LLC\* / \*\*\***
19 Fulton Street, Suite 400
New York, NY 10038
(646)-441-7100
(212)-202-6364 (fax)
skamber@kolaw.com

**Attorneys for Plaintiffs:**

James Michaelson, Ori Edelstein

Robert S. Green (State Bar No. 136183)
Jenelle Welling (State Bar No. 209480)
Avin P. Sharma (State Bar No. 233328)
**Green Welling LLP\* / \*\*\***
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

**Attorneys for Plaintiffs:**

Tom Ricciuti, Yvonne Ricciuti, Mary
Schumacher, Erin Melcon

Cindy Cohn (State Bar No. 145997)
Fred von Lohmann (State Bar No. 192657)
Kurt Opsahl (State Bar No. 191303)
Corynne McSherry (State Bar No. 221504)
**Electronic Frontier Foundation\* / \*\*\***
454 Shotwell Street

**Attorneys for Plaintiffs:**

Tom Ricciuti, Yvonne Ricciuti, Mary
Schumacher, Erin Melcon

San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Lawrence E. Feldman
**Lawrence E. Feldman & Associates\* / \*\*\***
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

**Attorneys for Plaintiffs:**

Tom Ricciuti, Yvonne Ricciuti, Mary
Schumacher, Erin Melcon

Robert M. Rothman
**Lerach, Coughlin, Stoia, Geller, Rudman &
Robbins, LLP\* / \*\*\***
200 Broadhollow Road, Ste. 406
Melville, NY 11747
631-367-7100
(631) 367-1173 (fax)
rrothman@lerachlaw.com

**Attorneys for Plaintiffs:**

Tom Ricciuti, Yvonne Ricciuti, and Mary
Schmacher

Jeffrey S. Jacobson
**Debevoise & Plimpton, LLP** (NYC)\* / \*\*\*
919 Third Avenue
New York, NY 10022
2129096479
2129096836 (fax)
jsjacobs@debevoise.com

**Attorneys for Defendants:**

Sony BMG Music Entertainment, Sony
Corporation of America

Clerk of the Court
United States District Court\* / \*\*\*
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 120
New York, NY 100007-1581

Clerk of the Court
United States District Court\* / \*\*\*
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**BERTELSMANN, INC.\*\***
The Corporation
1540 Broadway, 24th Floor
New York, NY 10036
Telephone: 212/782-1000
212/782-7600 (fax)

**FIRST 4 INTERNET\*\***
6 South Bar Street
Banbury
Oxfordshire
OX169AA
United Kingdom
Telephone: +44 (0) 1295 255777
+44 (0) 1295 262682 (fax)

c/o Process Address:
The Corporation
Jacqueline Chasey, Esq. (Registered Agent)
1540 Broadway, 24th Floor
New York, NY 10036

- 4 -

**SONY BMG MUSIC, INC.\*\***
Company Name: Arista Holding, Inc.
Fictitious Business Name: Sony BMG Music
Entertainment
c/o Process Address:
Bertelsmann, Inc.
Attn:  Jacqueline Chasey
1540 Broadway
New York, NY  10036
Telephone:  212/833-8000
212/833-4818 (Fax)

**ARISTA HOLDINGS, INC.\*\***
Bertelsmann Inc / Jon San Juan
1540 Broadway, 24th Floor
New York, NY  10036-4098
Telephone:  212/930-4000

c/o Registered Agent:
Corporation Service Company which will do
business in California as CSC – Lawyers
Incorporating Service
Registered Office:
P.O. Box 526036
Sacramento, CA  95852-6036

(physical address for registered agent):
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA  95833

MALLISON & MARTINEZ\*\*\*\*
STAN S. MALLISON
1042 Brown Avenue, Suite A
Lafayette, CA  94549
Telephone:  925/283-3842
925/283-3426 (fax)

**Attorneys for Plaintiff Laura Klemm**

THE ROTHKEN LAW FIRM\*\*\*\*
IRA P. ROTHKEN
1050 Northgate Drive, Suite 520
San Rafael, CA  94903
Telephone:  415/924-4250
415/924-2905 (fax)

**Attorneys for Plaintiff Laura Klemm**

\*Denotes service on December 12, 2005
\*\*Denotes service on December 19, 2005
\*\*\*Denotes service of Supplemental Proof of Service only on December 19, 2005
\*\*\*\*Denotes service on December 23, 2005

T:\CasesSF\Sony NY\POS00026719.doc