
1750

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

# BEFORE THE
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SONY BMG AUDIO ) MDL Docket No. 1750
COMPACT DISC LITIGATION )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to J.P.M.L. Rule 5.3(a), Defendant Bertelsmann, Inc. discloses that it is a Delaware corporation, and is a wholly-owned, indirect subsidiary of Bertelsmann AG, a German corporation. Bertelsmann AG and Bertelsmann, Inc. are not publicly held.

Dated: New York, New York
       January 3, 2006

Respectfully submitted,

Irving Scher, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8120

Attorney for Defendant Bertelsmann, Inc.

2006 JAN -3 P 12: 36
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY**

NY1:\1368571\01\TBZV01!.DOC\19401.0006

IMAGED JAN 1 0 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE SONY BMG AUDIO ) MDL Docket No. 1750
COMPACT DISC LITIGATION )

## PROOF OF SERVICE

I, Irving Scher, an attorney, hereby certify that, on January 3, 2006, I caused a copy of Defendant Bertelsmann Inc.'s (i) Notice of Appearance, (ii) Corporate Disclosure Statement, and (iii) Proof of Service to be served by first-class mail, postage prepaid, upon counsel for each of the represented parties identified in the below-identified Schedule of Actions, as follows:

## SCHEDULE OF ACTIONS

### NORTHERN DISTRICT OF CALIFORNIA

*Erin Melcon, on behalf of herself and all others similarly situated v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

Counsel for Plaintiffs:

> Robert S. Green
> Jenelle Welling
> Avin P. Sharma
> **GREEN WELLING LLP**
> 595 Market Street, Suite 2750
> San Francisco, CA 94105
> Telephone: (415) 477-6700
> Facsimile: (415) 477-6710
>
> Cindy Cohn
> Fred von Lohmann
> Kurt Opsahl
> Corynne McSherry

2006 JAN -3 P 12: 36
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94105
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Shana Scarlett
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpehocken Avenue
Elkins Park, PA 19207
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

I also hereby certify that I caused a copy of the aforementioned documents to be served upon the Clerk of the District Court in which the litigation identified in the above schedule of Actions is pending, and upon the following additional counsel and Clerk of the District Court to which the Moving Defendants have moved to transfer the cases under 28 U.S.C. § 1407, as follows:

Counsel for Defendant SonyBMG Music Entertainment GP and Sony Corporation of America:

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 753-3630

Counsel for Defendant SunnComm Technologies, Inc.:

    Andrew C. DeVore
    **MANATT, PHELPS & PHILLIPS, LLP**
    7 Times Square
    New York, NY 10036
    Telephone: (212) 790-4500
    Facsimile: (212) 790-4545

**NORTHERN DISTRICT OF CALIFORNIA**

    Clerk of the Court
    United States District Court
    Northern District of California
    450 Golden Gate Avenue, 16th Floor
    San Francisco, CA 94102

**SOUTHERN DISTRICT OF NEW YORK**

    Clerk of the Court
    United States District Court
    Southern District of New York
    U.S. Courthouse
    500 Pearl Street
    New York, NY 10007-1213

Dated: New York, New York

    January 3, 2006

                                      */s/ Irving Scher*
                                      Irving Scher, Esq.

                                      Weil, Gotshal & Manges LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      (212) 310-8120

                                      Attorneys for Defendant Bertelsmann, Inc.


# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   January 3, 2006
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL DOCKET No. **1750**-- In re Sony BMG Audio Compact Disc Litigation

JAN - 9 2006

## NOTICE OF APPEARANCE

FILED
CLERK'S OFFICE

PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):

Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):

Ricciuti vs. Sony BMG, et. al., 05-cv-10190, (S.D.N.Y.)

2005 DEC 30 A 10: 11
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

12/29/05
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Jeff Friedman
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
100 Pine St., Ste 2600
San Francisco, CA 94111

Telephone No.: 415-288-4545         Fax No.: 415-288-4534

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

IMAGED JAN - 9 2006    **OFFICIAL FILE COPY**

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN (Noon Eastern Time) January 9, 2006**
Panel Fax No.: (202) 502-2888

MDL DOCKET No. **1750**-- In re Sony BMG Audio Compact Disc Litigation

## NOTICE OF APPEARANCE

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

John Maletta, Plaintiff

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

John Maletta v. Sony BMG Music Entertainment Corp., et al.,
Civil Action No. 05 CV 10637 (NRB), Judge Buchwald, S.D.N.Y.

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

January 6, 2006
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Robert I. Harwood or
Jeffrey M. Norton
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th Floor
New York, New York 10022-5726
Telephone No.: (212) 935-7400

Fax No.: (212) 753-3630

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) **January 9, 2006**
Panel Fax No.: (202) 502-2888

MDL DOCKET No. 1750 -- In re Sony BMG Audio Compact Disc Litigation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

## NOTICE OF APPEARANCE

PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary):

SONY BMG Music Entertainment, Defendant

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):

See attached list

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

1-5-2006
Date

Signature of Attorney or Designee

Name and Address of Designated Attorney:

Jeffrey S. Jacobson, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

Telephone No.: (212) 909-6479

Fax No.: (212) 521-7479

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SONY BMG AUDIO COMPACT DISC LITIGATION | ) MDL Docket No. 1750 ) |

DEFENDANT SONY BMG MUSIC ENTERTAINMENT'S
NOTICE OF APPEARANCE
LIST OF SHORT CASE CAPTIONS

### CENTRAL DISTRICT OF CALIFORNIA

*Ponting v. SonyBMG Music Entertainment, LLC*, C.D. Cal., No. CV 05-08472-JFW(AJWx)

### NORTHERN DISTRICT OF CALIFORNIA

*Klemm v. Sony BMG Music Entertainment*, N.D. Cal., No. C 05 5111 BZ

*Melcon v. Sony BMG Music Entertainment*, N.D. Cal., No. C 05 5084 MHP

### DISTRICT OF NEW MEXICO

*Black v. Sony BMG Music Entertainment*, D. N.M., No. CIV-05-1315 BDB

## SOUTHERN DISTRICT OF NEW YORK

*DeMarco v. Sony BMG Music*, S.D.N.Y., No. 05-CV-10825 (UA)

*Klewan v. Arista Holdings Inc.*, S.D.N.Y., No. 05-CV-9609 (NRB)

*Maletta v. Sony BMG Music Entertainment Corp.*, S.D.N.Y., No. 05-CV-10637 (NRB)

*Michaelson v. Sony BMG Music, Inc.*, S.D.N.Y., No. 05-CV-9575 (NRB)

*Potter v. Sony BMG Music Entertainment*, S.D.N.Y., No. 05-CV-9607 (NRB)

*Ricciuti v. Sony BMG Music Entertainment*, S.D.N.Y., No. 05-CV-10190 (NRB)

*Rivas v. Sony BMG Music Entertainment*, S.D.N.Y., No. 05-CV-9598 (NRB)

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
**(Noon Eastern Time)** January 3, 2006
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1750**-- In re Sony BMG Audio Compact Disc Litigation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## NOTICE OF APPEARANCE

JAN - 9 2006

FILED
CLERK'S OFFICE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Plaintiff, LAURA KLEMM

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

KLEMM v. SONY BMG MUSIC ENTERTAINMENT
Northern District of California, Civil Action No. C 05-5111 BZ

2005 DEC 30 A 6: 25
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_12/29/2005_
Date

_[signature]_
Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Ira P. Rothken
ROTHKEN LAW FIRM
1050 Northgate Dr., Suite 520
San Rafael, CA 94903

Telephone No.: 415-924-4250            Fax No.: 415-924-2905

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO:  Judicial Panel on Multidistrict Litigation
     Thurgood Marshall Federal Judiciary Bldg.
     One Columbus Circle, N.E., Room G-255
     Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  January 3, 2006
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

MDL DOCKET No. **1750**-- In re Sony BMG Audio Compact Disc Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

~~Co-Lead Counsel for Plaintiffs;~~ Counsel for Plaintiff Dora Rivas

**SHORT CASE CAPTION(s)** (include District(s), Civil Action No(s).-- attach list if necessary):

In re: SONY BMG CD Technologies Litigation
Case No. 1:05-cv-09575-NRB    (S.D.N.Y.)

*************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

12/28/2005
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**  Elizabeth C. Pritzker
Girard Gibbs & De Bartolomeo LLP
601 California Street, Suite 1400
San Francisco, CA  94108

Telephone No.: (415) 981-4800                    Fax No.: (415) 981-4846

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO THE
JUDICIAL PANEL NO LATER THAN
**(Noon Eastern Time) January 3, 2006**
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

MDL DOCKET No. <u>1750</u> – In re Sony BMG Audio Compact Disc Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant—attach list if necessary):

Bertelsmann, Inc., Defendant

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).—attach list if necessary):

Melcon v. Sony BMG Music Entertainment, et al., N.D. Cal. Civ. No. C 05 5084 MHP

*************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendants(s) indicated. I am aware that only one attorney can be designated for each party.

January 3, 2006
Date

Signature of Attorney or Designee

Name and Address of Designated Attorney:

Irving Scher, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Telephone No.: (212) 310-8120        Fax No.: (212) 310-8007

RECEIVED
CLERK'S OFFICE
2006 JAN -3 P 12: 36
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

**OFFICIAL FILE COPY**       JPML Form 18

NY1:\1368437\01\T8W5011.DOC\19401.0006