01/05/2006 16:38 FAX 212 909 6836    DEBEVOISE & PLIMPTON LLP                            ☒006
Case MDL No. 1750   Document 4   Filed 01/09/06   Page 1 of 14

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

## BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SONY BMG AUDIO COMPACT DISC LITIGATION | )  MDL Docket No. 1750 ) |

### DEFENDANT SONY BMG MUSIC ENTERTAINMENT'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to J.P.M.L. Rule 5.3(a), Sony BMG Music Entertainment GP discloses that it is a Delaware General Partnership, 50% owned by indirect subsidiaries of Sony Corporation of America and 50% owned by indirect subsidiaries of defendant Bertelsmann, Inc.

Sony Corporation of America is a wholly-owned, indirect subsidiary of Sony Corporation, a Japanese corporation. Shares of Sony Corporation are publicly traded in Japan, and American Depository Receipts of Sony Corporation are traded in the U.S. on the New York Stock Exchange and other exchanges.

OFFICIAL FILE COPY

IMAGED JAN 1 0 2006

Bertelsmann, Inc. is a wholly-owned, indirect subsidiary of Bertelsmann AG, a German corporation. Bertelsmann AG and Bertelsmann, Inc. are not publicly held.

Dated: New York, New York
       January 5, 2006

                                        Respectfully submitted,

                                        *[signature]*
                                        Jeffrey S. Jacobson, Esq.

                                        Debevoise & Plimpton LLP
                                        919 Third Avenue
                                        New York, New York 10022
                                        (212) 909-6000

                                        Attorneys for Defendant Sony BMG Music
                                        Entertainment GP

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

# BEFORE THE
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SONY BMG AUDIO ) MDL Docket No. 1750
COMPACT DISC LITIGATION )

### DEFENDANT SONY BMG MUSIC ENTERTAINMENT'S
### PROOF OF SERVICE

I, Marissa M. Grimes, an attorney, hereby certify that, on January 5, 2006, I caused a copy of Defendant Sony BMG Music Entertainment's (*i*) Notice of Appearance (with attached List of Short Case Captions), (*ii*) Corporate Disclosure Statement, and (*iii*) Proof of Service to be served by first-class mail, postage prepaid, upon counsel for each of the represented parties and, where not represented by counsel, directly upon the parties involved in the litigations identified in the List of Short Case Captions, as follows:

### CENTRAL DISTRICT OF CALIFORNIA

*Ponting, Daniel D. Linde, on behalf of themselves and all others similarly situated v. SonyBMG Music Entertainment, LLC, First4Internet, Ltd., and Does 1 through 20.*

Counsel for Plaintiffs:

  Douglas A. Linde
  Erica L. Allen

2006 JAN -5 P 4:41 RECEIVED CLERK'S OFFICE

**THE LINDE LAW FIRM**
2029 Century Park East, #1360
Los Angeles, CA 90067
Telephone: (310) 203-9555
Facsimile: (310) 652-9555

Counsel for Defendant First4Internet, Ltd.:

Leonard T. Nuara
**THACHER, PROFFITT & WOOD**
25 DeForest Avenue
Summit, NJ 07901
Telephone: (908)598-5777
Facsimile: (866)805-3954

## NORTHERN DISTRICT OF CALIFORNIA

*Laura Klemm, on behalf of herself and all others similarly situated v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

Counsel for Plaintiffs:

Ira P. Rothken
**ROTHKEN LAW FIRM**
1050 Northgate Dr., Suite 520
San Rafael, CA 94903
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

Stan S. Mallison
Hector R. Martinez
**LAW OFFICES OF MALLISON & MARTINEZ**
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

Counsel for Defendant Sony Corporation of America:[1]

    Jeffrey S. Jacobson
    **DEBEVOISE & PLIMPTON LLP**
    919 Third Avenue
    New York, NY 10022
    Telephone: (212) 909-6000
    Facsimile: (212) 521-7479

Defendant Bertelsmann, Inc.:

    Jacqueline Chasey
    Senior Vice President, Legal Affairs
    **BERTELSMANN, INC.**
    1540 Broadway
    New York, NY 10036
    Telephone: (212) 782-1140
    Facsimile: (212) 782-1042

*Erin Melcon, on behalf of herself and all others similarly situated v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

Counsel for Plaintiffs:

    Robert S. Green
    Jenelle Welling
    Avin P. Sharma
    **GREEN WELLING LLP**
    595 Market Street, Suite 2750
    San Francisco, CA 94105
    Telephone: (415) 477-6700
    Facsimile: (415) 477-6710

    Cindy Cohn
    Fred von Lohmann
    Kurt Opsahl
    Corynne McSherry
    **ELECTRONIC FRONTIER FOUNDATION**

---

[1] Counsel for Defendant Sony Corporation of America was served by hand, rather than by first-class mail.

3

454 Shotwell Street
San Francisco, CA 94105
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Shana Scarlett
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

Counsel for Defendant Sony Corporation of America:

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

Counsel for Defendant Bertelsmann, Inc.:

Irving Scher
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8120
Facsimile: (212) 310-8007

## DISTRICT OF NEW MEXICO

*Chad Black, on behalf of himself and all other similarly situated v. Sony BMG Music Entertainment, and Does 1 through 100.*

Counsel for Plaintiffs:

Nicholas Koluncich III
**LAW OFFICES OF NICHOLAS KOLUNCICH III**
6804 Fourth Street NW
Los Ranchos de Albuq., NM 87107
Telephone: (505) 345-0605
Facsimile: (505) 345-3925

**SOUTHERN DISTRICT OF NEW YORK**

*Darren DeMarco, on behalf of himself and all others similarly situated v. Sony BMG Music, and SunnComm Technologies, Inc., and Does 1 - 300.*

Counsel for Plaintiffs:

Lynne M. Kizis
**WILENTZ, GOLDMAN & SPITZER**
A Professional Corporation
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000

Philip A. Tortoreti
**TORTORETI, TOMES & CALLAHAN**
A Professional Corporation
150 Tices Lane
East Brunswick, NJ 08816
Telephone: (732) 257-9100

Stephen Raff
Michael Raff
**RAFF & RAFF, LLP**
30 Church Street
Paterson, NJ 07505
Telephone: (973) 742-1917

Michael D. Halbfish
**LAW OFFICES OF MICHAEL D. HALBFISH**
245 Main Street
Woodbridge, NJ 07095

Telephone: (732) 636-4900

Counsel for Defendant SunnComm Technologies, Inc.:

Andrew C. DeVore
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

*Andrew Klewan and James Springer, individuals, on their own behalf and on behalf of all others similarly situated v. Arista Holdings Inc., doing business as Sony BMG Music Entertainment.*

Counsel for Plaintiffs:

Jason L. Solotaroff
**GISKAN & SOLOTAROFF, LLP**
207 West 25th Street
New York, NY 10001
Telephone: (212) 847-8315
Facsimile: (212) 473-8096

Daniel Lynch
**CIRIGNANI HELLER HARMAN & LYNCH**
150 S. Wacker Drive #2600
Chicago, IL 60606
Telephone: (312) 346-8700
Facsimile: (312) 896-5883

Ethan Preston
150 S. Wacker Drive #2600
Chicago, IL 60606
Telephone: (312) 346-8700
Facsimile: (312) 896-5883

*John Maletta, Individually and as Representative for all others similarly situated and the General Public v. Sony BMG Music Entertainment Corp., Sony Corporation of America, and Bertelsmann, Inc., and Does 1 through 100, Inclusive.*

Counsel for Plaintiff John Maletta:

Robert I. Harwood
Jeffrey M. Norton
**WECHSLER HARWOOD LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Counsel for Defendant Sony Corporation of America:

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

Defendant Bertelsmann, Inc.:

Jacqueline Chasey
Senior Vice President, Legal Affairs
**BERTELSMANN, INC.**
1540 Broadway
New York, NY 10036
Telephone: (212) 782-1140
Facsimile: (212) 782-1042

*James Michaelson and Ori Edelstein v. Sony BMG Music, Inc. and First 4 Internet.*

Counsel for Plaintiffs:

Scott A. Kamber
**KAMBER & ASSOCIATES, LLC**
19 Fulton Street, Suite 400
New York, NY 10038
Telephone: (212) 571-2000

Counsel for Defendant First4Internet, Ltd.:

Leonard T. Nuara
**THACHER, PROFFITT & WOOD**
25 DeForest Avenue

7

Summit, NJ 07901
Telephone: (908)598-5777
Facsimile: (866)805-3954

*Jeffrey Potter, individually and on behalf of all others similarly situated v. Sony BMG Music Entertainment, a Delaware General Partnership.*

Counsel for Plaintiffs:

Ira M. Press
Mark A. Strauss
**KIRBY McINERNEY & SQUIRE, LLP**
830 Third Avenue
New York, NY 10022
Telephone: (212) 317-2000
Facsimile: (212) 751-2540

*Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

Counsel for Plaintiffs:

Robert M. Rothman
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Robert S. Green
Jenelle Welling
Avin P. Sharma
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Cindy Cohn
Fred von Lohmann
Kurt Opsahl
Corynne McSherry

**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94105
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Jeffrey Friedman
Shana Scarlett
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

Counsel for Defendant Sony Corporation of America:

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

Defendant Bertelsmann, Inc.:

Jacqueline Chasey
Senior Vice President, Legal Affairs
**BERTELSMANN, INC.**
1540 Broadway
New York, NY 10036
Telephone: (212) 782-1140
Facsimile: (212) 782-1042

9

*Dora Rivas individually and on behalf of all others similarly situated v. Sony BMG Music Entertainment.*

<u>Counsel for Plaintiffs:</u>

Sanford P. Dumain
Peter Safirstein
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Avenue
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Jonathan K. Levine
Eric H. Gibbs
Dylan Hughes
**GIRARD GIBBS & DeBARTOLOMEO LLP**
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

David Nester
**NESTER & CONSTANCE, P.C.**
123 West Washington Street
Belleville, IL 62220-2021
Telephone: (618) 234-4440
Facsimile: (618) 234-6193

Robert I. Lax
**ROBERT I. LAX & ASSOCIATES**
535 Fifth Avenue, 21st Floor
New York, NY 10017
Telephone: (212) 818-9150
Facsimile: (212) 818-1266

I also hereby certify that, on January 5, 2006, I caused a copy of the aforementioned documents to be served upon the Clerk of each District Court in which the litigations identified in

the List of Short Case Captions are pending, and upon the Clerk of the District Court to which the

Moving Parties have moved to transfer the cases under 28 U.S.C. § 1407, as follows:

### CENTRAL DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Central District of California, Western Division
312 N. Spring Street
Los Angeles, CA 90012

### NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

### DISTRICT OF NEW MEXICO

Clerk of the Court
United States District Court
District of New Mexico
333 Lomas Blvd. N.W.
Albuquerque, NM 87102

### SOUTHERN DISTRICT OF NEW YORK

Clerk of the Court
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1213

Case MDL No. 1750   Document 4   Filed 01/09/06   Page 14 of 14

Dated: New York, New York
       January 5, 2006

*[signature]*
Marissa M. Grimes, Esq.

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Defendant Sony BMG Music
Entertainment GP