

MDL 1750

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

# BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE SONY BMG AUDIO | ) | **MDL Docket No. 1750** |
| COMPACT DISC LITIGATION | ) | |

## DEFENDANT SONY CORPORATION OF AMERICA'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to J.P.M.L. Rule 5.3(a), Sony Corporation of America discloses that it is a

wholly-owned, indirect subsidiary of Sony Corporation, a Japanese corporation.  Shares of Sony

Corporation are publicly traded in Japan, and American Depository Receipts of Sony Corporation are

OFFICIAL FILE COPY

IMAGED JAN 1 0 2006

traded in the U.S. on the New York Stock Exchange and other exchanges.

Dated:  New York, New York
       January 5, 2006

                          Respectfully submitted,

                          Jeffrey S. Jacobson, Esq.

                          Debevoise & Plimpton LLP
                          919 Third Avenue
                          New York, New York 10022
                          (212) 909-6000

                          Attorneys for Defendant Sony Corporation of America

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

**BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE SONY BMG AUDIO     )   **MDL Docket No. 1750**
COMPACT DISC LITIGATION   )

**DEFENDANT SONY CORPORATION OF AMERICA'S
PROOF OF SERVICE**

     I, Marissa M. Grimes, an attorney, hereby certify that, on January 5, 2006, I caused a copy

of Defendant Sony Corporation of America's (*i*) Notice of Appearance (with attached List of Short

Case Captions), (*ii*) Corporate Disclosure Statement, and (*iii*) Proof of Service to be served by first-

class mail, postage prepaid, upon counsel for each of the represented parties and, where not

represented by counsel, directly upon the parties involved in the litigations identified in the List of

Short Case Captions, as follows:

**NORTHERN DISTRICT OF CALIFORNIA**

*Laura Klemm, on behalf of herself and all others similarly situated v. Sony BMG Music
Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

    Counsel for Plaintiffs:

        Ira P. Rothken
        **ROTHKEN LAW FIRM**

1050 Northgate Dr., Suite 520
San Rafael, CA 94903
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

Stan S. Mallison
Hector R. Martinez
**LAW OFFICES OF MALLISON & MARTINEZ**
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

Counsel for Defendant Sony BMG Music Entertainment:[1]

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

Defendant Bertelsmann, Inc.:

Jacqueline Chasey
Senior Vice President, Legal Affairs
**BERTELSMANN, INC.**
1540 Broadway
New York, NY 10036
Telephone: (212) 782 -1140
Facsimile: (212) 782 -1042

*Erin Melcon, on behalf of herself and all others similarly situated v. Sony BMG Music
Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

Counsel for Plaintiffs:

Robert S. Green

---

[1] Counsel for Defendant Sony BMG Music Entertainment was served by hand, rather than
by first-class mail.

2

Jenelle Welling
Avin P. Sharma
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Cindy Cohn
Fred von Lohmann
Kurt Opsahl
Corynne McSherry
**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94105
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Shana Scarlett
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

Counsel for Defendant Sony BMG Music Entertainment:

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

3

Counsel for Defendant Bertelsmann, Inc.:

> Irving Scher
> **WEIL, GOTSHAL & MANGES LLP**
> 767 Fifth Avenue
> New York, NY 10153
> Telephone: (212) 310-8120
> Facsimile: (212) 310-8007

## SOUTHERN DISTRICT OF NEW YORK

*John Maletta, Individually and as Representative for all others similarly situated and the General Public v. Sony BMG Music Entertainment Corp., Sony Corporation of America, and Bertelsmann, Inc., and Does 1 through 100, Inclusive.*

Counsel for Plaintiff John Maletta:

> Robert L Harwood
> Jeffrey M. Norton
> **WECHSLER HARWOOD LLP**
> 488 Madison Avenue, 8th Floor
> New York, NY 10022
> Telephone: (212) 935-7400
> Facsimile: (212) 753-3630

Counsel for Defendant Sony BMG Music Entertainment:

> Jeffrey S. Jacobson
> **DEBEVOISE & PLIMPTON LLP**
> 919 Third Avenue
> New York, NY 10022
> Telephone: (212) 909-6000
> Facsimile: (212) 521-7479

Defendant Bertelsmann, Inc.:

> Jacqueline Chasey
> Senior Vice President, Legal Affairs
> **BERTELSMANN, INC.**
> 1540 Broadway
> New York, NY 10036
> Telephone: (212) 782 -1140

4

Facsimile: (212) 782 -1042

*Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

Counsel for Plaintiffs:

Robert M. Rothman
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Robert S. Green
Jenelle Welling
Avin P. Sharma
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Cindy Cohn
Fred von Lohmann
Kurt Opsahl
Corynne McSherry
**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94105
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Jeffrey Friedman
Shana Scarlett
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

Counsel for Defendant Sony BMG Music Entertainment:

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

Defendant Bertelsmann, Inc.:

Jacqueline Chasey
Senior Vice President, Legal Affairs
**BERTELSMANN, INC.**
1540 Broadway
New York, NY 10036
Telephone: (212) 782 -1140
Facsimile: (212) 782 -1042

I also hereby certify that, on January 5, 2006, I caused a copy of the aforementioned

documents to be served upon the Clerk of each District Court in which the litigations identified

in the List of Short Case Captions are pending, and upon the Clerk of the District Court to which

the Moving Parties have moved to transfer the cases under 28 U.S.C. § 1407, as follows:

## NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**SOUTHERN DISTRICT OF NEW YORK**

Clerk of the Court
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1213

Dated: New York, New York
        January 5, 2006

_Marissa M. Grimes_
Marissa M. Grimes, Esq.

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Defendant Sony Corporation of
America

7