**MDL 1750**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

ORIGINAL

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re SONY BMG AUDIO COMPACT DISC LITIGATION | ) MDL No. 1750 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AMENDED NOTICE OF MOTION AND MOTION BY PLAINTIFFS TOM RICCIUTI,
YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND
COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS**

OFFICIAL FILE COPY

IMAGED JAN 1 0 2006

TO THE CLERK AND THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE PENDING ACTIONS REFERRED TO HEREIN

PLEASE TAKE NOTICE that:

1.      Plaintiffs-Movants Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher ("Plaintiffs") hereby amend the Notice of Motion and Motion by Plaintiffs Tom Riccuti, Yvonne Ricciuti, and Mary Schumacher to Transfer and Coordinate or Consolidate all Pretrial Proceedings in the Northern District of California, filed by the Judicial Panel on Multidistrict Litigation on December 23, 2005, such that Plaintiffs now request to transfer and coordinate all related Sony actions in the Southern District of New York.

2.      This motion affects the eleven actions listed in the accompanying schedule of actions.  These eleven actions are collectively referred to as the "related Sony actions."

3.      Plaintiffs' amend their original motion and now request that the Panel transfer all related Sony Actions to the Southern District of New York because since the filing of the original motion to transfer the related Sony actions, all parties in the actions in the Southern District of New York reached a settlement, and a motion for preliminary approval of a class action settlement is pending in the Southern District of New York.

4.      It is appropriate for the Panel to transfer all related Sony actions to the Southern District of New York, as the terms of the settlement addresses the claims that are common to all related Sony actions.  Approval of the Settlement is pending before the Southern District of New York and thus transferring the action to the Southern District of New York would promote efficient prosecution of all actions for all parties and all courts.

2

THEREFORE, the Plaintiffs-Movants respectfully request the Panel to enter an Order transferring the pending cases, and future cases, to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407.

DATED: January 3, 2006                    GREEN WELLING LLP


By:  _Robert S. Green_
          Robert S. Green      by SES

Jenelle Welling
Avin P. Sharma
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Cindy Cohn
Fred von Lohmann
Kurt Opsahl
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Jeff Friedman
Shana Scarlett
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534

Lawrence E. Feldman

3

LAWRENCE E. FELDMAN & ASSOCIATES
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone:  (215) 885-3302
Facsimile: (215) 885-3303

Attorneys for Plaintiffs

4

ORIGINAL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| | ) MDL No. 1750 |
| | ) |
| In re SONY BMG AUDIO COMPACT DISC | ) |
| LITIGATION | ) |
| | ) |
| | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED
MOTION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY
SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL
PRETRIAL PROCEEDINGS**

1

## I.   INTRODUCTION

On December 12, 2005, Plaintiffs-Movants Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher ("Plaintiffs") submitted a Motion to Transfer and Coordinate or Consolidate all related actions to the Northern District of California ("Original Motion").  Plaintiffs hereby amend the Original Motion such that Plaintiffs now, pursuant to 28 U.S.C. § 1407 and Rule 7.2 of the General Rules/Rules for Multidistrict Litigation, move to transfer and coordinate or consolidate all related Sony actions to the Southern District of New York.

Since the date Plaintiffs submitted the Original Motion, a settlement was reached by all the parties in all actions pending in the Southern District of New York.  A motion for preliminary approval of settlement is currently pending before the Honorable Naomi Rice Buchwald.  The proposed settlement addresses and resolves the common legal issues raised in the eleven related actions that are pending in four judicial districts.

Accordingly, Plaintiffs hereby incorporate by reference the arguments in the Original motion and its accompanying pleadings and requests that the Panel finds that transfer and consolidation or coordination of these actions, and any other subsequently filed related cases, to the Southern District of New York will serve the convenience of the parties and the witnesses and promote the just and efficient prosecution of these actions.

## II.   Overview of the Action

Plaintiffs hereby incorporate by reference Plaintiffs' Memorandum of Points and Authorities filed in support of Plaintiffs' Original Motion.

On December 5, 2005, Plaintiffs filed a class action in the Southern District of New York, Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher v. Sony BMG Music Entertainment, Sony

Corporation of America, and Bertelsmann, Inc., Case No. 1:05-cv-10190, on behalf of themselves and all persons or entities who purchased an audio compact disc distributed by Sony BMG that included XCP or SunnComm/Media Max software and every person or entity who suffered damage or loss as a result of Defendants' violation of the CFAA.

Defendant Sony BMG ("Sony BMG") is the world's second largest music company. Defendant Sony Corporation of America is the US subsidiary of Sony Corporation. Defendant Bertelsmann Inc. is the U.S. subsidiary of Bertelsmann AG. Sony Corporation and Bertelsmann AG are joint owners of Sony BMG.

Plaintiffs allege, that beginning in 2003, Sony BMG began to distribute to the public CDs that contained software that Sony BMG refers to as Digital Rights Management ("DRM"). This DRM software on Sony BMG's CDs includes Media Max software created by SunnComm ("Media Max CDs") and XCP software created by First4Internet ("XCP CDs"). The software on the XCP and Media Max CDs result in several harms to the consumers. First, users running these CDs on Windows-based computers could have files downloaded and stored on their computers without their consent. Unbeknownst to users, the software then transmits information about the user back to Sony BMG, including monitoring whenever users listen to the CDs, without notification to or consent of the users. Second, both the MediaMax and XCP software and subsequent patches to this software released by Defendants, result in security risks to the user's computer, including the downloading, installation and running of malicious or dangerous software code on the user's computer, and degradation in the performance of the user's computer.

On December 28, 2005, a Motion for Preliminary approval of Class Action settlement

3

was filed in the seven actions currently pending in the Southern District of New York.[1]  At the

time of the filing of this motion, the motion for preliminary approval of settlement is pending

before the Honorable Naomi Reice Buchwald.

### III.    Actions Subject to this Motion.

Plaintiffs are aware of ten other Sony BMG software class action lawsuits subject to this

motion.  Plaintiffs believe that all eleven actions contain a subset of some of the allegations and

seek some of the same relief under federal and state laws against the same Defendants as in the

*Ricciuti* actions.  For example, the related cases allege violations of CFAA, state consumer

protection statutes, or common law claims.  Although some of the actions are broader than

others, they all seek similar relief under federal and state law.

The seven actions pending in the Southern District of New York are:

(1)    Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher v. Sony BMG Music

Entertainment, Sony Corporation of America, and Bertelsmann, Inc.., Case No. 1:05-cv-10190

(S.D.N.Y. filed December 5, 2005), assigned to the Honorable Barbara S. Jones;

(2)    James Michaelson and Ori Edelstein v. Sony BMG Music, Inc., and First4Internet,

Case No. 1:05-cv-9575 (S.D.N.Y. filed November 14, 2005), assigned to the Honorable Naomi

Reice Buchwald;

(3)    Dora Rivas v. Sony BMG Music Entertainment, Case No. 1:05-cv-9598

(S.D.N.Y. filed November 14, 2005), assigned to the Honorable Naomi Reice Buchwald;

(4)    Jeffrey Potter v. Sony BMG Music Entertainment, Case No. 1:05-cv-9607

---

[1] All related Sony actions in the Southern District of New York are consolidated into *In re
Sony BMG CD Technologies Litigation*, Case No. 1-05-CV-09575-NRB.

(S.D.N.Y. filed November 14, 2005) , assigned to the Honorable Naomi Reice Buchwald;

(5)    Andrew Klewan and James Springer v. Arista Holdings, Inc. d/b/a Sony BMG Music Entertainment, Case No. 1:05-cv-9609 (S.D.N.Y. filed November 14, 2005) , assigned to the Honorable Naomi Reice Buchwald;

(6)    John Maletta v. Sony BMG Music Entertainment Corp, Sony Corporation of America, and Bertelsmann, Inc., Case No: 1-05-cv-10637 (S.D.N.Y. filed December 19, 2005), assigned to the Honorable Naomi Reice Buchwald;

(7)    Darren DeMarco v. Sony BMG Music and SunnComm Technologies, Inc., Case No: 1-05-cv-10825 (S.D.N.Y. transferred December 28, 2005) (judge not assigned at the time of the filing of this motion).

The two actions pending in the Northern District of California are:

(1)    Erin Melcon v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc., Case No. C-05-5084 (N.D. Cal. filed December 8, 2005), assigned to the Honorable Marilyn Hall Patel;

(2)    Laura Klemm v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc., Case No. C-05-5111 (N.D. Cal filed December 9, 2005), assigned to the Honorable Bernard Zimmerman.

The action pending in the Central District of California is:

(1)    Jeffrey Ponting and Daniel Linde v. Sony BMG Music Entertainment, LLC, First4Internet, Ltd., Case No. CV-05-08472 (C.D. Cal. filed December 2, 2005), assigned to the Honorable John F. Walker.

The action pending in the District of New Mexico is:

(1)     Chad Black v. Sony BMG Music Entertainment, Case No. CIV-05-1315, (D. New

Mexico), assigned to the Honorable W. Daniel Schneider.

In each of these cases, the Plaintiff seek redress for harm caused by Sony BMG's DRM

software.  Although, the complaints name various Defendants, the Defendants overlap and to a

large extent, the primary Defendants are identical in that all cases name Sony BMG Music

Entertainment, or some variation of the company.   Further the complaints allege similar causes

of action that arose out of similar conduct by Defendants such as violations of state consumer

protection laws, common law claims, and violations of the Computer Fraud and Abuse Act.

**IV.     A Multidistrict Litigation Proceeding in the Southern District of New York is**

**Appropriate**.

Pursuant to 28 U.S.C. § 1407, transfer is appropriate where: (1) the cases are federal civil

actions pending in different federal judicial districts; (2) one or more common questions of

disputed fact must exist among the cases; and (3) whether transfer of the cases will create

efficiencies and will conserve the resources of the parties, their counsel, and the judiciary.   Earle

F. Kyle, *The Mechanics of Motion Practice before the Judicial Panel on Multidistrict Litigation*,

175 F.R.D. 589 (1997).   As discussed in the memorandum of points and authorities submitted

with the Original Motion and as discussed below, the actions subject to this motion satisfy the

requirements.

A.      <u>The related cases are federal cases pending in different federal judicial district.</u>

Plaintiffs hereby incorporate by reference Plaintiffs' Memorandum of Points and

Authorities filed in support of Plaintiffs' Original Motion.

As stated above, and the accompanying schedule of actions there are eleven actions

6

pending in four different federal judicial districts.

      B.    <u>Common questions of fact exist among the related cases.</u>

Plaintiffs hereby incorporate by reference Plaintiffs' Memorandum of Points and Authorities filed in support of Plaintiffs' Original Motion.

 Where plaintiffs make comparable allegations against the same or similar defendants, based upon the same wrongdoing, common factual questions are presumed. *In re Air West, Inc. Sec. Litig.*, 384 F.Supp.609, 611 (J.P.M.L. 1974). Here, aspects of all of the complaints in the related Sony BMG actions arise from some of the same transactions and wrongful acts and omissions, and share common defendants. Further, as stated above, the actions allege similar legal claims which will necessitate proof of similar factual allegations.

      C.    <u>A MDL proceeding will serve the interests of judicial economy, by conserving the resources of all parties, all counsel, and the judiciary.</u>

Plaintiffs hereby incorporate by reference Plaintiffs' Memorandum of Points and Authorities filed in support of Plaintiffs' Original Motion.

MDL coordination is appropriate when the Panel determines "that transfer of such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. 28 U.S.C. § 1407(a). "The objective of transfer is to eliminate duplication in discovery, avoid conflicting rulings and schedules, reduce litigation costs, and save the time and effort of the parties, the attorneys, the witnesses and the courts." *Manual for Complex Litigation, Fourth,* § 20.131 (2004). As a class-wide settlement for the related actions is pending in the Southern District of New York, transferring all of the actions to the Southern District of New York will accomplish the objectives of a transfer.

D.    <u>The Southern District of New York is the most appropriate forum for the</u>

<u>proceedings</u>.

As noted above, since the filing of the Original Motion, all parties in the related actions in the Southern District of New York reached a settlement, and a motion for preliminary approval of class action settlement is currently pending before Judge Buchwald in the Southern District of New York.  As stated above, seven of the eleven related actions are pending in the Southern District of New York and are subject to Judge Buchwald's Case Management Order Number 1, entered on December 1, 2005, in *Michaelson v. Sony BMG Music, Inc.*, Case No. 05-CV-9575 (NRB).  The settlement before the Southern District of New York addresses the factual allegations and legal claims raised by all of the related actions.  The coordination or consolidation of all related Sony BMG proceedings before the Southern District of New York will be for the convenience of all parties and will promote the just and efficient conduct of the lawsuits.

Moreover, Defendants do not oppose the transfer of all related proceedings to the Southern District of New York, as Defendants themselves,  on December 23, 2005, a motion to this Panel to transfer all related actions, pursuant to 28 U.S.C. § 1407, to the Southern District of New York.

**V.    Conclusion**

For the foregoing reasons, Plaintiffs respectfully request that the related Sony BMG actions, pending and future, be transferred to the Southern District of New York for coordinated and pretrial proceedings.

DATED: January 3, 2006                          GREEN WELLING LLP


By: _Robert S. Green_

Robert S. Green by SES

Jenelle Welling
Avin P. Sharma
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Cindy Cohn
Fred von Lohmann
Kurt Opsahl
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Jeff Friedman
Shana Scarlett
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
LAWRENCE E. FELDMAN & ASSOCIATES
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

Attorneys for Plaintiffs

9

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

ORIGINAL

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re SONY BMG AUDIO COMPACT DISC LITIGATION | ) MDL No. 1750<br>)<br>)<br>)<br>)<br>)<br>) |

**SCHEDULE OF ACTIONS**

**Actions pending in the Southern District of New York**:

(1)     Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher v. Sony BMG Music

Entertainment, Sony Corporation of America, and Bertelsmann, Inc.., Case No. 1:05-cv-10190

(S.D.N.Y. filed December 5, 2005), assigned to the Honorable Barbara S. Jones;

(2)     James Michaelson and Ori Edelstein v. Sony BMG Music, Inc., and First4Internet,

Case No. 1:05-cv-9575 (S.D.N.Y. filed November 14, 2005), assigned to the Honorable Naomi

Reice Buchwald;

(3)     Dora Rivas v. Sony BMG Music Entertainment, Case No. 1:05-cv-9598

(S.D.N.Y. filed November 14, 2005), assigned to the Honorable Naomi Reice Buchwald;

(4)     Jeffrey Potter v. Sony BMG Music Entertainment, Case No. 1:05-cv-9607

(S.D.N.Y. filed November 14, 2005), assigned to the Honorable Naomi Reice Buchwald;

(5)     Andrew Klewan and James Springer v. Arista Holdings, Inc. d/b/a Sony BMG

Music Entertainment, Case No. 1:05-cv-9609 (S.D.N.Y. filed November 14, 2005), assigned to

the Honorable Naomi Reice Buchwald;

(6)     John Maletta v. Sony BMG Music Entertainment Corp, Sony Corporation of

America, and Bertelsmann, Inc., Case No: 1-05-cv-10637 (S.D.N.Y. filed December 19, 2005),

assigned to the Honorable Naomi Reice Buchwald;

(7)     Darren DeMarco v. Sony BMG Music and SunnComm Technologies, Inc., Case

No: 1-05-cv-10825 (S.D.N.Y. transferred December 28, 2005) (judge not assigned at the time of

the filing of this motion).

**Actions pending in the Northern District of California**:

(1)     Erin Melcon v. Sony BMG Music Entertainment, Sony Corporation of America,

and Bertelsmann, Inc., Case No. C-05-5084 (N.D. Cal. filed December 8, 2005), assigned to the

Honorable Marilyn Hall Patel;

(2)    Laura Klemm v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc., Case No. C-05-5111 (N.D. Cal filed December 9, 2005), assigned to the Honorable Bernard Zimmerman.

**Action pending in the Central District of California**:

(1)    Jeffrey Ponting and Daniel Linde v. Sony BMG Music Entertainment, LLC, First4Internet, Ltd., Case No. CV-05-08472 (C.D. Cal. filed December 2, 2005), assigned to the Honorable John F. Walker.

**Action pending in the District of New Mexico**:

(1)    Chad Black v. Sony BMG Music Entertainment, Case No. CIV-05-1315, (D. New Mexico), assigned to the Honorable W. Daniel Schneider.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

ORIGINAL

**BEFORE THE**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE SONY BMG CD TECHNOLOGIES LITIGATION | ) |
| | ) MDL DOCKET NO. 1750 |

**PROOF OF SERVICE**

1.      I, Shana E. Scarlett, an attorney, hereby certify that, on January 4, 2006, I caused

a copy of:

(a)      AMENDED NOTICE OF MOTION AND MOTION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE OR CONSOLIDATE ALL PRETRIAL PROCEEDINGS;

(b)      MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED MOTION BY PLAINTIFFS TOM RICCIUTI, YVONNE RICCIUTI AND MARY SCHUMACHER TO TRANSFER AND COORDINATE ALL PRETRIAL PROCEEDINGS; AND

(c)      SCHEDULE OF ACTIONS

to be served by first-class mail, postage prepaid, upon counsel for each of the represented parties,

and, where not represented by counsel, directly upon the parties involved in the litigations

identified in the Schedule of Actions as follows:

## CENTRAL DISTRICT OF CALIFORNIA

*Jeffrey T. Ponting, Daniel D. Linde, On Behalf of Themselves and All Others Similarly Situated v. Sony BMG Music Entertainment, LLC, First4Internet, Ltd., and DOES 1 through 20.*

Counsel for Plaintiffs:

Douglas A. Linde
Erica L. Allen
THE LINDE LAW FIRM
2029 Century Park East, #1360
Los Angeles, CA 90067
Telephone:  (310) 203-9555
Facsimile:  (310) 652-9555

Counsel for Defendant First4Internet, Ltd.:

Leonard T. Nuara
THACHER, PROFFITT & WOOD
25 DeForest Avenue
Summit, NJ 07901
Telephone: (908) 598-5777
Facsimile: (866)805-3954

## NORTHERN DISTRICT OF CALIFORNIA

*Laura Klemm, On Behalf of Herself and All Others Similarly Situated v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

Counsel for Plaintiffs:

Ira P. Rothken
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

Stan S. Mallison
Hector R. Martinez
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

*Erin Melcon, On Behalf of Herself and All Others Similarly Situated v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

<u>Counsel for Plaintiffs</u>:

Robert S. Green
Jenelle Welling
Avin P. Sharma
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Cindy Cohn
Fred von Lohmann
KurtOpsahl
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94105
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Shana Scarlett
LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
LAWRENCE E. FELDMAN & ASSOCIATES
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

## DISTRICT OF NEW MEXICO

*Chad Black, On Behalf of Himself and All Other Similarly Situated v. Sony BMG Music Entertainment, and DOES 1 through 100*

<u>Counsel for Plaintiffs</u>:

Nicholas Koluncich III
LAW OFFICES OF NICHOLAS KOLUNCICH III
6804 Fourth Street NW
Los Ranchos de Albuquerque
Albuquerque, NM 87107
Telephone: (505) 345-0605
Facsimile: (505) 345-3925

## SOUTHERN DISTRICT OF NEW YORK

*Darren DeMarco, On Behalf of Himself and All Others Similarly Situated v. Sony BMG Music, and SunnComm Technologies, Inc., and DOES 1-300* – Originally filed in the District of New Jersey; stipulated transfer to the Southern District of New York pending.

<u>Counsel for Plaintiffs</u>:

Lynne M. Kizis
WILENTZ, GOLDMAN & SPITZER
A Professional Corporation
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000

Philip A. Tortoreti
TORTORETI, TOMES & CALLAHAN
A Professional Corporation
150 Tices Lane
East Brunswick, NJ 08816
Telephone: (732) 257-9100

Stephen Raff Michael Raff
RAFF & RAFF, LLP
30 Church Street
Paterson, NJ 07505
Telephone: (973) 742-1917

Michael D. Halbfish
LAW OFFICES OF MICHAEL D. HALBFISH
245 Main Street
Woodbridge, NJ 07095
Telephone: (732) 636-4900

*Andrew Klewan and James Springer, Individuals, On Their Own Behalf and On Behalf of All Others Similarly Situated v. Arista Holdings Inc., Doing Business as Sony BMG Music Entertainment*

Counsel for Plaintiffs:

Jason L. Solotaroff
GISKAN & SOLOTAROFF, LLP
207 West 25th Street
New York, NY 10001
Telephone: (212) 847-8315
Facsimile: (212) 473-8096

Daniel Lynch
CIRIGNANI HELLER HARMAN & LYNCH
150 S. Wacker Drive, #2600
Chicago, IL 60606
Telephone: (312) 346-8700
Facsimile: (312) 896-5883

Ethan Preston
150 S. Wacker Drive, #2600
Chicago, IL 60606
Telephone: (312) 346-8700
Facsimile: (312) 896-5883

*James Michaelson and Ori Edelstein v. Sony BMG Music, Inc. and First 4 Internet*

Counsel for Plaintiffs:

Scott A. Kamber
KAMBER & ASSOCIATES, LLC
19 Fulton Street, Suite 400
New York, NY 10038
Telephone: (212) 571-2000

*Jeffrey Potter, Individually and On Behalf of All Others Similarly Situated v. Sony BMG Music Entertainment, a Delaware General Partnership*

Counsel for Plaintiffs:

Ira M Press
Mark A. Strauss
KIRBY McINERNEY & SQUIRE, LLP
830 Third Avenue
New York, NY 10022
Telephone: (212) 317-2000
Facsimile: (212) 751-2540

*Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

<u>Counsel for Plaintiffs</u>:

Robert M. Rothman
LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Robert S. Green
Jenelle Welling
Avin P. Sharma
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415)477-6710

Cindy Cohn
Fred von Lohmann
Kurt Opsahl
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94105
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Jeffrey Friedman
Shana Scarlett
LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
LAWRENCE E. FELDMAN & ASSOCIATES
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

*Dora Rivas, Individually and On Behalf of All Others Similarly Situated v. Sony BMG Music Entertainment*

<u>Counsel for Plaintiffs</u>:

Sanford P. Dumain
Peter Safirstein
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Avenue
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Jonathan K. Levine
Eric H. Gibbs
Dylan Hughes
GIRARD GIBBS & DeBARTOLOMEO LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

David Nester
NESTER & CONSTANCE, P.C.
123 West Washington Street
Belleville, IL 62220-2021
Telephone: (618) 234-4440
Facsimile: (618) 234-6193

Robert I. Lax
ROBERT I. LAX & ASSOCIATES
535 Fifth Avenue, 21st Floor
New York, NY 10017
Telephone: (212) 818-9150
Facsimile: (212) 818-1266

I also hereby certify that, on January 4, 2006, I caused a copy of the aforementioned documents to be served upon the Clerk of each District Court in which the litigations identified in the Schedule of Actions are pending, and upon the Clerk of the District Court to which the Moving Defendants have moved to transfer the cases under 28 U.S.C. §1407, as follows:

**CENTRAL DISTRICT OF CALIFORNIA**

    Clerk of the Court
    United States District Court
    Central District of California, Western Division
    312 N. Spring Street
    Los Angeles, CA 90012

**NORTHERN DISTRICT OF CALIFORNIA**

    Clerk of the Court
    United States District Court
    Northern District of California
    450 Golden Gate Avenue, 16th Floor
    San Francisco, CA 94102

**DISTRICT OF NEW MEXICO**

    Clerk of the Court
    United States District Court
    District of New Mexico
    333 Lomas Blvd. N.W.
    Albuquerque, NM 87102

**SOUTHERN DISTRICT OF NEW YORK**

    Clerk of the Court
    United States District Court
    Southern District of New York
    United States Courthouse
    500 Pearl Street
    New York, NY 10007-1213

I also hereby certify that, on January 4, 2006, I caused a copy of the aforementioned documents to be served by Federal Express upon the following additional counsel and Clerk:

*John Maletta, Individually and as Representative for All Others Similarly Situated and the General Public v. Sony BMG Music Entertainment Corp., Sony Corporation of America, and Bertelsmann, Inc., and DOES I through 100, Inclusive*

Counsel for Plaintiff John Maletta:

Robert I. Harwood
Jeffrey M. Norton
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Counsel for Defendant Sony Corporation of America:

Jeffrey S. Jacobson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

Counsel for Defendant Bertelsmann. Inc.:

Irving Scher
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8120
Facsimile: (212) 310-8007

Counsel for Defendant SunnComm Technologies. Inc.:

Andrew C. DeVore
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

**DISTRICT OF NEW JERSEY**

Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

I also hereby certify that, on January 4, 2006, I caused a copy of the aforementioned documents to be served by first-class mail, postage prepaid, upon each counsel and Clerk listed above not already being served by Federal Express.

DATED:  January 4, 2006

Shana E. Scarlett
Lerach Coughlin Stoia Geller
  Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher

T:\CasesSF\Sony NY\Proof of Service.doc