MDL 1750

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

## BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE SONY BMG AUDIO COMPACT DISC LITIGATION | ) ) ) | MDL Docket No. 1750 |

### NOTICE OF RELATED ACTION

Pursuant to Rule 7.2(i) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Sony BMG Music Entertainment hereby notifies the Clerk of the Panel of the following potential tag-along action, filed in the United States District Court for the Southern District of Florida on December 23, 2005:

*Keile Allen, an individual, on behalf of herself and all others similarly situated v. Sony BMG Music Entertainment, a Delaware Corporation*

    Case Number: 05-23306-CIV-JORDAN

    Plaintiff:    Keile Allen

    Defendant:    Sony BMG Music Entertainment

OFFICIAL FILE COPY
IMAGED JAN 1 0 2006

Judge:     The Honorable Adalberto Jordan

Dated: New York, New York
       January 6, 2006

                                  Respectfully submitted,

                                  Jeffrey S. Jacobson, Esq.

                                  Debevoise & Plimpton LLP
                                  919 Third Avenue
                                  New York, New York 10022
                                  (212) 909-6000

                                  Attorneys for Defendant Sony BMG Music
                                  Entertainment

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SONY BMG AUDIO COMPACT DISC LITIGATION | ) ) ) MDL Docket No. 1750 |

**DEFENDANT SONY BMG MUSIC ENTERTAINMENT'S**
**PROOF OF SERVICE**

I, Marissa M. Grimes, an attorney, hereby certify that, on January 6, 2006, I caused a copy of Defendant Sony BMG Music Entertainment's Notice of Related Action to be served by first-class mail, postage prepaid, upon counsel for each of the represented parties and, where not represented by counsel, directly upon the parties involved in the litigations identified below, as follows:

## CENTRAL DISTRICT OF CALIFORNIA

*Ponting, Daniel D. Linde, on behalf of themselves and all others similarly situated v. SonyBMG Music Entertainment, LLC, First4Internet, Ltd., and Does 1 through 20.*

Counsel for Plaintiffs:

Douglas A. Linde
Erica L. Allen
**THE LINDE LAW FIRM**

>2029 Century Park East, #1360
>Los Angeles, CA 90067
>Telephone: (310) 203-9555
>Facsimile: (310) 652-9555

Counsel for Defendant First4Internet, Ltd.:

>Leonard T. Nuara
>**THACHER, PROFFITT & WOOD**
>25 DeForest Avenue
>Summit, NJ 07901
>Telephone: (908)598-5777
>Facsimile: (866)805-3954

## NORTHERN DISTRICT OF CALIFORNIA

*Laura Klemm, on behalf of herself and all others similarly situated v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

>Counsel for Plaintiffs:

>>Ira P. Rothken
>>**ROTHKEN LAW FIRM**
>>1050 Northgate Dr., Suite 520
>>San Rafael, CA 94903
>>Telephone: (415) 924-4250
>>Facsimile: (415) 924-2905

>>Stan S. Mallison
>>Hector R. Martinez
>>**LAW OFFICES OF MALLISON & MARTINEZ**
>>1042 Brown Avenue, Suite A
>>Lafayette, CA 94549
>>Telephone: (925) 283-3842
>>Facsimile: (925) 283-3426

Counsel for Defendant Sony Corporation of America:[1]

> Jeffrey S. Jacobson
> **DEBEVOISE & PLIMPTON LLP**
> 919 Third Avenue
> New York, NY 10022
> Telephone: (212) 909-6000
> Facsimile: (212) 521-7479

Defendant Bertelsmann, Inc.:

> Jacqueline Chasey
> Senior Vice President, Legal Affairs
> **BERTELSMANN, INC.**
> 1540 Broadway
> New York, NY 10036
> Telephone: (212) 782-1140
> Facsimile: (212) 782-1042

*Erin Melcon, on behalf of herself and all others similarly situated v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

Counsel for Plaintiffs:

> Robert S. Green
> Jenelle Welling
> Avin P. Sharma
> **GREEN WELLING LLP**
> 595 Market Street, Suite 2750
> San Francisco, CA 94105
> Telephone: (415) 477-6700
> Facsimile: (415) 477-6710
>
> Cindy Cohn
> Fred von Lohmann
> Kurt Opsahl

---

[1] Counsel for Defendant Sony Corporation of America was served by hand, rather than by first-class mail.

Corynne McSherry
**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94105
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Shana Scarlett
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

Counsel for Defendant Sony Corporation of America:

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

Counsel for Defendant Bertelsmann, Inc.:

Irving Scher
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8120
Facsimile: (212) 310-8007

4

## SOUTHERN DISTRICT OF FLORIDA

*Keile Allen, an individual, on behalf of herself and all others similarly situated v. Sony BMG Music Entertainment, a Delaware Corporation*

Counsel for Plaintiff:

Lance A. Harke
Sarah Clasby Engel
**HARKE & CLASBY LLP**
155 South Miami Avenue, Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

## DISTRICT OF NEW MEXICO

*Chad Black, on behalf of himself and all other similarly situated v. Sony BMG Music Entertainment, and Does 1 through 100.*

Counsel for Plaintiffs:

Nicholas Koluncich III
**LAW OFFICES OF NICHOLAS KOLUNCICH III**
6804 Fourth Street NW
Los Ranchos de Albuq., NM 87107
Telephone: (505) 345-0605
Facsimile: (505) 345-3925

## SOUTHERN DISTRICT OF NEW YORK

*Darren DeMarco, on behalf of himself and all others similarly situated v. Sony BMG Music, and SunnComm Technologies, Inc., and Does 1 - 300.*

Counsel for Plaintiffs:

Lynne M. Kizis
**WILENTZ, GOLDMAN & SPITZER**
A Professional Corporation

90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000

Philip A. Tortoreti
**TORTORETI, TOMES & CALLAHAN**
A Professional Corporation
150 Tices Lane
East Brunswick, NJ 08816
Telephone: (732) 257-9100

Stephen Raff
Michael Raff
**RAFF & RAFF, LLP**
30 Church Street
Paterson, NJ 07505
Telephone: (973) 742-1917

Michael D. Halbfish
**LAW OFFICES OF MICHAEL D. HALBFISH**
245 Main Street
Woodbridge, NJ 07095
Telephone: (732) 636-4900

Counsel for Defendant SunnComm Technologies, Inc.:

Andrew C. DeVore
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

*Andrew Klewan and James Springer, individuals, on their own behalf and on behalf of all others similarly situated v. Arista Holdings Inc., doing business as Sony BMG Music Entertainment.*

Counsel for Plaintiffs:

Jason L. Solotaroff

**GISKAN & SOLOTAROFF, LLP**
207 West 25th Street
New York, NY 10001
Telephone: (212) 847-8315
Facsimile: (212) 473-8096

Daniel Lynch
**CIRIGNANI HELLER HARMAN & LYNCH**
150 S. Wacker Drive #2600
Chicago, IL 60606
Telephone: (312) 346-8700
Facsimile: (312) 896-5883

Ethan Preston
150 S. Wacker Drive #2600
Chicago, IL 60606
Telephone: (312) 346-8700
Facsimile: (312) 896-5883

*John Maletta, Individually and as Representative for all others similarly situated and the General Public v. Sony BMG Music Entertainment Corp., Sony Corporation of America, and Bertelsmann, Inc., and Does 1 through 100, Inclusive.*

Counsel for Plaintiff John Maletta:

Robert I. Harwood
Jeffrey M. Norton
**WECHSLER HARWOOD LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Counsel for Defendant Sony Corporation of America:

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022

7

Telephone: (212) 909-6000
Facsimile: (212) 521-7479

Defendant Bertelsmann, Inc.:

Jacqueline Chasey
Senior Vice President, Legal Affairs
**BERTELSMANN, INC.**
1540 Broadway
New York, NY 10036
Telephone: (212) 782-1140
Facsimile: (212) 782-1042

*James Michaelson and Ori Edelstein v. Sony BMG Music, Inc. and First 4 Internet.*

Counsel for Plaintiffs:

Scott A. Kamber
**KAMBER & ASSOCIATES, LLC**
19 Fulton Street, Suite 400
New York, NY 10038
Telephone: (212) 571-2000

Counsel for Defendant First4Internet, Ltd.:

Leonard T. Nuara
**THACHER, PROFFITT & WOOD**
25 DeForest Avenue
Summit, NJ 07901
Telephone: (908) 598-5777
Facsimile: (866) 805-3954

*Jeffrey Potter, individually and on behalf of all others similarly situated v. Sony BMG Music Entertainment, a Delaware General Partnership.*

Counsel for Plaintiffs:

Ira M. Press
Mark A. Strauss

**KIRBY McINERNEY & SQUIRE, LLP**
830 Third Avenue
New York, NY 10022
Telephone: (212) 317-2000
Facsimile: (212) 751-2540

*Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

Counsel for Plaintiffs:

Robert M. Rothman
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Robert S. Green
Jenelle Welling
Avin P. Sharma
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Cindy Cohn
Fred von Lohmann
Kurt Opsahl
Corynne McSherry
**ELECTRONIC FRONTIER FOUNDATION**
454 Shotwell Street
San Francisco, CA 94105
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Reed R. Kathrein
Jeffrey Friedman

01/06/2006 12:22 FAX 212 909 6836    DEBEVOISE & PLIMPTON LLP    ☑014
Case MDL No. 1750   Document 8   Filed 01/09/06   Page 12 of 14

Shana Scarlett
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303

Counsel for Defendant Sony Corporation of America:

Jeffrey S. Jacobson
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

Defendant Bertelsmann, Inc.:

Jacqueline Chasey
Senior Vice President, Legal Affairs
**BERTELSMANN, INC.**
1540 Broadway
New York, NY 10036
Telephone: (212) 782-1140
Facsimile: (212) 782-1042

*Dora Rivas individually and on behalf of all others similarly situated v. Sony BMG Music Entertainment.*

### Counsel for Plaintiffs:

Sanford P. Dumain
Peter Safirstein
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Avenue
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Jonathan K. Levine
Eric H. Gibbs
Dylan Hughes
**GIRARD GIBBS & DeBARTOLOMEO LLP**
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

David Nester
**NESTER & CONSTANCE, P.C.**
123 West Washington Street
Belleville, IL 62220-2021
Telephone: (618) 234-4440
Facsimile: (618) 234-6193

Robert I. Lax
**ROBERT I. LAX & ASSOCIATES**
535 Fifth Avenue, 21st Floor
New York, NY 10017
Telephone: (212) 818-9150
Facsimile: (212) 818-1266

Dated: New York, New York
January 6, 2006

                                                Marissa M. Grimes, Esq.

                                                Debevoise & Plimpton LLP
                                                919 Third Avenue
                                                New York, New York 10022
                                                (212) 909-6000

                                                Attorneys for Defendant Sony BMG Music
                                                Entertainment GP