JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 1750

JAN 13 2006

FILED
CLERK'S OFFICE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO THE
JUDICIAL PANEL NO LATER THAN
**(Noon Eastern Time) January 9, 2006**
Panel Fax No.: (202) 502-2888

MDL DOCKET No. **1750** – In re Sony BMG Audio Compact Disc Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant – attach list if necessary):

SunnComm International Inc.
MediaMax Technology Corp. *This party is not listed on NYS docket sheet*

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s). – attach list if necessary):**

DeMarco v. Sony BMG Music and SunnComm Technologies, Inc., et al., ~~N.D.N.J., No. 05-5485 (WHW)~~
*Now NYS 1:05-10806*

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendants(s) indicated. I am aware that only one attorney can be designated for each party.

_____January 9, 2006_____
Date

_____
Signature of Attorney or Designee

Name and Address of Designated Attorney:

Andrew C. DeVore
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, New York, 10036

Telephone No.: ____(212) 790-4500____    Fax No.: ____(212) 790-4545____

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

**OFFICIAL FILE COPY** IMAGED JAN 26 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 3 2006

FILED
CLERK'S OFFICE

**BEFORE THE**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE SONY BMG AUDIO        ) | MDL Docket No. 1750 |
| COMPACT DISC LITIGATION  ) | |

### CERTIFICATE OF SERVICE

Kathryn Johann, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in New York, New York. On or before January 11, 2006, I caused to be served a copy of the annexed Corporate Disclosure Statement and Notice of Appearance via first-class U.S. Mail delivery upon the following persons at the address set forth below:

Jeff Friedman
Lerach Coughlin Stoia Geller
Rudman & Robbins
100 Pine Street - Suite 2600
San Francisco, CA  94111

Robert S. Green
Green Welling, LLP
595 Market Street – Suite 2750
San Francisco, CA  94105

Robert I. Harwood
Wechsler Harwood, LLP
488 Madison Avenue – 8th Floor
New York, NY  10022-5726

Jeffrey S. Jacobson
Debevoise & Plimpton, LLP
919 Third Avenue
New York, New York 10022

Scott Adam Kamber
Kamber & Associates, LLC
19 Fulton Street – Suite 400
New York, NY  10038

Lynne M. Kizis
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive – Suite 900
Woodbridge, NJ 07095

Nicholas Koluncich, III
Law Offices of Nicholas Koluncich, III
6609 4th Street, N.W.
Suite J – No. 136
Albuquerque, NM 87107

Leonard T. Nuara
Thacher, Proffitt & Wood
25 DeForest Avenue
Summit, NJ 07901

Elizabeth C. Pritzker
Girard, Gibbs & DeBartolomeo LLP
601 California Street – Suite 1400
San Francisco, CA 94108

Irving Scher
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Douglas, A. Linde
Linde Law Firm
2029 Century Park East – Suite 1360
Los Angeles, CA 90067

Ira M. Press
Kirby, McInerney & Squire, LLP
830 Third Avenue – 10th Floor
New York, NY 10022

Ira P. Rothken
Rothken Law Firm
1050 Northgate Drive – Suite 520
San Rafael, CA 94903

Jason Solotaroff
Giskan & Solotaroff
207 West 25th Street – 4th Floor
New York, NY 10001

/s/ Kathryn Johann
KATHRYN JOHANN

Sworn to before me this
11th day of January, 2006.

/s/ Kay Martin
Notary Public

KAY MARTIN
Notary Public, State of New York
No. 01MA7739500
Qualified in Kings County
Commission Expires Nov. 30, 2006

80353197.2