JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2006

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE SONY BMG CD )
TECHNOLOGIES LITIGATION )   MDL DOCKET NO. 1750
)
)

## PLAINTIFF DARREN DEMARCO'S RESPONSE TO MOTION OF
## DEFENDANT SONY BMG TO TRANSFER AND CONSOLIDATE

Plaintiff, Darren DeMarco, by the undersigned counsel and pursuant to Rule 7.1,

hereby files his Response to the Motion of Defendant, Sony BMG Music Entertainment

GP (hereinafter "Sony BMG"), to Transfer and Consolidate for Pretrial Proceedings

("Sony BMG Motion").

1.       Plaintiff, as identified in the preceding paragraph, is the plaintiff in a

federal court class action that has been voluntarily transferred from the United States

District Court for the District of New Jersey to The United States District Court for the

Southern District of New York.  *See* Sony BMG Motion, Exhibit 2.

## OFFICIAL FILE COPY

#3744097                                            1

**IMAGED** JAN 1 8 2006

2.      Plaintiffs are aware of thirteen actions listed in Sony BMG's statement of related actions. *See* Sony BMG Notice of Related Actions. Plaintiffs agree that the claims asserted in their class action complaints involve "one or more common questions of fact," 28 U.S.C. § 1407(a), and thus should be consolidated. Furthermore, all parties in all actions have reached a settlement which has been preliminarily approved by Judge Naomi Reice Buchwald in the Southern District of New York on January 6, 2006.

3.      Plaintiffs agree that the proposed transfer and consolidation of all filed cases before a single judge is appropriate as the terms of the preliminarily approved settlement address claims common to each of the thirteen related cases. As such transferring the action to the Southern District of New York would promote efficient prosecution of all actions for all parties and all courts.

4.      Plaintiffs respectfully request that these cases be transferred to the Southern District of New York and that they be assigned to Judge Naomi Reice Buchwald because, as this Panel recently stated in another context, she is "a jurist experienced in complex . . . litigation and sitting in a district with the capacity to handle this litigation." Plaintiffs agree that the federal district court in New York, New York, is "relatively conveniently located for the parties and witnesses taken as a whole." *In re Merck & Co., Inc., Secs., Deriv. & "ERISA" Litig.,* 2005 WL 471155, *1 (J.P.M.L. Feb. 23, 2005).

///

///

Respectfully submitted this the 13th day of January, 2006.

WILENTZ, GOLDMAN & SPITZER, P.A.

By _____
    JENNIFER SARNELLI

90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095
Telephone:  (732) 636-8000

*Counsel for Plaintiff Darren DeMarco*

Philip A. Tortoreti, Esq.
TORTORETI, TOMES & CALLAHAN
A Professional Corporation
150 Tices Lane
East Brunswick, NJ 08816
(732) 257-9100

Stephen Raff, Esq.
Michael Raff, Esq.
RAFF & RAFF, LLP
30 Church Street
Paterson, NJ 07505
(973) 742-1917

Michael D. Halbfish, Esq.
LAW OFFICES OF MICHAEL D.
HALBFISH
245 Main Street
Woodbridge, NJ 07095
(732) 636-4900

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2006

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re: | ) | MDL Docket No. 1750 |
|  | ) |  |
| IN RE SONY BMG AUDIO | ) |  |
| COMPACT DISC LITIGATION | ) |  |
|  | ) |  |
| _____ | ) |  |

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have served a true and correct copy of NOTICE OF

APPEARANCE on behalf of Plaintiff, Darren DeMarco, and PLAINTIFF DeMARCO'S

RESPONSE TO MOTION OF DEFENDANT SONY BMG TO TRANSFER AND

CONSOLIDATE upon the following counsel of record, on the attached Service List, by placing

a copy of same in the United States Mail, properly addressed and postage prepaid, via first class

mail, on this 13th day of January, 2006.

Jennifer Sarnelli
WILENTZ GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686

Philip A. Tortoreti, Esq.
TORTORETI, TOMES & CALLAHAN
A Professional Corporation
150 Tices Lane
East Brunswick, NJ 08816
(732) 257-9100

Stephen Raff, Esq.
Michael Raff, Esq.
RAFF & RAFF, LLP
30 Church Street
Paterson, NJ 07505
(973) 742-1917

Michael D. Halbfish, Esq.
LAW OFFICES OF MICHAEL D. HALBFISH
245 Main Street
Woodbridge, NJ 07095
(732) 636-4900


Attorneys for Plaintiff
**Counsel for Plaintiff Darren DeMarco**
**and All Others Similarly Situated**

## SERVICE LIST

*In re:  Sony BMG Audio Compact Disc Litigation*
MDL Docket No. 1750

| | |
|---|---|
| Jeff Friedman<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff* | Andrew C. Devore<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036<br>*Attorneys for Defendant* |
| Robert S. Green<br>Green Welling, LLP<br>595 Market St., Suite 2750<br>San Francisco, CA 94105<br>*Attorneys for Plaintiff* | John B. Harwood<br>McKinnon & Harwood<br>1168 Newport Avenue<br>Pawtucket, RI 02861<br>*Attorneys for Plaintiff* |
| Robert I. Harwood<br>Wechsler Harwood, LLP<br>488 Madison Avenue, 8th floor<br>New York, NY 10022-5726<br>*Attorneys for Plaintiff* | Jeffrey S. Jacobson<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022<br>*Attorneys for Defendant* |
| Scott Adam Kamber<br>Kamber & Assoc., LLC<br>19 Fulton St., Suite 400<br>New York, NY 10038<br>*Attorneys for Plaintiff* | Nicholas Koluncich, III<br>Law Offices of Nicholas Koluncich, III<br>6609 4th St., NW<br>Suite J – NO. 136<br>Albuquerque, NM 87107<br>*Attorneys for Plaintiff* |
| Douglas A. Linde<br>Linde Law Firm<br>2029 Century Park East, Suite 1360<br>Los Angeles, CA 90067<br>*Attorneys for Plaintiff* | Leonard T. Nuara<br>Thacher, Proffitt & Wood<br>25 DeForest Avenue<br>Summit, NJ 07901<br>*Attorneys for Plaintiff* |
| Ira M. Press<br>Kirby, McInerney & Squire, LLP<br>830 Third Avenue, 10th floor<br>New York, NY 10022<br>*Attorneys for Plaintiff* | Elizabeth C. Pritzker<br>Girard, Gibbs & De Bartolomeo, LLP<br>601 California St., Suite 1400<br>San Francisco,  CA 94108<br>*Attorneys for Plaintiff* |
| Ira P. Rothken<br>Rothken Law Firm<br>1050 Northgate Dr., Suite 520<br>San Rafael, CA 94903<br>*Attorneys for Plaintiff* | Irving Scher<br>Weil, Gotschal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorneys for Plaintiff* |

| | |
|---|---|
| Jason Solotaroff<br>Giskan & Solotaroff<br>207 West 25th Street, 4th Floor<br>New York, NY 10001<br>*Attorneys for Plaintiff* | |

01/13/2006 11:37 FAX 2025024833          JPML                                    ☑002

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                    Page 1

    Docket:  1750 - In re Sony BMG Audio Compact Disc Litigation
    Status:  Pending on  / /
    Transferee District:       Judge:                                    Printed on 01/13/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Devore, Andrew C.<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036 | => Sunncomm Technologies, Inc. |
| Friedman, Jeff<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 | => Ricciuti, Tom*; Ricciuti, Yvonne*; Schumacher, Mary* |
| Green, Robert S.<br>Green Welling, LLP<br>595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 | => Melcon, Erin |
| Harwood, John B.<br>McKinnon & Harwood<br>1168 Newport Avenue<br>Pawtucket, RI 02861 | => Maletta, John* |
| Harwood, Robert I.<br>Wechsler Harwood, LLP<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022-5726 | => Maletta, John* |
| Jacobson, Jeffrey S.<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022 | => Arista Holdings, Inc. dba Sony BMG Music Entertainment; Sony BMG Music Entertainment*; Sony BMG Music, Inc.; Sony Corp. of America |
| Kamber, Scott Adam<br>Kamber & Associates, LLC<br>19 Fulton Street, Suite 400<br>New York, NY 10038 | => Bonner, Edwin; Edelstein, Ori; Halpin, Joseph; Hull, Robert; Michaelson, James |
| Kizis, Lynne M.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Woodbridge, NY 07092 | => DeMarco, Darren |
| Koluncich, III, Nicholas<br>Law Offices Of Nicholas Koluncich, III<br>6609 4th Street, N.W.<br>Suite J. - No. 136<br>Albuquerque, NM 87107 | => Black, Chad |
| Linde, Douglas A.<br>Linde Law Firm<br>2029 Century Park East<br>Suite #1360<br>Los Angeles, CA 90067 | => Linde, Daniel D.; Ponting, Jeffrey T. |
| Nuara, Leonard T.<br>Thacher, Proffitt & Wood | => First 4 Internet |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,750 Continued)*                                      Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 25 DeForest Avenue<br>Summit, NJ 07901 | |
| Press, Ira M.<br>Kirby, McInerney & Squire, L.L.P.<br>830 Third Avenue<br>10th Floor<br>New York, NY 10022 | ⇒ Potter, Jeffrey |
| Pritzker, Elizabeth C.<br>Girard, Gibbs & De Bartolomeo L.L.P.<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | ⇒ Rivas, Dora* |
| Rothken, Ira P.<br>Rothken Law Firm<br>1050 Northgate Drive<br>Suite 520<br>San Rafael, CA 94903 | ⇒ Klemm, Laura* |
| Scher, Irving<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ⇒ Bertelsmann, Inc.* |
| Solotaroff, Jason<br>Giskan & Solotaroff<br>207 West 25th Street, 4th Floor<br>New York, NY 10001 | ⇒ Klewan, Andrew; Springer, James |

Note: Please refer to the report title page for complete report scope and key.