

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 3 2006

FILED
CLERK'S OFFICE

BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SONY BMG AUDIO            )   MDL Docket No. 1750
COMPACT DISC LITIGATION         )

REPLY MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO TRANSFER UNDER 28 U.S.C. § 1407

Sony BMG Music Entertainment GP ("Sony BMG") respectfully submits this reply memorandum of law in further support of its motion to transfer related class actions pending against it to the United States District Court for the Southern District of New York (the "S.D.N.Y.").

1. Of the 12 related class actions filed against Sony BMG, nine already are pending in the S.D.N.Y. and have been consolidated before the Honorable Naomi Reice Buchwald. Six of those cases originally were filed in the S.D.N.Y.; three others were voluntarily transferred to the S.D.N.Y., by stipulation of the parties, after Sony BMG filed its motion before this Panel.

2. None of the plaintiffs opposes venue in the S.D.N.Y. Although one plaintiff had at one point favored a transfer to the Northern District of California, that is no longer his position. Instead, the attorneys for that plaintiff support the S.D.N.Y. as the venue for his and two other

22084827v2

**OFFICIAL FILE COPY**

IMAGED JAN 2 5 2006

related actions, originally brought in the Northern District of California but since transferred voluntarily to the S.D.N.Y. None of the three plaintiffs whose cases are still pending in other districts — one in the Central District of California, one in the Southern District of Florida, and one in the District of New Mexico — have even suggested alternative venues to the S.D.N.Y., let alone opposed Sony BMG's motion.

3. On January 6, 2006, Judge Buchwald of the S.D.N.Y. granted preliminary approval to a proposed settlement that would resolve all 12 pending federal class actions (as well as related class actions pending in various state courts). By operation of Judge Buchwald's preliminary approval order, all related federal and state cases are stayed pending the final Fairness Hearing on the settlement, which Judge Buchwald has scheduled for May 22, 2006. Judge Buchwald has consented to having the three federal cases pending outside the S.D.N.Y. transferred to her Court prior to that Fairness Hearing.

4. Because (*i*) the S.D.N.Y. is the most logical venue for these cases (given that Sony BMG is headquartered in the S.D.N.Y. and most of the relevant documents and witnesses are there); (*ii*) nine of the 12 related federal class actions against Sony BMG already are pending in the S.D.N.Y.; (*iii*) Judge Buchwald, of the S.D.N.Y., already has preliminarily approved a settlement of these cases; and (*iv*) no opposition to venue in the S.D.N.Y. has been stated by any party, Sony BMG respectfully submits that the three cases still pending in other districts should be sent to the S.D.N.Y. pursuant to 28 U.S.C. § 1407.

Dated: New York, New York
       January 23, 2006

                                Respectfully submitted,

                                */s/ Jeffrey S. Jacobson*

                                Jeffrey S. Jacobson
                                Debevoise & Plimpton LLP
                                919 Third Avenue
                                New York, New York 10022
                                (212) 909-6000

                                Attorneys for Defendant Sony BMG Music Entertainment

3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 3 2006

FILED
CLERK'S OFFICE

BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE SONY BMG AUDIO COMPACT DISC LITIGATION | ) ) | MDL Docket No. 1750 |

### DEFENDANT SONY BMG MUSIC ENTERTAINMENT'S
### PROOF OF SERVICE

I, Jeffrey P. Cunard, hereby certify that, on January 23, 2006, I caused a copy of Defendant Sony BMG Music Entertainment's (*i*) Reply Memorandum of Law in Support of Motion to Transfer Under 28 U.S.C. § 1407 and (*ii*) Proof of Service to be served by first-class mail, postage prepaid, upon counsel for each of the represented parties, as indicated on the attached Service List.

Dated: Washington, D.C.
       January 23, 2006

_____
Jeffrey P. Cunard

Debevoise & Plimpton LLP
555 13th Street N.W.
Washington, D.C. 20004
(202) 383-8000

Attorneys for Defendant
Sony BMG Music Entertainment

# SERVICE LIST

## MDL Docket No. 1750
### *In re SONY BMG Audio Compact Disc Litigation*

| ATTORNEY – FIRM | REPRESENTED PARTY(S) |
|---|---|
| Andrew C. Devore<br>**MANATT PHELPS & PHILLIPS**<br>7 Times Square<br>New York, NY 10036 | Sunncomm Technologies, Inc. |
| Sarah Clasby Engel[*]<br>**HARKE & CLASBY LLP**<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130 | Allen, Keile |
| Jeff Friedman<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS**<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 | Ricciuti, Tom; Ricciuti, Yvonne, Schumacher, Mary |
| Robert S. Green<br>**GREEN WELLING, LLP**<br>595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 | Melcon, Erin |
| Lance A. Harke[*]<br>**HARKE & CLASBY LLP**<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130 | Allen, Keile |
| Robert I. Harwood<br>**WECHSLER HARWOOD, LLP**<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022-5726 | Maletta, John |

| ATTORNEY – FIRM | REPRESENTED PARTY(S) |
|---|---|
| Jeffrey S. Jacobson<br>**DEBEVOISE & PLIMPTON**<br>919 Third Avenue<br>New York, NY 10022 | Arista Holdings, Inc. dba Sony BMG Music Entertainment; Sony BMG Music Entertainment; Sony BMG Music, Inc.; Sony Corp. of America |
| Scott Adam Kamber<br>**KAMBER & ASSOCIATES, LLC**<br>19 Fulton Street, Suite 400<br>New York, NY 10038 | Edelstein, Ori; Michaelson, James |
| Lynne M. Kizis<br>**WILENTZ, GOLDMAN & SPITZER**<br>90 Woodbridge Center Drive<br>Woodbridge, NY 07092 | DeMarco, Darren |
| Nicholas Koluncich, III<br>**LAW OFFICES OF NICHOLAS KOLUNCICH, III**<br>6609 4th Street, N.W.<br>Suite J. – No. 136<br>Albuquerque, NM 87107 | Black, Chad |
| Douglas A. Linde<br>**LINDE LAW FIRM**<br>2029 Century Park East<br>Suite# 1360<br>Los Angeles, CA 90067 | Linde, Daniel D.; Ponting, Jeffrey T. |
| Leonard T. Nuara<br>**THACHER, PROFFITT & WOOD**<br>25 DeForest Avenue<br>Summit, NJ 07901 | First 4 Internet |
| Ira M. Press<br>**KIRBY, MCINERNEY & SQUIRE, L.L.P.**<br>830 Third Avenue<br>10th Floor<br>New York, NY 10022 | Potter, Jeffrey |

22118023v1

| ATTORNEY – FIRM | REPRESENTED PARTY(S) |
|---|---|
| Elizabeth C. Pritzker<br>**GIRARD, GIBBS &<br>DE BARTOLOMEO L.L.P.**<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | Rivas, Dora |
| Ira P. Rothken<br>**ROTHKEN LAW FIRM**<br>1050 Northgate Drive<br>Suite 520<br>San Rafael, CA 94903 | Klemm, Laura |
| Irving Scher<br>**WEIL, GOTSHAL & MANGES, L.L.P.**<br>767 Fifth Avenue<br>New York, NY 10153 | Bertelsmann, Inc. |
| Jason Solotaroff<br>**GISKAN & SOLOTAROFF**<br>207 West 25th Street, 4th Floor<br>New York, NY 10001 | Klewan, Andrew; Springer, James |

---

* Attorney does not appear on the Panel Attorney Service List.

22118023v1

Printed on 01/09/2006

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1750 - In re Sony BMG Audio Compact Disc Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
 * Signifies that an appearance was made on behalf of the party by the representing attorney.
 # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
 All counsel and parties no longer active in this litigation have been suppressed.

## This Report is Based on the Following Data Filters
Docket: 1750 - Sony BMG Audio Compact Disc Litigation
For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                                     Page 1

Docket: 1750 - In re Sony BMG Audio Compact Disc Litigation
Status:  Pending on  / /
Transferee District:          Judge:                                                           Printed on 01/09/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Devore, Andrew C.<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036 | => Sunncomm Technologies, Inc. |
| Friedman, Jeff<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 | => Ricciuti, Tom*; Ricciuti, Yvonne*; Schumacher, Mary* |
| Green, Robert S.<br>Green Welling, LLP<br>595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 | => Melcon, Erin |
| Harwood, Robert I.<br>Wechsler Harwood, LLP<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022-5726 | => Maletta, John* |
| Jacobson, Jeffrey S.<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022 | => Arista Holdings, Inc. dba Sony BMG Music Entertainment; Sony BMG Music Entertainment*; Sony BMG Music, Inc.; Sony Corp. of America |
| Kamber, Scott Adam<br>Kamber & Associates, LLC<br>19 Fulton Street, Suite 400<br>New York, NY 10038 | => Edelstein, Ori; Michaelson, James |
| Kizis, Lynne M.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Woodbridge, NY 07092 | => DeMarco, Darren |
| Koluncich, III, Nicholas<br>Law Offices Of Nicholas Koluncich, III<br>6609 4th Street, N.W.<br>Suite J. - No. 136<br>Albuquerque, NM 87107 | => Black, Chad |
| Linde, Douglas A.<br>Linde Law Firm<br>2029 Century Park East<br>Suite #1360<br>Los Angeles, CA 90067 | => Linde, Daniel D.; Ponting, Jeffrey T. |
| Nuara, Leonard T.<br>Thacher, Proffitt & Wood<br>25 DeForest Avenue<br>Summit, NJ 07901 | => First 4 Internet |
| Press, Ira M.<br>Kirby, McInerney & Squire, L.L.P. | => Potter, Jeffrey |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,750 Continued)*                                                                Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 830 Third Avenue<br>10th Floor<br>New York, NY 10022 | - |
| Pritzker, Elizabeth C.<br>Girard, Gibbs & De Bartolomeo L.L.P.<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | => Rivas, Dora* |
| Rothken, Ira P.<br>Rothken Law Firm<br>1050 Northgate Drive<br>Suite 520<br>San Rafael, CA 94903 | => Klemm, Laura* |
| Scher, Irving<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | => Bertelsmann, Inc.* |
| Solotaroff, Jason<br>Giskan & Solotaroff<br>207 West 25th Street, 4th Floor<br>New York, NY 10001 | => Klewan, Andrew; Springer, James |

Note: Please refer to the report title page for complete report scope and key.