# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) January 9, 2006
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 25 2006

FILED
CLERK'S OFFICE

MDL DOCKET No. 1750-- In re Sony BMG Audio Compact Disc Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Plaintiff, Darren DeMarco

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Darren DeMarco, et al v. Sony BMG, et al
United States District Court - Southern District of New York.
05 Civ. 5485  Now NYS 1:05-10825

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

1/13/06
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Jennifer Sarnelli, Wilentz, Goldman - Spitzer, 90 Woodbridge Ctr I
Woodbridge NJ 07095

Telephone No.: (732) 855-6446            Fax No.: (732) 726-6604

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

**OFFICIAL FILE COPY**

IMAGED JAN 26 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 5 2006

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ) | MDL Docket No. 1750 |
| ) | |
| IN RE SONY BMG AUDIO ) | |
| COMPACT DISC LITIGATION ) | |
| ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and correct copy of NOTICE OF APPEARANCE on behalf of Plaintiff, Darren DeMarco, and PLAINTIFF DeMARCO'S RESPONSE TO MOTION OF DEFENDANT SONY BMG TO TRANSFER AND CONSOLIDATE upon the following counsel of record, on the attached Service List, by placing

a copy of same in the United States Mail, properly addressed and postage prepaid, via first class mail, on this 13th day of January, 2006.

*Jennifer Sarnelli* (signature)
Jennifer Sarnelli
WILENTZ GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686

Philip A. Tortoreti, Esq.
TORTORETI, TOMES & CALLAHAN
A Professional Corporation
150 Tices Lane
East Brunswick, NJ 08816
(732) 257-9100

Stephen Raff, Esq.
Michael Raff, Esq.
RAFF & RAFF, LLP
30 Church Street
Paterson, NJ 07505
(973) 742-1917

Michael D. Halbfish, Esq.
LAW OFFICES OF MICHAEL D. HALBFISH
245 Main Street
Woodbridge, NJ 07095
(732) 636-4900

Attorneys for Plaintiff
**Counsel for Plaintiff Darren DeMarco
and All Others Similarly Situated**

# SERVICE LIST

*In re: Sony BMG Audio Compact Disc Litigation*
<u>MDL Docket No. 1750</u>

| | |
|---|---|
| Jeff Friedman<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff* | Andrew C. Devore<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036<br>*Attorneys for Defendant* |
| Robert S. Green<br>Green Welling, LLP<br>595 Market St., Suite 2750<br>San Francisco, CA 94105<br>*Attorneys for Plaintiff* | John B. Harwood<br>McKinnon & Harwood<br>1168 Newport Avenue<br>Pawtucket, RI 02861<br>*Attorneys for Plaintiff* |
| Robert I. Harwood<br>Wechsler Harwood, LLP<br>488 Madison Avenue, 8th floor<br>New York, NY 10022-5726<br>*Attorneys for Plaintiff* | Jeffrey S. Jacobson<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022<br>*Attorneys for Defendant* |
| Scott Adam Kamber<br>Kamber & Assoc., LLC<br>19 Fulton St., Suite 400<br>New York, NY 10038<br>*Attorneys for Plaintiff* | Nicholas Koluncich, III<br>Law Offices of Nicholas Koluncich, III<br>6609 4th St., NW<br>Suite J – NO. 136<br>Albuquerque, NM 87107<br>*Attorneys for Plaintiff* |
| Douglas A. Linde<br>Linde Law Firm<br>2029 Century Park East, Suite 1360<br>Los Angeles, CA 90067<br>*Attorneys for Plaintiff* | Leonard T. Nuara<br>Thacher, Proffitt & Wood<br>25 DeForest Avenue<br>Summit, NJ 07901<br>*Attorneys for Plaintiff* |
| Ira M. Press<br>Kirby, McInerney & Squire, LLP<br>830 Third Avenue, 10th floor<br>New York, NY 10022<br>*Attorneys for Plaintiff* | Elizabeth C. Pritzker<br>Girard, Gibbs & De Bartolomeo, LLP<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>*Attorneys for Plaintiff* |
| Ira P. Rothken<br>Rothken Law Firm<br>1050 Northgate Dr., Suite 520<br>San Rafael, CA 94903<br>*Attorneys for Plaintiff* | Irving Scher<br>Weil, Gotschal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorneys for Plaintiff* |

| Jason Solotaroff<br>Giskan & Solotaroff<br>207 West 25th Street, 4th Floor<br>New York, NY 10001<br>*Attorneys for Plaintiff* | |

#3773486

4

JAN-13-2006 15:14 FROM: WILENTZ 732-726-1217 5026025024833 P.6/7
Case MDL No. 1750 Document 13 Filed 01/25/06 Page 6 of 7

01/13/2006 11:37 FAX 2025024833          JPML                                     ☒002

## Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Page 1

Docket: 1750 - In re Sony BMG Audio Compact Disc Litigation
Status: Pending on / /
Transferee District:        Judge:

Printed on 01/13/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Devore, Andrew C.<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036 | ⇒ Sunncomm Technologies, Inc. |
| Friedman, Jeff<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 | ⇒ Ricciuti, Tom*; Ricciuti, Yvonne*; Schumacher, Mary* |
| Green, Robert S.<br>Green Welling, LLP<br>595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 | ⇒ Melcon, Erin |
| Harwood, John B.<br>McKinnon & Harwood<br>1168 Newport Avenue<br>Pawtucket, RI 02861 | ⇒ Maletta, John* |
| Harwood, Robert I.<br>Wechsler Harwood, LLP<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022-5726 | ⇒ Maletta, John* |
| Jacobson, Jeffrey S.<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022 | ⇒ Arista Holdings, Inc. dba Sony BMG Music Entertainment; Sony BMG Music Entertainment*; Sony BMG Music, Inc.; Sony Corp. of America |
| Kamber, Scott Adam<br>Kamber & Associates, LLC<br>19 Fulton Street, Suite 400<br>New York, NY 10038 | ⇒ Bonner, Edwin; Edelstein, Ori; Halpin, Joseph; Hull, Robert; Michaelson, James |
| Kizis, Lynne M.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Woodbridge, NY 07092 | ⇒ DeMarco, Darren |
| Koluncich, III, Nicholas<br>Law Offices Of Nicholas Koluncich, III<br>6609 4th Street, N.W.<br>Suite J. - No. 136<br>Albuquerque, NM 87107 | ⇒ Black, Chad |
| Linde, Douglas A.<br>Linde Law Firm<br>2029 Century Park East<br>Suite #1360<br>Los Angeles, CA 90067 | ⇒ Linde, Daniel D.; Ponting, Jeffrey T. |
| Nuara, Leonard T.<br>Thacher, Proffitt & Wood | ⇒ First 4 Internet |

Note: Please refer to the report title page for complete report scope and key.

JAN-13-2006 15:14 FROM:WILENTZ          732 726 6217         TO:2025024833          P.7/7
Case MDL No. 1750   Document 13   Filed 01/25/06   Page 7 of 7

01/13/2006 11:37 FAX 2025024833          JPML                              ☒003

*(Panel Attorney Service List for MDL 1,750 Continued)*

Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 25 DeForest Avenue<br>Summit, NJ 07901 | |
| Press, Ira M.<br>Kirby, McInerney & Squire, L.L.P.<br>830 Third Avenue<br>10th Floor<br>New York, NY 10022 | ⇒ Potter, Jeffrey |
| Pritzker, Elizabeth C.<br>Girard, Gibbs & De Bartolomeo L.L.P.<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | ⇒ Rivas, Dora* |
| Rothken, Ira P.<br>Rothken Law Firm<br>1050 Northgate Drive<br>Suite 520<br>San Rafael, CA 94903 | ⇒ Klemm, Laura* |
| Scher, Irving<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ⇒ Bertelsmann, Inc.* |
| Solotaroff, Jason<br>Giskan & Solotaroff<br>207 West 25th Street, 4th Floor<br>New York, NY 10001 | ⇒ Klewan, Andrew; Springer, James |

Note: Please refer to the report title page for complete report scope and key.