

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2006

FILED
CLERK'S OFFICE

## BEFORE THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SONY BMG AUDIO            )    MDL Docket No. 1750
COMPACT DISC LITIGATION   )

### CORPORATE DISCLOSURE STATEMENT

Pursuant to J.P.M.L. Rule 5.3(a), Defendant SunnComm International Inc. discloses that it is a Nevada corporation, that it has no corporate parent and that no publicly held company owns 10% or more of its outstanding stock.

Dated: New York, New York
       January 9, 2006

Respectfully submitted,

_____
Andrew C. DeVore
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, New York, 10036
(212) 790-4570

Attorney for Defendant SunnComm
International Inc.

80353146.1

OFFICIAL FILE COPY

IMAGED JAN 30 2006