**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**FEB. 14, 2006**

**MICHAEL J. BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on March 30, 2006, a hearing session will be held in Las Vegas, Nevada, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**IMAGED FEB 1 4 2006**

SCHEDULE OF MATTERS FOR HEARING SESSION
March 30, 2006 -- Las Vegas, Nevada

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

MDL-1744 -- In re Marsh & McLennan Companies, Inc., Securities Litigation

Motion of defendants Marsh & McLennan Companies, Inc., and Marsh Inc. for centralization of the following actions in the United States District Court for the Southern District of New York:

Central District of California

*John McMahon, et al. v. Marsh & McLennan Companies Inc., et al.*, C.A. No. 2:05-8269

Eastern District of New York

*Frank A. Lee, et al. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 1:05-5175

Southern District of New York

*In re Marsh & McLennan Companies, Inc. Securities Litigation*, C.A. No. 1:04-8144
*Frederic Ian Fischbein, etc. v. Marsh & McLennan Companies, Inc., et al.*,
   C.A. No. 1:04-8179
*Michael Feder v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 1:04-8225
*Arnold Spitz v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 1:04-8923
*Anne E. Flynn v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 1:04-9300
*Merne Young v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. Unassigned
   (Formerly C.D. California, C.A. No. 2:05-8268)

MDL-1745 -- In re Live Concert Antitrust Litigation

Motion of defendants Clear Channel Communications, Inc., and Clear Channel Broadcasting, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Central District of California

*Margaret A. Thompson v. Clear Channel Communications, Inc., et al.*, C.A. No. 2:05-6704

### Southern District of Florida

*Priscilla Diaz v. Clear Channel Communications, Inc., et al.*, C.A. No. 1:05-22413

### Northern District of Illinois

*Manish Bhatia v. Clear Channel Communications, Inc., et al.*, C.A. No. 1:05-5612

### Eastern District of Pennsylvania

*Mark Cooperberg v. Clear Channel Communications, Inc., et al.*, C.A. No. 2:05-4492

MDL-1746 -- In re First BanCorp Securities & Derivative Litigation

Motion of plaintiff Robert Fox for centralization of certain of the following actions in the United States District Court for the District of Puerto Rico and motion of defendant First BanCorp for centralization of the following actions in the United States District Court for the District of Puerto Rico:

### Southern District of New York

*Plumbers and Pipefitters Local 51 Pension Fund v. First BanCorp, et al.*, C.A. No. 1:05-9379
*Michael Elpern, etc. v. Angel Alvarez-Perez, et al.*, C.A. No. 1:05-9458
*Gerald Thompson v. First BanCorp, et al.*, C.A. No. 1:05-9700
*Pamela J. Carnicelli v. First BanCorp., et al.*, C.A. No. 1:05-10186

Schedule of Matters for Hearing Session, Section A                    p. 3
Las Vegas, Nevada


MDL-1746 (Continued)


### Southern District of New York (Continued)

*David Sanders, etc. v. Aurelio Aleman, et al.*, C.A. No. 1:05-10205
*Carolyn Phillips, etc. v. Angel Alvarez-Perez, et al.*, C.A. No. 1:05-10244

### District of Puerto Rico

*Robert Fox v. First BanCorp, et al.*, C.A. No. 3:05-2148
*Gisela A. Connelly v. First BanCorp, et al.*, C.A. No. 3:05-2176


## MDL-1748 -- In re Profiler Products Liability Litigation

Motion of defendant D-M-E Company for centralization of the following actions in the United States District Court for the Southern District of Illinois:


### Southern District of Illinois

*Silas Mercer, et al. v. D-M-E Co., et al.*, C.A. No. 3:05-415

### Western District of Kentucky

*Michael P. Shaw, et al. v. D-M-E Co., et al.*, C.A. No. 4:05-88

### Eastern District of Missouri

*Steven F. Maine, et al. v. D-M-E Co., et al.*, C.A. No. 4:05-1151

Schedule of Matters for Hearing Session, Section A                    p. 4
Las Vegas, Nevada

MDL-1749 -- In re General Motors Corp. Securities & Derivative Litigation

  Motion, as amended, of defendants General Motors Corporation, General Motors Acceptance Corporation, and the current and former officers and directors of GM for centralization of the following actions in the United States District Court for the Eastern District of Michigan:

### Eastern District of Michigan

*Albert Stein v. Erskine B. Bowles, et al.*, C.A. No. 2:05-74334
*Theresa Sacco, et al. v. General Motors Corp., et al.*, C.A. No. 2:05-74432
*John Orr v. G. Richard Wagoner, Jr., et al.*, C.A. No. 2:05-74769
*Henry Gluckstern v. G. Richard Wagoner, Jr., et al.*, C.A. No. 2:05-74770
*Charles Rosen v. General Motors Corp., et al.*, C.A. No. 5:05-60290

### Southern District of New York

*In Re General Motors Securities Litigation*, C.A. No. 1:05-8088
*Francesco Galliani v. General Motors Corp., et al.*, C.A. No. 1:05-8545

MDL-1750 -- In re Sony BMG Audio Compact Disc Litigation

  Motion, as amended, of plaintiffs Tom Ricciuti, et al., for centralization of certain of the following actions in the United States District Court for the Southern District of New York and motion of defendant Sony BMG Music Entertainment GP for centralization of certain of the following actions in the United States District Court for the Southern District of New York:

### Central District of California

*Jeffrey T. Ponting, et al. v. Sony BMG Entertainment, LLC, et al.*, C.A. No. 2:05-8472

### Northern District of California

*Erin Melcon v. Sony BMG Music Entertainment, et al.*, C.A. No. 3:05-5084
*Laura Klemm v. Sony BMG Music Entertainment, et al.*, C.A. No. 3:05-5111

Schedule of Matters for Hearing Session, Section A                    p. 5
Las Vegas, Nevada

MDL-1750 (Continued)

### District of New Mexico

*Chad Black v. Sony BMG Music Entertainment, et al.*, C.A. No. 1:05-1315

### Southern District of New York

*In re Sony BMG CD Technologies Litigation*, C.A. No. 1:05-9575
*Dora Rivas v. Sony BMG Music Entertainment*, C.A. No. 1:05-9598
*Jeffrey Potter v. Sony BMG Music Entertainment*, C.A. No. 1:05-9607
*Andrew Klewan, et al. v. Arista Holdings, Inc.*, C.A. No. 1:05-9609
*Tom Ricciuti, et al. v. Sony BMG Music Entertainment, et al.*, C.A. No. 1:05-10190
*John Maletta v. Sony BMG Entertainment Corp., et al.*, C.A. No. 1:05-10637
*Darren DeMarco v. Sony BMG Music, et al.*, C.A. No. 1:05-10825


## MDL-1751 -- In re Jamster Marketing Litigation

Motion of plaintiffs Charles Ford, et al., for centralization of the following actions in the United States District Court for the Southern District of California:

### Eastern District of Arkansas

*Lloyd Adam Page v. VeriSign, Inc., et al.*, C.A. No. 4:05-1629

### Southern District of California

*Charles Ford, et al. v. VeriSign, Inc., et al.*, C.A. No. 3:05-819
*Terry Herrington, Jr., et al. v. VeriSign, Inc., et al.*, C.A. No. 3:05-1915

MDL-1753 -- In re Standard Automotive Corp. Retiree Benefits "ERISA" Litigation

      Motion of defendants Anthony L. Scialabba; Anthony L. Scialabba & Associates, P.C.; and Morton C. Batt for centralization of the following actions in the United States District Court for the District of New Jersey, or in the alternative, the United States District Court for the District of Massachusetts:

        District of Massachusetts

*Mary Desmond, et al. v. Morton C. Batt, et al.*, C.A. No. 1:05-10355

        District of New Jersey

*Elaine L. Chao, et al. v. Anthony L. Scialabba, et al.*, C.A. No. 1:05-3732

MDL-1754 -- In re Apple iPod nano Products Liability Litigation

      Motion of defendant Apple Computer, Inc., for centralization of the following actions in the United States District Court for the Northern District of California:

        Northern District of California

*James M. Wimmer v. Apple Computer, Inc.*, C.A. No. 5:05-4244
*Jason Moschella, et al. v. Apple Computer, Inc.*, C.A. No. 5:05-4372
*Ben Jennings, et al. v. Apple Computer, Inc.*, C.A. No. 5:05-4520

        Middle District of Louisiana

*Emily Mayo v. Apple Computer, Inc.*, C.A. No. 3:05-1382

        District of New Jersey

*Leonard Rappel v. Apple Computer, Inc.*, C.A. No. 3:05-5622

        Southern District of New York

*Eli Kahan v. Apple Computer, Inc.*, C.A. No. 1:05-9251

MDL-1755 -- In re Bayou Hedge Funds Investment Litigation

Motion of plaintiffs Broad-Bussel Family LP, et al., for centralization of the following actions in the United States District Court for the District of Connecticut:

### District of Connecticut

*Jewish Federation of Metropolitan Chicago v. Bayou Management, LLC, et al.,*
C.A. No. 3:05-1401
*Broad-Bussel Family LP, et al. v. Bayou Group, LLC, et al.*, C.A. No. 3:05-1762

### Southern District of Indiana

*DePauw University v. Hennessee Group LLC, et al.*, C.A. No. 2:05-249

### Southern District of New York

*Thomas Gleason v. Bayou Management, LLC, et al.*, C.A. No. 7:05-8532

MDL-1756 -- In re Hotel Occupancy Taxes Litigation

Motion of plaintiffs City of Fairview Heights and City of Bellingham for centralization of the following actions in the United States District Court for the Southern District of Illinois or, in the alternative, the United States District Court for the Western District of Washington or the United States District Court for the Northern District of Georgia:

### Northern District of Georgia

*City of Rome, Georgia, et al. v. Hotels.com, LP, et al.*, C.A. No. 4:05-249

### Southern District of Illinois

*City of Fairview Heights v. Orbitz, Inc., et al.*, C.A. No. 3:05-840

### Northern District of Ohio

*City of Findlay v. Hotels.com, LP, et al.*, C.A. No. 3:05-7443

Schedule of Matters for Hearing Session, Section A                    p. 8
Las Vegas, Nevada


MDL-1756 (Continued)


### Western District of Washington

*City of Bellingham v. Hotels.com, LP, et al.*, C.A. No. 2:05-1822


## MDL-1758 -- In re American Residential Services, L.L.C., Employment Practices Litigation

Motion of defendants American Residential Services, L.L.C., and Servicemaster Holding Corporation for centralization of the following actions in a single United States district court:


### Central District of California

*Derain Clark, et al. v. American Residential Services, L.L.C., et al.*, C.A. No. 2:05-8618

### Northern District of California

*Delano Moore, et al. v. American Residential Services, L.L.C.*, C.A. No. 3:05-5120


## MDL-1759 -- In re Air Crash Near Canandaigua, New York, on September 16, 2002

Motion of plaintiffs J. Michael Maloney, et al., for centralization of the following actions in the United States District Court for the Western District of New York:


### Western District of New York

*J. Michael Maloney, et al. v. McFarland Johnson, Inc., et al.*, C.A. No. 1:04-750

### Western District of Wisconsin

*J. Michael Maloney, et al. v. Central Aviation, Inc., et al.*, C.A. No. 3:05-546

Schedule of Matters for Hearing Session, Section A                              p. 9
Las Vegas, Nevada


MDL-1760 -- In re Bisphosphonate Drugs Products Liability Litigation

Motion of plaintiff Margaret Cartelli for centralization of the following actions in the
United States District Court for the Eastern District of New York or the United States District
Court for the Southern District of New York:


Eastern District of New York

*Zena Biocca v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-170
*Linda H. Johnson v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-176
*Mindy J. Knopf v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-188
*John Bartoli v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-189
*Margaret Cartelli v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-191
*Elaine Guilbeau v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-192
*Michel Hendrix v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-194
*Glenn Hiller v. Novatis Pharmaceuticals Corp.*, C.A. No. 1:06-195
*Victor Kalily v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-196
*K. Thomas Punnose v. Novartis Phamaceuticals Corp.*, C.A. No. 1:06-199
*Loretta Gee v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-257
*Runette Champion v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-258
*Mayra Martinez v. Novartis Phamaceuticals Corp.*, C.A. No. 1:06-259
*Karlene Hogan, etc. v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-260
*Arlene Perkins v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-261

Southern District of New York

*Margaret Peggy Harth v. Merck & Co., Inc.*, C.A. No. 1:06-361
*Helen E. Shrum v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-363
*Nancy Radin v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-364
*Ramon L. Harrison v. Merck & Co., Inc.*, C.A. No. 1:06-365
*Shirley Grizzle v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 1:06-366
*Patsy Carter v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-367
*Burdette Burt v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 1:06-368
*Jacqueline Wilson v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-369
*Gary Fry v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-370
*Linda Wallace v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-371
*Suzanne Dengel v. Merck & Co., Inc.*, C.A. No. 1:06-372
*Charles Ulatowski v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-373
*Gary Stevens v. Novartis Pharmaceuticals Corp.*, C.A. No. 1:06-374

Schedule of Matters for Hearing Session, Section A                    p. 10
Las Vegas, Nevada


MDL-1760 (Continued)


       <u>Southern District of New York</u> (Continued)

*Jack Cuthbert v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 1:06-387
*Lena Simmons v. Proctor & Gamble Pharmaceuticals, Inc., et al.*, C.A. No. 1:06-454

       <u>Western District of Oklahoma</u>

*Linda Ingram, etc. v. Novartis Pharmaceuticals Corp.*, C.A. No. 5:05-913

       <u>Middle District of Tennessee</u>

*Angela Wood, et al. v. Novartis Pharmaceuticals Corp.*, C.A. No. 3:05-716
*Gwendolyn Wolfe, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-717
*Terry Anderson, et al. v. Novartis Pharmaceuticals Corp.*, C.A. No. 3:05-718
*Susan Becker, et al. v. Novartis Pharmaceuticals Corp.*, C.A. No. 3:05-719


<u>MDL-1761 -- In re Ditropan XL Antitrust Litigation</u>

    Motion of defendant Alza Corporation for centralization of the following actions in the
United States District Court for the Northern District of California:


       <u>Northern District of California</u>

*City of Fargo Health Trust Fund v. Alza Corp.*, C.A. No. 3:05-4684
*Local 28 Sheet Metal Workers v. Alza Corp.*, C.A. No. 3:05-4758
*United Food & Commercial Workers Union & Employers Midwest Health Benefits Fund
    v. Alza Corp.*, C.A. No. 5:06-314

       <u>District of New Jersey</u>

*Teamsters Local No. 35 Health Plans v. Alza Corp., et al.*, C.A. No. 2:05-5289

       <u>Eastern District of Tennessee</u>

*Jabo's Pharmacy, Inc. v. Johnson & Johnson, et al.*, C.A. No. 2:05-317

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### District of Guam

*Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.*, C.A. No. 1:05-25

### District of Idaho

*Kent Buttars, etc. v. Atlas Turner, Inc., et al.*, C.A. No. 1:05-373

### Southern District of Mississippi

*Troy Washington, Jr. v. Sellers Engineering Co., et al.*, C.A. No. 1:05-498
*Robert L. Allen, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-505
*Arnold E. Barkdull v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-506
*Robert C. Bowers v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-507
*Marvin E. Boyd v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-508
*Donald Brent v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-509
*Claude E. Brister v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-510
*C.W. Brown v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-511
*Decatur B. Byrd, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-512
*Paul Carroll v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-513
*Billy J. Case, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-514
*Carl N. Chance v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-515
*Sam Curry v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-516

Schedule of Matters for Hearing Session, Section B                     p. 12
Las Vegas, Nevada


MDL-875 (Continued)


### Southern District of Mississippi (Continued)

*Marion Davis v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-517
*Jimmy T. Dickerson v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-518
*Waldo M. Dixon, Jr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-519
*J.P. Doss v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-520
*Jesse W. Dulaney v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-521
*Wilkie R. Dunaway, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-522
*Marion C. Elledge v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-523
*Samuel F. Farmer, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-524
*Alvin Fitztgerald, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-525
*Carroll S. Greer v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-526
*David Hill, Jr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-527
*Charles L. Holley v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-528
*Osborne Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-529
*Jack H. Jordan v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-530
*Charles W. Lewis, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-531
*Frank Magruder, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-532
*John E. Netherland, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-533
*John E. Newman, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-534
*Robert E. Parker v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-535
*John W. Price, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-536
*Buford E. Reeves v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-537
*Sidney L. Scarborough v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-538
*Dayton D. Smith, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-539
*Samuel E. Smith, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-540
*Curtis M. Standberry, Sr., etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-541
*William R. Thornton, Sr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-542
*D.S. Turner v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-543
*James Vance v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-544
*Floyd Westbrook v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-545
*W. I. Westbrook v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-546
*Grover E. White, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-547
*C.L. Womack v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-548
*Willie Young, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-549
*Caleb R. Jones v. Crane Co., et al.*, C.A. No. 1:05-555

MDL-875 (Continued)


Opposition of defendants Foster-Wheeler LLC; General Electric Company; Argo International Corporation; Auburn Manufacturing Company; Aurora Pump Division of General Signal Corporation; A.B. Boyd Company; Bryan Steam Corporation; Indian Head Industries, Inc.; Pecora Corporation; and Preferred Utilities Manufacturing Corporation to remand, under 28 U.S.C. § 1407(a), of the following actions to the United States District Court for the Northern District of Ohio:


### Eastern District of Pennsylvania

*Charles J. Wille v. A-C Product Liability Trust*, (N.D. Ohio, C.A. No. 1:98-12997)
*Charles P. Rich v. A-C Product Liability Trust*, (N.D. Ohio, C.A. No. 1:98-14094)
*James E. Jackson v. A-C Product Liability Trust*, (N.D. Ohio, C.A. No. 1:99-10802)


### MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Opposition of plaintiffs Sandra Hewitt, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:


### Northern District of Texas

*Sandra Hewitt, et al. v. Wyeth, et al.*, C.A. No. 3:05-2110


### MDL-1334 -- In re Managed Care Litigation

Oppositions of plaintiffs Decatur HealthCare, LLC, et al., and Michael D. McCord, M.D., P.A., to transfer of their respective following actions to the United States District Court for the Southern District of Florida:


### Central District of Illinois

*Decatur HealthCare, LLC, et al. v. Blue Cross & Blue Shield Association, et al.*, C.A. No. 1:05-1268

MDL-1334 (Continued)


### Eastern District of Texas

*Michael D. McCord M.D., P.A. v. Aetna Health, Inc., et al.*, C.A. No. 1:05-633


### MDL-1348 -- In re Rezulin Products Liability Litigation

Opposition of plaintiff Stephan R. Gibbs, etc., to transfer of the following action to the United States District Court for the Southern District of New York:


### Northern District of Florida

*Stephan R. Gibbs, etc. v. Warner-Lambert Co., et al.*, C.A. No. 3:05-417


### MDL-1355 -- In re Propulsid Products Liability Litigation

Opposition of plaintiff Patricia Barnes to transfer of the following action to the United States District Court for the Eastern District of Louisiana:


### Northern District of Mississippi

*Patricia Barnes v. Janssen Pharmaceutica, Inc., et al.*, C.A. No. 2:05-237


### MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Opposition of plaintiffs Nicole Campbell, et al., to transfer of the following action to the United States District Court for the Southern District of Indiana:


### Eastern District of California

*Nicole Campbell, et al. v. Ford Motor Co., et al.*, C.A. No. 1:05-1499

Schedule of Matters for Hearing Session, Section B                    p. 15
Las Vegas, Nevada


## MDL-1405 -- In re California Wholesale Electricity Antitrust Litigation

Opposition of plaintiff People of the State of California, etc., to transfer of the following action to the United States District Court for the Southern District of California:

### Eastern District of California

*People of the State of California, etc. v. Sempra Energy Trading Corp.,*
C.A. No. 2:05-2561


## MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of plaintiffs Heather Maples, etc., and Kathy Ballard, et al., to transfer of their respective following actions to the United States District Court for the Western District of Washington:

### Northern District of California

*Heather Maples, etc. v. Bayer Corp.,* C.A. No. 3:05-5216

### Western District of Missouri

*Kathy Ballard, et al. v. Bayer Corp., et al.,* C.A. No. 2:05-4393


## MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Opposition of plaintiffs State of Florida, et al., to transfer of the following action to the United States District Court for the District of Massachusetts:

### Northern District of Florida

*State of Florida, et al. v. Mylan Laboratories, Inc., et al.,* C.A. No. 4:05-490

Schedule of Matters for Hearing Session, Section B                          p. 16
Las Vegas, Nevada


MDL-1507 -- In re Prempro Products Liability Litigation

Opposition of plaintiffs Juanita Browning, et al., to transfer of the following action to the United States District Court for the Eastern District of Arkansas:


Eastern District of Kentucky

*Juanita Browning, et al. v. Wyeth, et al.*, C.A. No. 7:05-321


MDL-1578 -- In re UICI "Association-Group" Insurance Litigation

Oppositions of plaintiffs Martha Lee Wilson and Michael T. Booth, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Texas:


Northern District of Mississippi

*Martha Lee Wilson v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 3:05-146

Southern District of Mississippi

*Michael T. Booth, et al. v. MEGA Life & Health Insurance Co., et al.*, C.A. No. 3:05-706


MDL-1596 -- In re Zyprexa Products Liability Litigation

Oppositions of plaintiffs and defendants Janssen, L.P.; Astrazeneca Pharmaceuticals LP; Dr. Mark Jones; and Dr. Otis Moseley to transfer of their respective following actions to the United States District Court for the Eastern District of New York:


Middle District of Alabama

*Shaheed Muhammad v. Eli Lilly & Co., et al.*, C.A. No. 2:05-1046
*Latofia Crimes v. Eli Lilly & Co., et al.*, C.A. No. 2:05-1047
*Sanquirnetta McCray-Martin v. Eli Lilly & Co., et al.*, C.A. No. 2:05-1048

MDL-1596 (Continued)

### Eastern District of Missouri

*Vivek Agarwal v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1935
*Gloria Benson v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2016
*Winnie Alford v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2026
*David Prince v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2086
*Robert Clark v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2119
*Earl Cain, Jr. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2120
*Carole Holden v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2121
*Anthony Howard, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2122
*Mary Hunter v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2123
*James V. West, Jr. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2124
*Cheryl Andrews v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2126
*Jacqueline Jenell Brown v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2127
*Gloria Hayes v. Eli Lilly & Co, et al.*, C.A. No. 4:05-2128
*Myra Frisbie v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2129
*Michael Johnson v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2138
*Xavier Johnson v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2139
*Stanley Lewis v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2140
*Ryan Starkey v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2141
*Linda Young v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2142
*Darryl Scott v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2143
*Andrea Hanks v. Eli Lilly & Co.*, C.A. No. 4:05-2144
*Valerie Ann Shaffer v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2145
*Anastasia M. Martin v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2150
*Donna Trefney v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2151
*James Sage, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2152
*Shirley Smith v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2153
*Joyce Saunders v. Dr. Linda Hughes, et al.*, C.A. No. 4:05-2154
*David Michael Deruyter v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2155
*Kyle Rolfingsmeyer v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2156
*Brenda Hiles v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2157
*Paul Harrington v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2158
*Windy Atterberry v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2177
*Ethel Stevens v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2178
*Laura Hurst v. Janssen Phamaceutica, L.P., et al.*, C.A. No. 4:05-2181

Schedule of Matters for Hearing Session, Section B                    p. 18
Las Vegas, Nevada

MDL-1596 (Continued)

### Eastern District of Missouri (Continued)

*Joyce Lehar v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2182
*Cameron Malone, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2183
*Erin Martin v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2190
*Tina Robinson v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2199
*Magdalena Maurice v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2293
*Peggy Bledsoe, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2330

### Western District of Missouri

*Michael Skinner v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4411
*Larry Wright v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4413
*Tina Carrero v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1083
*Mary Ella Weese v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1114
*Susan M. Riley v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1118
*Pamela Hedrix v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1151
*Brenda Gleese v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1244
*Lamont Jay Hemphill v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1245
*Linda Ward Tindall v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1246
*Rosetta Marie Williams v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1247
*Antoinette Harper v. James True, M.D., et al.*, C.A. No. 4:05-1255

Motion of defendant Eli Lilly & Company for transfer of the following action to the
United States District Court for the Eastern District of New York:

### Southern District of Texas

*Beatriz E. Ebel, etc. v. Eli Lilly & Co.*, C.A. No. 1:04-194

MDL-1610 -- In re Conseco Life Insurance Co. Cost of Insurance Litigation

      Motion of MDL-1610 plaintiffs Murray Gomer and Jake Garn for transfer of the following action to the United States District Court for the Central District of California:

      Northern District of Illinois

    *Conseco, Inc. v. William Schwartz, et al.*, C.A. No. 1:05-6376

MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

      Oppositions of plaintiffs Sulema Salinas and Lilia Felici to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

      Southern District of Texas

    *Sulema Salinas v. Pfizer Inc., et al.*, C.A. No. 7:05-363
    *Lilia Felici v. Pfizer Inc., et al.*, C.A. No. 7:05-386

MDL-1646 -- In re Testmasters Trademark Litigation

      Motion of plaintiffs Jarrod Beck, et al., and Robin Singh Educational Services, Inc., to remand, under 28 U.S.C. § 1407(a), the following actions to their respective transferor courts:

      Southern District of Texas

    *Robin Singh Educational Services, Inc. v. Excel Test Prep*, C.A. No. 4:05-1085
      (N.D. California, C.A. No. 3:03-5039)
    *Jarrod Beck, et al. v. Test Masters Educational Services, Inc.*, C.A. No. 4:05-1082
      (D. District of Columbia, C.A. No. 1:04-1391)

Schedule of Matters for Hearing Session, Section B                    p. 20
Las Vegas, Nevada


MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

   Oppositions of plaintiffs and defendants Rudy P. Zarate, M.D.; Lokendra B. Sahgal, M.D.; and Massillon Community Hospital to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:


#### Middle District of Alabama

*Michael D. May v. Merck & Co., Inc., et al.*, C.A. No. 3:05-998

#### Eastern District of California

*Clara Puma v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2203
*Vance Skillsky v. Merck & Co., Inc, et al.*, C.A. No. 2:05-2218
*Clayton Welch v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2267
*Edith Crook v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2436
*Alma Zehrung v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2437
*Pamela Parker, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2446
*John Hoien, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2464
*James Lame Bull, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2465

#### Northern District of California

*Charles Axworthy, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-4646
*Luisa Greer, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-4657

#### Middle District of Florida

*Michael C. Richardson v. Merck & Co., Inc., et al.*, C.A. No. 3:05-1193

#### Southern District of Illinois

*Gloria Jackson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-822
*Barbara Allen, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-841
*Barbara Beyer v. Merck & Co., Inc., et al.*, C.A. No. 3:05-865

Schedule of Matters for Hearing Session, Section B                    p. 21
Las Vegas, Nevada

MDL-1657 (Continued)

### Eastern District of Kentucky

*Brenda Sparks, et al. v. Merck & Co., Inc.*, C.A. No. 0:05-201
*Kenneth Michael Short, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-426
*Lawrence K. Butcher v. Merck & Co., Inc.*, C.A. No. 6:05-570
*Jerry Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-573
*John Mullins, et al. v. Merck & Co., Inc.*, C.A. No. 6:05-586
*Juanetta Bush, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-587

### Western District of Kentucky

*Debra Humburg, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-173
*James L. Bragg, Jr., etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-175
*Riley Wells v. Merck & Co., Inc., et al.*, C.A. No. 1:05-177
*Patricia Oakes, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-178
*Dorothy Payne, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-179
*Ethel Wolf v. Merck & Co., Inc., et al.*, C.A. No. 1:05-180
*John Nowak, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-181
*Randall Pyles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-186
*Thelma Jean Phillips, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-200
*Carey L. Mynhier, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-633
*William Clayton, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-637
*Charles Schultise v. Merck & Co., Inc.*, C.A. No. 3:05-638
*Margaret Vandivier v. Merck & Co., Inc.*, C.A. No. 3:05-639
*Mary E. Lester v. Merck & Co., Inc.*, C.A. No. 3:05-640
*Sabina Chambers v. Merck & Co., Inc.*, C.A. No. 3:05-641
*Richard W. Allen, Sr., et al. v. Merck & Co., Inc.*, C.A. No. 3:05-643
*Glendon Dixon v. Merck & Co., Inc.*, C.A. No. 3:05-644
*Jeffrey Joyce v. Merck & Co., Inc.*, C.A. No. 3:05-645
*James A. Daniels et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-651
*Lawrence Shepherd, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-652
*Pamela Winters, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-654
*Jennifer M. Popp, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-655
*Isabella B. Cummings, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-657
*Fleam Leach v. Merck & Co., Inc.*, C.A. No. 3:05-660
*Tim Ellis, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-661

Schedule of Matters for Hearing Session, Section B                    p. 22
Las Vegas, Nevada

MDL-1657 (Continued)

Western District of Kentucky (Continued)

*Barbara Keeling v. Merck & Co., Inc.*, C.A. No. 3:05-662
*Marlynn Fox, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-663
*Sue R. Gardner, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-664
*Tina Day v. Merck & Co., Inc., et al.*, C.A. No. 3:05-665
*Hazel McKee, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-666
*Olando Simpson, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-667
*Michael F. Simpson, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-668
*Susan Walker, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-670
*Daniel Ryan v. Merck & Co., Inc., et al.*, C.A. No. 3:05-671
*Sharon Schafer, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-672
*Joan Anne Schwartz, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-673
*Perry Schneider, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-674
*Mary Louise Schmidt, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-675
*Manson Whelan v. Merck & Co., Inc.*, C.A. No. 3:05-676
*David G. Thomas v. Merck & Co., Inc.*, C.A. No. 3:05-677
*A. Walter Tyson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-678
*Daniel Gill v. Merck & Co., Inc., et al.*, C.A. No. 3:05-679
*Carl Ansert, Jr., et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-680
*Onna James, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-684
*Garlin Cupp, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-686
*Martha Sue Taylor v. Merck & Co., Inc., et al.*, C.A. No. 3:05-692
*Sarah E. Nichols, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-693
*William Mohon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-694
*Scarlett Macy, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-695
*Shannon M. Age, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-696
*Faye Byers, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-711
*Dora Gorman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-712
*Cleo D. Gilbert, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-713
*Lorenia Henson, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-714
*Darrell G. Moore, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-715
*Billy Joe Logsdon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-717
*Kathryn O'Neill v. Merck & Co., Inc., et al.*, C.A. No. 3:05-718
*Paul E. Mangeot, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-719
*Millard T. Shepherd v. Merck & Co., Inc.*, C.A. No. 3:05-724

Schedule of Matters for Hearing Session, Section B                    p. 23
Las Vegas, Nevada


MDL-1657 (Continued)


### Western District of Kentucky (Continued)

*Luther B. Yount, Jr., et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-729
*Ellen Rittenhouse, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-731
*Ola Nelson v. Merck & Co., Inc., et al.*, C.A. No. 5:05-206
*Michael E. Wilson v. Merck & Co., Inc., et al.*, C.A. No. 5:05-210
*Wanda Sue Parker, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:05-212

### Eastern District of Missouri

*Brenda Watson, et al. v. Patrick J. Lecorps, M.D., et al.*, C.A. No. 1:05-191
*Alene Schwent, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1745
*James Coleman v. Merck & Co., Inc.*, C.A. No. 4:05-1944
*Robert Ruzicka, et al. v. Merck & Co., Inc.*, C.A. No. 4:05-1945
*Thelma Zimmerman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1955
*Samella Butler, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1956
*Steve Pickard, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1969
*Martha Maxwell, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1970
*Roy Lacey, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1977
*Brian Lawson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2046
*Joy Cora v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2225

### Western District of Missouri

*John Webster, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1035
*James Warner v. Merck & Co., Inc.*, C.A. No. 4:05-1232

### Southern District of New York

*Jose Rivera, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-9383

### Western District of New York

*James W. Reid, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6621
*David G. Marc T. Malkiewicz, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6622
*Peter Boiano, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6623

Schedule of Matters for Hearing Session, Section B                    p. 24
Las Vegas, Nevada


MDL-1657 (Continued)


### Western District of New York (Continued)

*Mattie Hunt, et al., v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6624
*Walter Brewer, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6625
*John Monte, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6626
*Armeda Bamford, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6627
*Shirley Hyche, et. al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6628
*Delanese Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6629
*Joseph Avolio, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6630
*Pastoria Bailey, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6631
*Michael Astrella, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6632
*Charles Bagley, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6633
*Lester E. Arnold, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6634
*Brian Miskho, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6635
*Eusebio Aponte, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6636
*Marilyn J. Chase, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6637
*Sophie Bissel, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6638
*Catherine Flint, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6640
*Leon Greck, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6641
*Gerard L. Cook, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6642
*George Longley, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6643
*James J. Quadd, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6644
*Carolyn Reed, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6645
*Donald Becker, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6646
*Joseph Benedict, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6647
*Luise Bernard, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6648
*Betty Brown, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6649
*Marie Brown, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6650
*Mary Cannon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6651
*Marilyn Chase, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6652
*Jeanette Connors, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6653
*Wanda Bickel, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6654
*Maryanne Lopiccolo, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6655
*Marcella Kordasiewicz, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6656
*Paul Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6657
*Angelo Disalvo, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6658

Schedule of Matters for Hearing Session, Section B                    p. 25
Las Vegas, Nevada

MDL-1657 (Continued)

### Western District of New York (Continued)

*Lucille Harris, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6659
*Marian Corey, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6660
*Anna Daluiso, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6661
*Jerome Anthon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6662
*Kenneth S. Critten, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6663
*Sweetie Davis, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6664
*Mary Ellen Weitzsacker, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6665
*Raymond Barbato, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6666
*Isabelle C. Bryant, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6667
*William Robinson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6668
*Gary T. Bielak, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6669
*James J. Donohue, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6670
*Cindy Czekalski, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6671
*Jennie D'Amore, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6672
*Catherine Davis, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6673
*Syrrita Blackmon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6676
*Elton Wilson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6677
*William Clark, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6678
*Concetta Arena, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6679
*George Cipressi, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6680
*Ronald Gallipeau, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6681

### Northern District of Ohio

*William Jeffries, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-2547

### Eastern District of Tennessee

*James E. Queen, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-306

### Middle District of Tennessee

*Ruth Faulkner, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-1006

MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
           Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Louisiana in MDL-1657 and to the United States
District Court for the Northern District of California in MDL-1699:

### Eastern District of California

*Barbara Hacker v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2193
*Christopher Leeson v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2240

### Western District of Kentucky

*Rhoda Overstreet v. Merck & Co., Inc., et al.*, C.A. No. 3:05-561
*Randall R. Jackson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-562
*Bonnie Mullins, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-577
*Ernest D. Weber, Jr., et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-623
*Robert Manley, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-656
*Harold Thomas, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-669
*Joan O'Bryan, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-681
*Doyle A. Coen, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-682
*Johnnie Anderson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-685
*Galen Noe, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-700
*Cathy Groce Stearns, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-710
*Natella Kaye Cox v. Merck & Co., Inc., et al.*, C.A. No. 3:05-716
*Robert Sampson v. Merck & Co., Inc., et al.*, C.A. No. 3:05-722
*Douglas Adams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-723

### Eastern District of Missouri

*Lonnie Case v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1562
*Jessie Abbott v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1563
*Bertha Armstead v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1564
*Berlin Jenkerson v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1565
*David Wagner v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1590
*John Kaczmarczyk v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1592
*Jerry M. Dance v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1666

MDL-1657 and MDL-1699 (Continued)

### Eastern District of Missouri (Continued)

*Doris Crenshaw v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1669
*Jeanette Lasky v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1741
*Francesca A. Salmieri v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1744
*Vincent Calamia v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1746
*Thomas Kasper v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1747
*Bernadean Acreman v. Merck & Co., Inc, et al.*, C.A. No. 4:05-1748
*Josephine Tourville v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1750
*Jacqueline M. Lawrence v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1751
*Adele Anthon v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1752
*James B. Elgin, Jr. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1753
*Richard Menzel v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1755
*Marcy A. West v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1756
*Hilda L. Tucker v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1757
*Arzie Stephens v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1758
*Shirley Adams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1947
*Marie Nobles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2040
*Bernadette Dryer, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2043
*Jean Davis, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2076

### MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of California:

### District of Kansas

*Doris Storlien, etc. v. Joel Weigand, M.D., et al.*, C.A. No. 6:05-1283

### Eastern District of Kentucky

*Teresa Duff, et al. v. Pfizer, Inc., et al.*, C.A. No. 6:05-602

Schedule of Matters for Hearing Session, Section B                    p. 28
Las Vegas, Nevada

MDL-1699 (Continued)

### Western District of Kentucky

*Barry Jewell, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-182
*Anna Matthews, et al. v. Pfizer, Inc.*, C.A. No. 3:05-701
*William Johnson, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-702
*Joseph Ruble v. Pfizer, Inc.*, C.A. No. 3:05-703
*Aileen Arnett, et al. v. Pfizer, Inc.*, C.A. No. 3:05-704
*Janet Knowland, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-705
*Christen Summers, et al. v. Pfizer Inc., et al.*, C.A. No. 3:05-706
*Edna Messinger, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-708
*Clyde H. Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-709

### Eastern District of Missouri

*Edward Spinaio v. G.D. Searle, LLC, et al.*, C.A. No. 4:05-1886
*Bruce Williams v. Pfizer Inc., et al.*, C.A. No. 4:05-1962
*Loretta Henke v. Monsanto Co., et al.*, C.A. No. 4:05-2095
*Fay D. Finley v. Monsanto Co., et al.*, C.A. No. 4:05-2098
*Marilyn Mattick v. Monsanto Co., et al.*, C.A. No. 4:05-2099
*Dale Lewis-Lockett v. Monsanto Co., et al.*, C.A. No. 4:05-2100
*Ervin L. Meek v. Monsanto Co., et al.*, C.A. No. 4:05-2101
*Erma Strange v. Monsanto Co., et al.*, C.A. No. 4:05-2164

### Southern District of Mississippi

*Diane Odom, etc. v. Pharmacia Corp., et al.*, C.A. No. 2:05-2170

### Eastern District of Texas

*George Carey, et al. v. Pfizer Inc., et al.*, C.A. No. 6:05-342

### Southern District of Texas

*Betty Cruz, et al. v. Pfizer Inc., et al.*, C.A. No. 2:05-568

Schedule of Matters for Hearing Session, Section B                    p. 29
Las Vegas, Nevada


MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation

Oppositions of plaintiffs Joan Goldstein, et al.; John Clarke; Janice Jones, etc.; and Lucy Linda Caldwell, et al., to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Southern District of Florida

*Joan Goldstein, et al. v. Guidant Corp., et al.*, C.A. No. 9:05-81051

Eastern District of New York

*John Clarke v. Intermedics, Inc., et al.*, C.A. No. 2:05-4927

Eastern District of Tennessee

*Janice Jones, etc. v. Guidant Corp., et al.*, C.A. No. 2:05-268

Western District of Texas

*Lucy Linda Caldwell, et al. v. Guidant Corp., et al.*, C.A. No. 5:05-1144


MDL-1712 -- In re American Investors Life Insurance Co. Annuity Marketing and Sales
                    Practices Litigation

Opposition of plaintiffs Bernard McCormack and Marie N. Sweeney to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

*Bernard McCormack v. American Equity Investment Life Insurance Co., et al.*,
    C.A. No. 2:05-6735

Southern District of California

*Marie N. Sweeney v. National Western Life Insurance Co.*, C.A. No. 3:05-1018

Schedule of Matters for Hearing Session, Section B                    p. 30
Las Vegas, Nevada


MDL-1717 -- In re Intel Corp. Microprocessor Antitrust Litigation

    Opposition of plaintiff Marvin D. Chance, Jr., to transfer of the following action to the United States District Court for the District of Delaware:


      District of Kansas

    *Marvin D. Chance, Jr. v. Intel Corp., et al.*, C.A. No. 6:05-1303


MDL-1720 -- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

    Motion of defendants Visa U.S.A. Inc., and MasterCard International Inc., for transfer of the following actions to the United States District Court for the Eastern District of New York:


      Southern District of New York

    *47 West 55th Rest. Inc. v. Visa U.S.A. Inc., et al.*, C.A. No. 7:05-8057
    *Jax Dux & Bux, LLC v. Visa U.S.A. Inc., et al.*, C.A. No. 7:05-8058
    *Michael Cetta, Inc. v. Visa U.S.A. Inc., et al.*, C.A. No. 7:05-8060
    *Payless ShoeSource, Inc. v. Visa U.S.A. Inc., et al.*, C.A. No. 7:05-9245

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel.  Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See</u> <u>generally</u> <u>In re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such  statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

    (i)     the dispositive issue(s) have been authoritatively decided; or
    (ii)    the facts and legal arguments are adequately presented in the briefs and record,
            and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party.  If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.