MDL DOCKET NO. <u>1750</u>

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **MARCH 13, 2006**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 29 2006

FILED
CLERK'S OFFICE

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

__X__   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| | | |
|---|---|---|
| 3/3/2006 | Jeffrey S. Jacobson | |
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

Party Represented:  Sony BMG Music Entertainment

See Attached Schedule of Actions

Name and Address of Attorney Designated to Present Oral Argument:

Jeffrey S. Jacobson
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

Telephone No.: <u> (212) 909-6479 </u>

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

IMAGED MAR 30 2006

**BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE SONY BMG AUDIO        )      **MDL Docket No. 1750**
COMPACT DISC LITIGATION     )

## <u>SCHEDULE OF ACTIONS</u>

<u>Central District of California</u>

*Jeffrey T. Ponting, et al. v. Sony BMG Music Entertainment, LLC, et al.*, C.A. No. 2:05-8472

<u>Southern District of Florida (Miami)</u>

*Keile Allen v. Sony BMG Music Entertainment*, C.A. No. 1:05-23306

<u>District of New Mexico</u>

*Chad Black v. Sony BMG Music Entertainment, et al.*, C.A. No. 1:05-1315

<u>Southern District of New York</u>

*In re Sony BMG CD Technologies Litigation*, C.A. No. 1:05-9575

*Dora Rivas v. Sony BMG Music Entertainment*, C.A. No. 1:05-9598

*Jeffrey Potter v. Sony BMG Music Entertainment*, C.A. No. 1:05-9607

*Andrew Klewan, et al. v. Arista Holdings, Inc.*, C.A. No. 1:05-9609

*Tom Ricciuti, et al. v. Sony BMG Music Entertainment, et al.*, C.A. No. 1:05-10190

*John Maletta v. Sony BMG Music Entertainment Corp., et al.*, C.A. No. 1:05-10637

*Darren DeMarco v. Sony BMG Music, et al.*, C.A. No. 1:05-10825

*Laura Klemm v. Sony BMG Music Entertainment, et al.*, C.A. No. 1:06-0553

*Erin Melcon v. Sony BMG Music Entertainment, et al.*, C.A. No. 1:06-1620

22142534v1

MDL DOCKET NO. 1750

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN MARCH 13, 2006
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

MAR 29 2006

FILED
CLERK'S OFFICE

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
        the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

            Except for leave of the Panel on a showing of good cause, only those parties to actions
            scheduled for oral argument who have filed a motion or written response to a motion or order
            shall be permitted to appear before the Panel and present oral argument.

            Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
            argument for the purpose of selecting a spokesperson to avoid duplication during oral
            argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
        pursuant to Rule 16.1(d).

  X     This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
        OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
        designated attorney shall present oral argument at the Panel hearing session on behalf of the
        designated party/parties pursuant to Rule 16.1(d).

| 03/07/06 | Jeff D. Friedman | J.M D. Friedman by SES. |
|----------|------------------|-------------------------|
| Date     | Name             | Authorized Signature    |

Party/Parties Represented, District(s) & Civil Action Number(s) (list even if waiving):

Erin Melcon, Case No. 3:05-cv-05084-MHP (N.D. Cal.)
Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher, Case No. 1:05-cv-10190-NBR (S.D.N.Y)

Name and Address of Attorney Designated to Present Oral Argument:

   Jeff D. Friedman
   Lerach Coughlin Stoia Geller Rudman & Robbins LLP
   100 Pine Street, Suite 2600
   San Francisco, CA  94111

Telephone No.: (415) 288-4545

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

<u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a residents of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.      That on March 7, 2006, declarant served the NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of March, 2006, at San Francisco, California.

_____
MARZENA PONIATOWSKA

SONY NY (MDL)

Service List - 3/7/2006     (05-0236)

Page 1 of 4

**Counsel For Defendant(s)**

Jeffrey S. Jacobson
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
  212/909-6000
  212/909-6836 (Fax)

Andrew C. DeVore
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036
  212/790-4500
  212/790-4545 (Fax)

Leonard T. Nuara
Thacher Proffitt & Wood LLP
25 DeForest Avenue
Summit, NJ 07901
  908/598-5700
  908/598-5710 (Fax)

Irving Scher
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
  212/310-8000
  212/310-8007 (Fax)

**Counsel For Plaintiff(s)**

Daniel Lynch
Cirignani Heller Harman & Lynch
150 South Wacker Drive, Suite 2600
Chicago, IL 60606
  312/346-8700
  312/346-5180 (Fax)

Cindy Cohn
Fred von Lohmann
Kurt Opsahl
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
  415/436-9333
  415/436-9993 (Fax)

Daniel C. Girard
Jonathan K. Levine
Elizabeth C. Pritzker
Girard Gibbs & De Bartolomeo LLP
601 California Street, Suite 1400
San Francisco, CA 94108
  415/981-4800
  415/981-4846 (Fax)

Robert S. Green
Jenelle Welling
Avin P. Sharma
Green Welling LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
  415/477-6700
  415/477-6710 (Fax)

SONY NY (MDL)

Service List - 3/7/2006        (05-0236)

Page 2 of  4

Scott A. Kamber
Kamber & Associates, LLC
19 Fulton Street, Suite 400
New York, NY  10038
   212/571-2000
   212/202-6364 (Fax)


Michael L. Kelly
Kirtland & Packard, LLP
2361 Rosecrans Blvd., 4th Floor
El Segundo, CA  90245-4923
   310/552-9700
   310/552-0957 (Fax)


Lawrence E. Feldman
Lawrence E. Feldman & Associates
432 Tulpehocken Avenue
Elkins Park, PA  19207
   215/885-3302
   215/885-3303 (Fax)


Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)


Ira M. Press
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY  10022
   212/371-6600
   212/751-2540 (Fax)


Michael D. Halbfish
Law Offices of Michael D. Halbfish
245 Main Street
Woodbridge, NJ  07095
   732/636-4900
   732/636-0573 (Fax)


Samuel H. Rudman
Robert M. Rothman
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)


Stan S. Mallison
Mallison & Martinez
1042 Brown Avenue, Suite A
Lafayette, CA  94549
   925/283-3842
   925/283-3426 (Fax)

SONY NY (MDL)

Service List - 3/7/2006     (05-0236)

Page 3 of 4

Sanford P. Dumain
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
  212/594-5300
  212/868-1229 (Fax)


David  Nester
Nester & Constance Law Firm
123 West Washington Stree
Belleville, IL  62220
  618/234-440
  618/234-6193 (Fax)


Stephen  Raff
Raff & Raff LLP
30 Church Street
Paterson, NJ  07505
  973/742-1917
  973/742-2454 (Fax)


Robert I. Lax
Robert I. Lax & Associates
535 Fifth Avenue, 21st Floor
New York, NY  10017
  212/818-9150
  212/682-9040 (Fax)


Ira P. Rothken
The Rothken Law Firm
1050 Northgate Drive, Suite 520
San Rafael, CA  94903
  415/924-4250
  415/924-2905 (Fax)


Philip A. Tortoreti
Tortoreti Tomes & Callahan
150 Tices Lane
East Brunswick, NJ  08816
  732/257-9100
  732/257-9012 (Fax)


Robert I. Harwood
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
  212/935-7400
  212/753-3630 (Fax)


Lynne M. Kizis
Wilentz, Goldman & Spitzer, PA
90 Woodbridge Center Drive
Woodbridge, NJ  07095
  732/636-8000
  732/855-6117 (Fax)

SONY NY (MDL)

Service List - 3/7/2006     (05-0236)

Page 4 of  4

**Courtesy Copy**

Jason L. Solotaroff
Giskan & Solotaroff
207 West 25th Street, 4th Floor
New York, NY  10001
   212/847-8315
   212/473-8096 (Fax)

Jeffrey  Harris
Rubin, Winston, Diercks, Harris & Cooke, L.L.P.
1155 Connecticut Avenue, N.W.
Suite 600
Washington, DC  20036
   202/861-0870
   202/429-0657 (Fax)


Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY  10007
   212/805-0202

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102
   415/522-2000

MDL DOCKET NO. 1750

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **MARCH 13, 2006**

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 9 2006

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
        the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

        Except for leave of the Panel on a showing of good cause, only those parties to actions
        scheduled for oral argument who have filed a motion or written response to a motion or order
        shall be permitted to appear before the Panel and present oral argument.

        Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
        argument for the purpose of selecting a spokesperson to avoid duplication during oral
        argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
        pursuant to Rule 16.1(d).

XX
_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
        OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
        designated attorney shall present oral argument at the Panel hearing session on behalf of the
        designated party/parties pursuant to Rule 16.1(d).

| 03/09/2006 | Andrew C. DeVore | _(signature)_ |
| --- | --- | --- |
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

      Parties Represented:      SunnComm International Inc.
                                MediaMax Technology Corp.

      Actions:                  DeMarco v. Sony BMG Music and SunnComm
                                Technologies, Inc., et al., N.D.N.J.
                                No. 05-5485 (WHW)

Name and Address of Attorney Designated to Present Oral Argument:

      Andrew C. DeVore
      Manatt Phelps & Phillips LLP
      7 Times Square
      New York, NY  10036

Telephone No.: (212) 790-4500

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*
                                                              JPML Form 9 (4/01)

**BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE SONY BMG AUDIO      )      MDL Docket No. 1750
COMPACT DISC LITIGATION   )

## <u>CERTIFICATE OF SERVICE</u>

Vivian Rose, being duly sworn, deposes and says:  I am not a party to the action, am over

18 years of age and reside in New York, New York.  On March 10, 2006, I caused to be served a

copy of the annexed Notice of Presentation or Waiver of Oral Argument via first-class U.S. Mail

delivery upon the attorneys listed in the attached Panel Attorney Service List at the addresses set

forth therein.

                                                         VIVIAN ROSE

Sworn to before me this
___9th___ day of _March_ , 2006.

_____
Notary Public

SHARON A. BYRNE
Notary Public, State of New York
No. 01BY6028787
Qualified In Richmond County
Term Expires August 2, 2009

80358253.1

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1750 - In re Sony BMG Audio Compact Disc Litigation

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
   \* Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 1750 - Sony BMG Audio Compact Disc Litigation
   For Open Cases

Docket: 1750 - In re Sony BMG Audio Compact Disc Litigation
Status: Pending on / /
Transferee District:          Judge:                                                    Printed on 01/09/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Devore, Andrew C.<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036 | —> Sunncomm Technologies, Inc. |
| Friedman, Jeff<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 | => Ricciuti, Tom*; Ricciuti, Yvonne*; Schumacher, Mary* |
| Green, Robert S<br>Green Welling, LLP<br>595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 | => Melcon, Erin |
| Harwood, Robert I.<br>Wechsler Harwood, LLP<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022-5726 | => Maletta, John* |
| Jacobson, Jeffrey S.<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022 | —> Arista Holdings, Inc. dba Sony BMG Music Entertainment, Sony BMG Music Entertainment*; Sony BMG Music, Inc.; Sony Corp. of America |
| Kamber, Scott Adam<br>Kamber & Associates, LLC<br>19 Fulton Street, Suite 400<br>New York, NY 10038 | => Edelstein, Ori; Michaelson, James |
| Kizis, Lynne M.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Woodbridge, NY 07092 | => DeMarco, Darren |
| Koluncich, III, Nicholas<br>Law Offices Of Nicholas Koluncich, III<br>6609 4th Street, N.W.<br>Suite J. - No. 136<br>Albuquerque, NM 87107 | => Black, Chad |
| Linde, Douglas A.<br>Linde Law Firm<br>2029 Century Park East<br>Suite #1360<br>Los Angeles, CA 90067 | => Linde, Daniel D.; Ponting, Jeffrey T. |
| Nuara, Leonard T<br>Thacher, Proffitt & Wood<br>25 DeForest Avenue<br>Summit, NJ 07901 | => First 4 Internet |
| Press, Ira M.<br>Kirby, McInerney & Squire, L.L.P. | => Potter, Jeffrey |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 830 Third Avenue<br>10th Floor<br>New York, NY 10022 | - |
| Pritzker, Elizabeth C.<br>Girard, Gibbs & De Bartolomeo L.L.P.<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | => Rivas, Dora* |
| Rothken, Ira P<br>Rothken Law Firm<br>1050 Northgate Drive<br>Suite 520<br>San Rafael, CA 94903 | => Klemm, Laura* |
| Scher, Irving<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | => Bertelsmann, Inc.* |
| Solotaroff, Jason<br>Giskan & Solotaroff<br>207 West 25th Street, 4th Floor<br>New York, NY 10001 | => Klewan, Andrew; Springer, James |

Note: Please refer to the report title page for complete report scope and key.

MDL DOCKET NO. __1750__

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **MARCH 13, 2006**

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 9 2006

FILED
CLERK'S OFFICE

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
        the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

        Except for leave of the Panel on a showing of good cause, only those parties to actions
        scheduled for oral argument who have filed a motion or written response to a motion or order
        shall be permitted to appear before the Panel and present oral argument.

        Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
        argument for the purpose of selecting a spokesperson to avoid duplication during oral
        argument.

__X__   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
        pursuant to Rule 16.1(d).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
        OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
        designated attorney shall present oral argument at the Panel hearing session on behalf of the
        designated party/parties pursuant to Rule 16.1(d).

3-13-06                   Jennifer Sarnelli
Date                      Name                              Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

Darren DeMarco v. Sony BMG Music, et al
C.A. No. 1:05-10825

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2006 MAR 14  A 11: 52

RECEIVED
CLERK'S OFFICE

Name and Address of Attorney Designated to Present Oral Argument:

Telephone No.: (732) 855-6446

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

# BEFORE THE JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

In re:                                          )                MDL Docket No. 1750
                                                )
                                                )
IN RE SONY BMG AUDIO                            )
COMPACT DISC LITIGATION                         )
                                                )
_____        )

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and correct copy of NOTICE OF

PRESENTATION OR WAIVER OF ORAL ARGUMENT on behalf of Plaintiff, Darren

DeMarco, upon the following counsel of record, on the attached Service List, by placing a copy

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2006 MAR 14  A 11: 52

RECEIVED
CLERK'S OFFICE

of same in the United States Mail, properly addressed and postage prepaid, via first class mail,

on this 13th day of March, 2006.

    /s/   Jennifer Sarnelli
Jennifer Sarnelli
WILENTZ GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095
Telephone:  (732) 636-8000
Facsimile:  (732) 726-6686

Philip A. Tortoreti, Esq.
TORTORETI, TOMES & CALLAHAN
A Professional Corporation
150 Tices Lane
East Brunswick, NJ 08816
(732) 257-9100

Stephen Raff, Esq.
Michael Raff, Esq.
RAFF & RAFF, LLP
30 Church Street
Paterson, NJ 07505
(973) 742-1917

Michael D. Halbfish, Esq.
LAW OFFICES OF MICHAEL D. HALBFISH
245 Main Street
Woodbridge, NJ 07095
(732) 636-4900

Attorneys for Plaintiff
**Counsel for Plaintiff Darren DeMarco
and All Others Similarly Situated**

## SERVICE LIST

*In re: Sony BMG Audio Compact Disc Litigation*
<u>MDL Docket No. 1750</u>

| | |
|---|---|
| Jeff Friedman<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff* | Andrew C. Devore<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036<br>*Attorneys for Defendant* |
| Robert S. Green<br>Green Welling, LLP<br>595 Market St., Suite 2750<br>San Francisco, CA 94105<br>*Attorneys for Plaintiff* | John B. Harwood<br>McKinnon & Harwood<br>1168 Newport Avenue<br>Pawtucket, RI 02861<br>*Attorneys for Plaintiff* |
| Robert I. Harwood<br>Wechsler Harwood, LLP<br>488 Madison Avenue, 8th floor<br>New York, NY 10022-5726<br>*Attorneys for Plaintiff* | Jeffrey S. Jacobson<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022<br>*Attorneys for Defendant* |
| Scott Adam Kamber<br>Kamber & Assoc., LLC<br>19 Fulton St., Suite 400<br>New York, NY 10038<br>*Attorneys for Plaintiff* | Nicholas Koluncich, III<br>Law Offices of Nicholas Koluncich, III<br>6609 4th St., NW<br>Suite J – NO. 136<br>Albuquerque, NM 87107<br>*Attorneys for Plaintiff* |
| Douglas A. Linde<br>Linde Law Firm<br>2029 Century Park East, Suite 1360<br>Los Angeles, CA 90067<br>*Attorneys for Plaintiff* | Leonard T. Nuara<br>Thacher, Proffitt & Wood<br>25 DeForest Avenue<br>Summit, NJ 07901<br>*Attorneys for Plaintiff* |
| Ira M. Press<br>Kirby, McInerney & Squire, LLP<br>830 Third Avenue, 10th floor<br>New York, NY 10022<br>*Attorneys for Plaintiff* | Elizabeth C. Pritzker<br>Girard, Gibbs & De Bartolomeo, LLP<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>*Attorneys for Plaintiff* |
| Ira P. Rothken<br>Rothken Law Firm<br>1050 Northgate Dr., Suite 520<br>San Rafael, CA 94903<br>*Attorneys for Plaintiff* | Irving Scher<br>Weil, Gotschal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorneys for Plaintiff* |

Jason Solotaroff
Giskan & Solotaroff
207 West 25th Street, 4th Floor
New York, NY 10001
*Attorneys for Plaintiff*

**Judicial Panel on Multidistrict Litigation** — **Panel Attorney Service List**

Docket: 1750 - In re Sony BMG Audio Compact Disc Litigation

Status: Pending on  / /

Transferee District:          Judge:

Printed on 01/09/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Devore, Andrew C.<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036 | => Sunncomm Technologies, Inc. |
| Friedman, Jeff<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 | => Ricciuti, Tom*; Ricciuti, Yvonne*; Schumacher, Mary* |
| Green, Robert S.<br>Green Welling, LLP<br>595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 | => Melcon, Erin |
| Harwood, Robert I.<br>Wechsler Harwood, LLP<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022-5726 | => Maletta, John* |
| Jacobson, Jeffrey S.<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022 | => Arista Holdings, Inc. dba Sony BMG Music Entertainment; Sony BMG Music Entertainment*; Sony BMG Music, Inc.; Sony Corp. of America |
| Kamber, Scott Adam<br>Kamber & Associates, LLC<br>19 Fulton Street, Suite 400<br>New York, NY 10038 | => Edelstein, Ori; Michaelson, James |
| Kizis, Lynne M.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Woodbridge, NY 07092 | => DeMarco, Darren |
| Koluncich, III, Nicholas<br>Law Offices Of Nicholas Koluncich, III<br>6609 4th Street, N.W.<br>Suite J. - No. 136<br>Albuquerque, NM 87107 | => Black, Chad |
| Linde, Douglas A.<br>Linde Law Firm<br>2029 Century Park East<br>Suite #1360<br>Los Angeles, CA 90067 | => Linde, Daniel D.; Ponting, Jeffrey T. |
| Nuara, Leonard T.<br>Thacher, Proffitt & Wood<br>25 DeForest Avenue<br>Summit, NJ 07901 | => First 4 Internet |
| Press, Ira M.<br>Kirby, McInerney & Squire, L.L.P. | => Potter, Jeffrey |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 830 Third Avenue<br>10th Floor<br>New York, NY 10022 | |
| Pritzker, Elizabeth C.<br>Girard, Gibbs & De Bartolomeo L.L.P.<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | => Rivas, Dora* |
| Rothken, Ira P.<br>Rothken Law Firm<br>1050 Northgate Drive<br>Suite 520<br>San Rafael, CA 94903 | => Klemm, Laura* |
| Scher, Irving<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | => Bertelsmann, Inc.* |
| Solotaroff, Jason<br>Giskan & Solotaroff<br>207 West 25th Street, 4th Floor<br>New York, NY 10001 | => Klewan, Andrew; Springer, James |

Note: Please refer to the report title page for complete report scope and key.

MDL DOCKET NO. 1750

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **MARCH 13, 2006**

TO:    Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 9 2006

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

      Except for leave of the Panel on a showing of good cause, only those parties to actions
      scheduled for oral argument who have filed a motion or written response to a motion or order
      shall be permitted to appear before the Panel and present oral argument.

      Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
      argument for the purpose of selecting a spokesperson to avoid duplication during oral
      argument.

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.1(d).

xxx      This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing session on behalf of the
designated party/parties pursuant to Rule 16.1(d).

| 3/6/06 | Daniel C. Girard | _(signature)_ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

      Co-Lead Counsel for the Certified Class
      In re SONY BMG CD TECHNOLOGIES LITIGATION
      S.D.N.Y. Case No. 1:05-cv-09575-NRB

Name and Address of Attorney Designated to Present Oral Argument:

      Daniel C. Girard
      GIRARD GIBBS & De BARTOLOMEO LLP
      601 California St., Suite 1400
      San Francisco, CA  94108

Telephone No.:  (415) 981-4800

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE SONY BMG AUDIO COMPACT DISC LITIGATION | ) MDL Docket No. 1750 ) ) ) |

## CERTIFICATE OF SERVICE

**GIRARD GIBBS**
**& De BARTOLOMEO LLP**
Daniel C. Girard
Elizabeth C. Pritzker
Aaron M. Sheanin
601 California Street, Suite 1400
San Francisco, California  94108
Telephone:  (415) 981-4800

**KAMBER & ASSOCIATES LLC**
Scott A. Kamber
19 Fulton Street, Suite 400
New York, New York 10038
Telephone: (212) 571-2000

*Class Counsel*
*In re SONY BMG CD Technologies Litigation*

# CERTIFICATE OF SERVICE

I, Zackary M. Lyons, hereby declare as follows:

I am employed by Girard Gibbs & De Bartolomeo, A Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108.  I am over the age of eighteen years and am not a party to this action.  On March 8, 2006, I served the attached document:

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

on:

## SEE ATTACHED SERVICE LIST

__X__   by placing the document(s) listed above for collection and mailing them following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

I also certify and declare that I caused the above document to be delivered by the same means to the clerks of the following courts affected by the Motion for Transfer and Consolidation:

Clerk of the Court
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 North Spring Street, Room G-8
Los Angeles, California  90012

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue, 16th Floor
San Francisco, California  94102

Clerk of the Court
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
333 Lomas Boulevard N.W.
Albuquerque, New Mexico  87102

Clerk of the Court
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York  10007

Clerk of the Court
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
50 Walnut Street, Room 4015
Newark, New Jersey  07101

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, executed March 8, 2006, at San Francisco, California.

_____
Zackary M. Lyons

CERTIFICATE OF SERVICE
MDL No. 1750

. **Judicial Panel on Multidistrict Litigation**   **Panel Attorney Service List**

Docket:  1750 - In re Sony BMG Audio Compact Disc Litigation

Status:  Pending on  / /

Transferee District:         Judge:                                              Printed on 01/09/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Devore, Andrew C.<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036 | => Sunncomm Technologies, Inc. |
| Friedman, Jeff<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 | => Ricciuti, Tom*; Ricciuti, Yvonne*; Schumacher, Mary* |
| Green, Robert S.<br>Green Welling, LLP<br>595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 | => Melcon, Erin |
| Harwood, Robert I.<br>Wechsler Harwood, LLP<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022-5726 | => Maletta, John* |
| Jacobson, Jeffrey S.<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022 | => Arista Holdings, Inc. dba Sony BMG Music Entertainment; Sony BMG Music Entertainment*; Sony BMG Music, Inc.; Sony Corp. of America |
| Kamber, Scott Adam<br>Kamber & Associates, LLC<br>19 Fulton Street, Suite 400<br>New York, NY 10038 | => Edelstein, Ori; Michaelson, James |
| Kizis, Lynne M.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Woodbridge, NY 07092 | => DeMarco, Darren |
| Koluncich, III, Nicholas<br>Law Offices Of Nicholas Koluncich, III<br>6609 4th Street, N.W.<br>Suite J. - No. 136<br>Albuquerque, NM 87107 | => Black, Chad |
| Linde, Douglas A.<br>Linde Law Firm<br>2029 Century Park East<br>Suite #1360<br>Los Angeles, CA 90067 | => Linde, Daniel D.; Ponting, Jeffrey T. |
| Nuara, Leonard T.<br>Thacher, Proffitt & Wood<br>25 DeForest Avenue<br>Summit, NJ 07901 | => First 4 Internet |
| Press, Ira M.<br>Kirby, McInerney & Squire, L.L.P. | => Potter, Jeffrey |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,750 Continu

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 830 Third Avenue<br>10th Floor<br>New York, NY 10022 | |
| Pritzker, Elizabeth C.<br>Girard, Gibbs & De Bartolomeo L.L.P.<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | => Rivas, Dora* |
| Rothken, Ira P.<br>Rothken Law Firm<br>1050 Northgate Drive<br>Suite 520<br>San Rafael, CA 94903 | => Klemm, Laura* |
| Scher, Irving<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | => Bertelsmann, Inc.* |
| Solotaroff, Jason<br>Giskan & Solotaroff<br>207 West 25th Street, 4th Floor<br>New York, NY 10001 | => Klewan, Andrew; Springer, James |

Note: Please refer to the report title page for complete report scope and key.

MDL DOCKET NO. <u>1750</u>

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN <u>MARCH 13, 2006</u>

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 29 2006

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall **PRESENT ORAL ARGUMENT** at
the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions
scheduled for oral argument who have filed a motion or written response to a motion or order
shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
argument for the purpose of selecting a spokesperson to avoid duplication during oral
argument.

_____   This is to give notice that the party/parties noted hereafter will **WAIVE ORAL ARGUMENT**
pursuant to Rule 16.1(d).

__X__   This is to give notice that the party/parties noted hereafter will **WAIVE ORAL ARGUMENT IF ALL
OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT**; otherwise the following
designated attorney shall present oral argument at the Panel hearing session on behalf of the
designated party/parties.pursuant to Rule 16.1(d).

| 03/06/2006 | Jeff D. Friedman | |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

Erin Melcon, Case No. 3:05-cv-05084-MHP (N.D. Cal.)
Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher, Case No. 1:05-cv-10190-NBR (S.D.N.Y)

Name and Address of Attorney Designated to Present Oral Argument:

   Jeff D. Friedman
   Lerach Coughlin Stoia Geller Rudman & Robbins LLP
   100 Pine Street, Suite 2600
   San Francisco, CA  94111

Telephone No.: (415) 288-4545

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

MDL DOCKET NO. 1750

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **MARCH 13, 2006**

TO:  Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 9 2006

FILED
CLERK'S OFFICE

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

Ň This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 3-6-06 | Nicholas Koluncich | Mnl Mnf |
|--------|--------------------|---------|
| Date   | Name               | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving):**

Attorney for Chad Black; in
Chad Black v Sony BMG Music Entertainment, et. al. CA. No. 1:05-1315

Name and Address of Attorney Designated to Present Oral Argument:

Ň

Telephone No.: _____ 505-866-5140

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*
JPML Form 9 (4/01)

**BEFORE THE**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE SONY BMG AUDIO** | ) | **MDL Docket No. 1750** |
| **COMPACT DISC LITIGATION** | ) | |

**PLAINTIFF CHAD BLACK'S PROOF OF SERVICE**

I hereby certify that, on this 23 day of March, 2006, a copy of the foregoing:

**NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT**

was served upon the following via US mail:

**CENTRAL DISTRICT OF CALIFORNIA**
*Ponting, Daniel D. Linde, on behalf of themselves and all others similarly situated v. Sony BMG*
*Music Entertainment, LLC, First4Internet, Ltd., Does 1 through 20.*

**Counsel for Plaintiffs:**
Douglas A. Linde
Erica L. Allen
**THE LINDE LAW FIRM**
2029 Century Park East, #1360
Los Angeles, CA 90067
TEL (310) 203-9555
FAX (310) 652-9555

**Counsel for Defendant First4Internet, Ltd.:**
Leonard T. Nuara
**THACHER, PROFFITT & WOOD**
25 DeForest Avenue
Summit, New Jersey 07901

1

TEL (908) 598-5777
FAX (866) 805-3954

## NORTHERN DISTRICT OF CALIFORNIA
*Laura Klemm, on behalf of herself and all others similarly situated v. Sony BMG Music entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

### Counsel for Plaintiffs:
Ira P. Rothken
**ROTHKEN LAW FIRM**
1050 Northgate Drive
Suite 520
San Rafael, CA 94903
TEL (415) 924-4250
FAX (415) 924-2905

Stan S. Mallison
Hector R. Martinez
**LAW OFFICES OF MALLISON & MARTINEZ**
1042 Brown Avenue
Suite A
Lafayette, CA 94549
TEL (925) 283-3842
FAX (925) 283-3426

### Counsel for Defendant Sony Corporation America:
Jefferey S. Jacobson
**DEBEVOISE & PLIMPTON, LLP**
919 Third Avenue
New York, NY 10022
TEL (212) 909-6000
FAX (212) 521-7479

### Defendant Bertelsmann, Inc.:
Jacqueline Chasey
Senior Vice President, Legal Affairs
**BERTELSMANN, INC.**
1540 Broadway
New York, NY 10036
TEL (212) 782-1140
FAX (212) 782-1042

*Erin Melcon, on behalf of herself and all others similarly situated v. Sony BMG Music Entertainment, Sony Corporation of America, Bertelsmann, Inc.*

2

**<u>Counsel for Plaintiffs</u>:**
Robert S. Green
Jenelle Welling
Avin P. Sharma
**GREEN WELLING, LLP**
529 Market Street
Suite 2750
San Francisco, CA 94105
TEL (415) 477-6700
FAX (415) 477-6710

Cindy Cohn
Fred Von Lohmann
Kurt Opsahl
Corynne McSherry
**ELECTRONIC FRONTIER FOUNDATION**
454 Shortwell Street
San Francisco, CA 94105
TEL (415) 436-9333
FAX (415) 436-9993

Reed R. Kathrein
Shana Scarlett
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP**
100 Pine Street, 26th Floor
San Francisco, CA 94111
TEL (415) 288-4545
FAX (415) 288-4534

Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpehocken Avenue
Elkins Park, PA 19027
TEL (215) 885-3302
FAX (215) 885-3303

**<u>Counsel for Defendant Sony Corporation America</u>:**
Jefferey S. Jacobson
**DEBEVOISE & PLIMPTON, LLP**
919 Third Avenue
New York, NY 10022
TEL (212) 909-6000
FAX (212) 521-7479

**Counsel for Defendant Bertelsmann, Inc.:**
Irving Scher
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
TEL (212) 310-8120
FAX (212) 310-8007

## SOUTHERN DISTRICT OF FLORIDA

*Keile Allen, an individual, on behalf of herself and all others similarly situated v. Sony BMG Music Entertainment, a Delaware Corporation*

**Counsel for Plaintiff:**
Lance A. Harke
Sarah Clasby Engel
**HARKE & CLASBY, LLP**
155 South Miami Avenue
Suite 600
Miami, Florida 33130
TEL  (305) 536-8220
FAX (305) 536-8229

## DISTRICT OF NEW MEXICO

*Chad Black, on Behalf of himself and all other similarly situated v. Sony BMG Music Entertainment, and Does 1 through 100.*

**Counsel for Plaintiff:**
Nicholas Koluncich III
**LAW OFFICES OF NICHOLAS KOLUNCICH III**
6804 Fourth Street, NW
Los Ranchos de Albua., NM 87107
TEL (505) 345-0605
FAX (505) 889-8242

## SOUTHERN DISTRICT OF NEW YORK

*Darren DeMarco, on behalf of himself and all others similarly situated v. Sony BMG Music, and SunnComm Technologies, Inc., and Does 1 – 300.*

Lynne M. Kizis
**WILENTZ, GOLDMAN & SPITZER**
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
TEL (732) 636-8000

4

Philip A. Tortoreti
**TORTORETI, TOMES & CALLAHAN**
150 Tices Lane
East Brunswick, NJ 08816
TEL (732) 257-9100

Stephen Raff
Michael Raff
**RAFF & RAFF, LLP**
30 Church Street
Paterson, NJ 07505
TEL (973) 742-1917

Michael Halbfish
**LAW OFFICES OF MICHAEL D. HALBFISH**
245 Main Street
Woodbridge, NJ 07095
TEL (732) 636-4900

**Counsel for Defendant SunnComm Technologies, Inc.:**
Andrew C. DeVore
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, NY 10036
TEL  (212) 790-4500
FAX (212) 790-4545

*Andrew Klewan and James Springer, individuals, on their own behalf and on behalf of all others
similarly situated v. Atrista Holdings Inc., doing business as Sony BMG Music Entertainment.*

**Counsel for Plaintiffs:**
Jason L. Solotaroff
**GISKAN & SOLOTAROFF**
207 West 25th Street
New York, NY 10001
TEL  (212) 847-8315
FAX (212) 473-8096

Daniel Lynch
**CIRIGNANI HELLER HARMAN & LYNCH**
150 S. Wacker Drive, #2600
Chicago, IL 60606
TEL (312) 346-8700
FAX (312) 896-5883

Ethan Preston
150 S. Wacker Drive, #2600

Chicago, IL 60606
TEL (312) 346-8700
FAX (312) 896-5883

*John Maletta, Individually and as Representative for all others similarly situated and the General
Public v. Sony BMG Music Entertainment Corp., Sony Corporation of America, and Bertlesmann,
Inc. and Does 1 through 100, Inclusive.*

**Counsel for Plaintiff John Maletta:**
Robert I. Harwood
Jeffrey M. Norton
**WECHSLER HARWOOD, LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
TEL  (212) 935-7400
FAX (212) 753-3630

**Counsel for Defendant Sony Corporation America:**
Jefferey S. Jacobson
**DEBEVOISE & PLIMPTON, LLP**
919 Third Avenue
New York, NY 10022
TEL (212) 909-6000
FAX (212) 521-7479

**Defendant Bertelsmann, Inc.:**
Jacqueline Chasey
Senior Vice President, Legal Affairs
**BERTELSMANN, INC.**
1540 Broadway
New York, NY 10036
TEL (212) 782-1140
FAX (212) 782-1042

*James Michaelson and Ori Edelstein v. Sony BMG Music, Inc. and First 4 Internet.*

**Counsel for Plaintiffs:**
Scott A. Kamber
**KAMBER & ASSOCIATES, LLC**
19 Fulton Street, Suite 400
New York, NY 10038
TEL (212) 571-2000

**Counsel for Defendant First4Internet, Ltd.:**
Leonard T. Nuara
**THACHER, PROFFITT & WOOD**
25 DeForest Avenue

6

Summit, New Jersey 07901
TEL (908) 598-5777
FAX (866) 805-3954

*Jeffrey Potter, individually and on behalf of all others similarly situated v. Sony BMG Music Entertainment, a Delaware General Partnership.*

**Counsel for Plaintiffs:**
Ira M. Press
Mark A. Strauss
**KIRBY McINERNEY & SQUIRE, LLP**
830 Third Avenue
New York, NY 10022
TEL (212) 317-2000
FAX (212) 751-2540

*Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher v. Sony BMG Music Entertainment, Sony Corporation of America, and Bertelsmann, Inc.*

**Counsel for Plaintiffs:**
Robert M. Rothman
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
TEL (631) 367-7100
FAX (631) 367-173

Robert S. Green
Jenelle Welling
Avin P. Sharma
**GREEN WELLING, LLP**
529 Market Street
Suite 2750
San Francisco, CA 94105
TEL (415) 477-6700
FAX (415) 477-6710

Cindy Cohn
Fred Von Lohmann
Kurt Opsahl
Corynne McSherry
**ELECTRONIC FRONTIER FOUNDATION**
454 Shortwell Street
San Francisco, CA 94105
TEL (415) 436-9333
FAX (415) 436-9993

Reed R. Kathrein
Jeffrey Friedman
Shana Scarlett
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP**
100 Pine Street, 26th Floor
San Francisco, CA 94111
TEL (415) 288-4545
FAX (415) 288-4534

Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpehocken Avenue
Elkins Park, PA 19027
TEL (215) 885-3302
FAX (215) 885-3303

**Counsel for Defendant Sony Corporation America:**
Jefferey S. Jacobson
**DEBEVOISE & PLIMPTON, LLP**
919 Third Avenue
New York, NY 10022
TEL (212) 909-6000
FAX (212) 521-7479

**Defendant Bertelsmann, Inc.:**
Jacqueline Chasey
Senior Vice President, Legal Affairs
**BERTELSMANN, INC.**
1540 Broadway
New York, NY 10036
TEL (212) 782-1140
FAX (212) 782-1042

*Dora Rivas individually and on behalf of all others similarly situated v. Sony BMG Music Entertainment.*

**Counsel for Plaintiffs:**
Sanford P. Dumain
Peter Safirstein
**MILBERG WEISS BERSHAD & SCHULMAN**
One Pennsylvania Avenue
New York, NY 10119-0165
TEL (212) 594-5300
FAX (212) 868-1229

Jonathan K. Levine

Eric H. Gibbs
Dylan Hughes
**GIRARD GIBBS & DeBARTOLOMEO, LLP**
602 California Street, Suite 1400
San Francisco, CA 94104
TEL (415) 981-4800
FAX (415) 981-4846

David Nester
**NESTER & CONSTANCE, P.C.**
123 West Washington Street
Belleville, IL 62220-2021
TEL (618) 234-4440
FAX (618) 234-6193

Robert I. Lax
**ROBERT I. LAX & ASSOCIATES**
535 Fifth Avenue, 21st Floor
New York, NY 10017
TEL (212) 818-9150
FAX (212) 818-1266


Dated: March 24, 2006

                                          Gary Eugene Jefferson
                              Paralegal for Nicholas Koluncich III
                     Law Offices of Nicholas Koluncich III, LLC
                                   6501 Americas Parkway, NE
                                                     Suite 620
                                      Albuquerque, New Mexico
                                        TEL  (505) 345-0605
                                        FAX (505) 889-8242
                                      newmexicoclassactions.com

                              Attorney for Plaintiff Chad Black