MDL 1750

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 19 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

MDL-1750 -- IN RE SONY BMG AUDIO COMPACT DISC LITIGATION

CONSENT OF TRANSFEREE COURT

The United States District Court for the Southern District of New York hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Naomi Reice Buchwald for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

_____
Chief Judge

Date: 4/12/06

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

**Office of the Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004**

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2006 APR 18 A 9:00
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**
IMAGED APR 19 2006