

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 1 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 1750

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SONY BMG AUDIO COMPACT DISC LITIGATION

*Keile Allen v. Sony BMG Music Entertainment,* S.D. Florida, C.A. No. 0:05-23306

### CONDITIONAL TRANSFER ORDER (CTO-1)



On April 19, 2006, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Naomi Reice Buchwald.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Buchwald.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 19, 2006, _F.Supp.2d_ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Naomi Reice Buchwald.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAY - 1 2006